H. Richard Chattman
Gregory D. Miller
Damian P. Conforti
Podvey Meanor Catenacci Hildner
Cocoziello & Chattman, P.C.
The Legal Center
One Riverfront Plaza
Newark, New Jersey  07102

Cooley Godward Kronish LLP
Michael G. Rhodes *(Pro Hac Vice)*
John S. Kyle *(Pro Hac Vice)*
4401 Eastgate Mall
San Diego, CA 92121-1909
Telephone:     (858) 550-6000
Facsimile:      (858) 550-6420

Cooley Godward Kronish LLP
Peter J. Willsey *(Pro Hac Vice)*
Nishan Kottahachchi *(Pro Hac Vice)*
Brendan J. Hughes *(Pro Hac Vice)*
777 6th Street N.W., Suite 1100
Washington, DC  20001-3703
Telephone:     (202) 842-7800
Facsimile:      (202) 842-7899

Attorneys for Plaintiffs
MUTUAL PHARMACEUTICAL
COMPANY, INC., AR SCIENTIFIC, INC.,
and AR HOLDING COMPANY, INC.

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MUTUAL PHARMACEUTICAL COMPANY, INC., et al.,<br><br>              Plaintiffs,<br><br>     v.<br><br>WATSON PHARMACEUTICALS, INC., et al.,<br><br>              Defendants.<br><br>————————————————<br><br>WEST-WARD PHARMACEUTICAL CORP.,<br><br>              Counterclaimant,<br><br>     v.<br><br>MUTUAL PHARMACEUTICAL COMPANY, INC., et al.,<br><br>              Counterdefendants. | Civil Action No.  09-5421(GEB)(TJB)<br><br>**PLAINTIFFS' NOTICE OF MOTION TO DISMISS WEST-WARD'S FIRST AMENDED COUNTERCLAIM**<br><br>Judge:   Hon. Garrett E. Brown<br>Date:    April 19, 2010<br>Time:   10:00 a.m.<br>Dept:    4E |

PLEASE TAKE NOTICE that at 10:00 a.m. on April 19, 2010, or as soon thereafter as counsel may be heard, in the courtroom of the Honorable Garrett E. Brown, located at 402 East State Street Room 2020, Trenton, New Jersey 08608, plaintiffs and counterdefendants Mutual Pharmaceutical Company, Inc., AR Scientific, Inc. and AR Holding Company, Inc. (collectively, "Mutual") will and hereby do move for an Order:

1. Dismissing defendant and counterclaimant West-Ward Pharmaceutical Corp.'s ("West-Ward") counterclaim for tortious interference with contractual relations for failure to state a claim upon which relief can be granted, pursuant to Fed. R. Civ. P. 12(b)(6);

2. Dismissing West-Ward's counterclaim for tortious interference with prospective economic advantage for failure to state a claim upon which relief can be granted, pursuant to Fed. R. Civ. P. 12(b)(6);

3. Dismissing West-Ward's counterclaim for false advertising under Section 43(a) of the Lanham Act for failure to state a claim upon which relief can be granted, pursuant to Fed. R. Civ. P. 12(b)(6);

4. Dismissing West-Ward's counterclaim for unfair competition under Section 43(a) of the Lanham Act for failure to state a claim upon which relief can be granted, pursuant to Fed. R. Civ. P. 12(b)(6); and

5. Dismissing West-Ward's counterclaim for common law unfair competition for failure to state a claim upon which relief can be granted, pursuant to Fed. R. Civ. P. 12(b)(6).

This Motion is based on this Notice of Motion; the accompanying Memorandum; the Declaration of Nathaniel R. Cooper and exhibits thereto; the complete files and records in the action; evidence or testimony presented at the hearing on this Motion; and upon such other evidence the Court may consider.

Respectfully submitted,

Dated:  March 15, 2010

PODVEY MEANOR CATENACCI HILDNER

3.

**COCOZIELLO & CHATTMAN, P.C.**

\s\ Gregory D. Miller
Gregory D. Miller

Attorneys for Plaintiffs
Mutual Pharmaceutical Company, Inc., AR Scientific Company, Inc., and AR Holding Company, Inc.