H. Richard Chattman
Gregory D. Miller
Damian P. Conforti
Podvey Meanor Catenacci Hildner
Cocoziello & Chattman, P.C.
The Legal Center
One Riverfront Plaza
Newark, New Jersey  07102

Cooley Godward Kronish LLP
Michael G. Rhodes *(Pro Hac Vice)*
John S. Kyle *(Pro Hac Vice)*
4401 Eastgate Mall
San Diego, CA 92121-1909
Telephone:   (858) 550-6000
Facsimile:    (858) 550-6420

Cooley Godward Kronish LLP
Peter J. Willsey *(Pro Hac Vice)*
Nishan Kottahachchi *(Pro Hac Vice)*
Brendan J. Hughes *(Pro Hac Vice)*
777 6th Street N.W., Suite 1100
Washington, DC  20001-3703
Telephone:    (202) 842-7800
Facsimile:    (202) 842-7899

Attorneys for Plaintiffs
MUTUAL PHARMACEUTICAL
COMPANY, INC., AR SCIENTIFIC, INC.,
and AR HOLDING COMPANY, INC.

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MUTUAL PHARMACEUTICAL COMPANY, INC., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>WATSON PHARMACEUTICALS, INC., et al.,<br><br>Defendants.<br>_____<br><br>WEST-WARD PHARMACEUTICAL CORP.,<br><br>Counterclaimant,<br><br>v.<br><br>MUTUAL PHARMACEUTICAL COMPANY, INC., et al.,<br><br>Counterdefendants. | Civil Action No.  09-5421(GEB)(TJB)<br><br>**DECLARATION OF NATHANIEL R. COOPER IN SUPPORT OF PLAINTIFFS' MOTION TO DISMISS WEST-WARD'S COUNTERCLAIM** |

I, Nathaniel R. Cooper, declare as follows:

1. I am an attorney licensed to practice law in the State of California, and am admitted before this Court *pro hac vice*. I am an associate in the law firm of Cooley Godward Kronish LLP, attorneys of record in this matter for plaintiffs Mutual Pharmaceutical Company, Inc., AR Scientific, Inc., and AR Holding, Inc. I have personal knowledge of the facts set forth in this Declaration, and if called upon to testify I could and would testify competently thereto.

2. Attached hereto as Exhibit 1 is a true and correct copy of the Food and Drug Administration's ("FDA") warning letter to Sunrise Pharmaceutical, Inc., publicly available on the FDA's website at http://www.fda.gov/ICECI/EnforcementActions/WarningLetters/ucm197966.htm and last viewed on March 15, 2010.

3. Attached hereto as Exhibit 2 is a true and correct copy of the FDA's warning letter to Concord Laboratories, Inc., publicly available on the FDA's website at http://www.fda.gov/ICECI/EnforcementActions/WarningLetters/2006/ucm075988.htm and last viewed on March 15, 2010.

I declare under the laws of the United States of America that the foregoing is true and correct. Executed at San Diego, California on March 15, 2010.

_____
Nathaniel R. Cooper