Michael Dore
Jennifer M. Storipan
LOWENSTEIN SANDLER PC
65 Livingston Avenue
Roseland, New Jersey 07068
(973) 597-2500

Clark G. Sullivan (*Pro Hac Vice*)
Karen B. Bragman (*Pro Hac Vice*)
Jared M. Lina (*Pro Hac Vice*)
ARNALL GOLDEN GREGORY LLP
171 17th Street, NW
Suite 2100
Atlanta, GA 30363
(404) 873-8512

*Attorneys for Defendant and Counterclaimant*
*West-Ward Pharmaceutical Corp.*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MUTUAL PHARMACEUTICAL COMPANY, INC., et al., <br><br>  Plaintiffs, <br><br> -v- <br><br> WATSON PHARMACEUTICALS, INC., et al., <br><br><br><br><br><br><br><br> Defendants. | Civil Action No. 3:09-cv-5421 (GEB) (TJB) <br><br><br> **DEFENDANT AND COUNTERCLAIMANT WEST-WARD PHARMACEUTICAL CORP.'S VOLUNTARY DISMISSAL OF ITS COUNTERCLAIMS WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(c)** |
| WEST-WARD PHARMACEUTICAL CORP., <br><br> Counterclaimant, <br><br> -v- <br><br> MUTUAL PHARMACEUTICAL COMPANY, INC., et al,, <br><br> Counterdefendants. | |

22537/5
04/16/2010 14200673.1

-2-

COMES NOW Defendant West-Ward Pharmaceutical Corp., through its undersigned counsel of record, and, pursuant to FED. R. CIV. P. 41(c), voluntarily dismisses, <u>without prejudice</u>, all of its counterclaims in the above-captioned case.

Dated: April 16, 2010

            LOWENSTEIN SANDLER PC

            s/Michael Dore
            Michael Dore, Esq.
            Jennifer M. Storipan, Esq.
            65 Livingston Avenue
            Roseland, New Jersey 07068
            Tele:  973.597.2344
            Fax:  973.597.2345
            mdore@lowenstein.com
            jstoripan@lowenstein.com

            Clark G. Sullivan (*pro hac vice*)
            Karen B. Bragman (*pro hac vice*)
            Jared M. Lina (*pro hac vice*)
            ARNALL GOLDEN GREGORY LLP
            171 17th Street NW, Suite 2100
            Atlanta, GA 30363
            Telephone: (404) 873-8512
            Facsimile: (404) 873-8513
            Email: clark.sullivan@agg.com
            Email: karen.bragman@agg.com
            Email: jared.lina@agg.com

            Attorneys for Defendant West-Ward
            Pharmaceutical Corp.