Michael Dore
Jennifer M. Storipan
LOWENSTEIN SANDLER PC
65 Livingston Avenue
Roseland, New Jersey 07068
(973) 597-2500

Clark G. Sullivan (*Pro Hac Vice*)
Karen B. Bragman (*Pro Hac Vice*)
Jared M. Lina (*Pro Hac Vice*)
ARNALL GOLDEN GREGORY LLP
171 17th Street, NW
Suite 2100
Atlanta, GA 30363
(404) 873-8512

*Attorneys for Defendant and Counterclaimant*
*West-Ward Pharmaceutical Corp.*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MUTUAL PHARMACEUTICAL COMPANY, INC., et al., <br><br>  Plaintiffs, <br><br> -v- <br><br> WATSON PHARMACEUTICALS, INC., et al., <br><br><br><br> Defendants. | Civil Action No. 3:09-cv-5421 (GEB) (TJB) <br><br><br><br> **DEFENDANT WEST-WARD PHARMACEUTICAL CORP.'S RESPONSE TO PLAINTIFFS' MOTION TO DISMISS FIRST AMENDED COUNTERCLAIMS** |
| WEST-WARD PHARMACEUTICAL CORP., <br><br> Counterclaimant, <br><br> -v- <br><br> MUTUAL PHARMACEUTICAL COMPANY, INC., et al,, <br><br> Counterdefendants. | |

COMES NOW Defendant West-Ward Pharmaceutical Corp. ("West-Ward") and, in response to Plaintiffs' Motion to Dismiss West-Ward's First Amended Counterclaims (the "Motion") [Doc. No. 230], respectfully submits that Plaintiffs' Motion is moot in light of West-Ward's voluntary dismissal of all of its counterclaims, without prejudice, pursuant to FED. R. CIV. P. 41(c) on April 16, 2010.  Therefore, West-Ward respectfully represents that no substantive response in opposition to Plaintiffs' Motion is necessary.

Dated: April 16, 2010

    LOWENSTEIN SANDLER PC

    s/Michael Dore
    Michael Dore, Esq.
    Jennifer M. Storipan, Esq.
    65 Livingston Avenue
    Roseland, New Jersey 07068
    Tele:  973.597.2344
    Fax:  973.597.2345
    Email: mdore@lowenstein.com
    Email: jstoripan@lowenstein.com

    Clark G. Sullivan (*pro hac vice*)
    Karen B. Bragman (*pro hac vice*)
    Jared M. Lina (*pro hac vice*)
    ARNALL GOLDEN GREGORY LLP
    171 17th Street NW, Suite 2100
    Atlanta, GA 30363
    Telephone: (404) 873-8512
    Facsimile: (404) 873-8513
    Email:  clark.sullivan@agg.com
    Email: karen.bragman@agg.com
    Email:  jared.lina@agg.com

    Attorneys for Defendant West-Ward Pharmaceutical Corp.