**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**
**MINUTES OF PROCEEDINGS**

**TRENTON**                                                              **July 14, 2010**
**OFFICE**                                                                 **DATE OF PROCEEDINGS**

**JUDGE: TONIANNE BONGIOVANNI**
DIGITALLY RECORDED

**TITLE OF CASE**:                                              **CV-09-5421 (GEB)**

MUTUAL PHARMACEUTICAL COMPANY, INC., et al.,
          V.
WATSON PHARMACEUTICALS, INC., et al.,

**APPEARANCES:**

Greg Miller, Esq., & Nishan Kottahachchi, Esq., for plaintiff
David Novack, Esq., for defendant Excellium
Jared Lina, Esq., Karen Bragman, Esq., Michael Dore, Esq., & Clark Sullivan, Esq., for
defendant West-Ward
Robert Schoenberg, Esq., Wyval Marcus, Esq., & Cameron Reaber, Esq., for defendant Vision

**NATURE OF PROCEEDING:**

Telephone conference held regarding discovery issues.
Rulings made on the record.
Parties are to give this Court an update regarding discovery no later than August 20, 2010.

**Commenced: 10:38am**
**Adjourned:   10:50am**                                          **s/ MARK MORELLI**
                                                                            **Deputy Clerk**