## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **MUTUAL PHARMACEUTICAL COMPANY, INC.,** *et al.* | Civil Action No. 09-5421(TJB) |
| **Plaintiffs,** | |
| v. | **DECLARATION OF JARED M. LINA IN SUPPORT OF DEFENDANT WEST-WARD PHARMACEUTICAL CORP.'S MOTION FOR SUMMARY JUDGMENT** |
| **WATSON PHARMACEUTICALS, INC.,** *et al.* | |
| **Defendants.** | |

I, Jared Matthew Lina, declare and state as follows:

1.      I am of the age of majority and am competent to give the testimony contained herein.

2.      The testimony herein is based upon my own personal knowledge.

3.      I am an attorney at the law firm of Arnall Golden Gregory LLP and serve as counsel of record for Defendant West-Ward Pharmaceutical Corp. ("West-Ward") in this lawsuit.

4.      The document attached hereto as Exhibit A is a true and correct copy of a letter submitted by Plaintiffs' counsel in this action to United States Magistrate Judge Bongiovanni on or about June 28, 2010 stating that all of the documents produced to Defendants in this lawsuit were produced as they are maintained in the ordinary course of business.

5.      The documents attached hereto as Tab 1 are certified copies of the Certificates of Good Standing for Plaintiff Mutual Pharmaceutical Company, Inc., URL Pharma, Inc., United Research Laboratories, Inc., Plaintiff AR Scientific, Inc., and Plaintiff AR Holding Company, Inc.

6.      The document attached hereto as Tab 2 is a true and correct copy of a Declaration

executed by Hasmukh Doshi and filed in this lawsuit in Support of Defendants' Joint Opposition to Motion for Preliminary Injunction.   A true and correct copy of this Declaration is also available at docket entry number 99.

7.     The document attached hereto as Tab 3 is a true and correct copy of a Declaration executed by Andrew Boyer and filed in this lawsuit in Support of Defendants' Joint Opposition to Motion for Preliminary Injunction.   A true and correct copy of this Declaration is also available at docket entry number 101.

8.     The documents attached hereto as Tabs 4, 5, 7, 8, 10-26, and 36-42 are true and correct copies of documents produced by Plaintiffs Mutual Pharmaceutical Company, Inc., AR Scientific, Inc., and AR Holding Company, Inc. (collectively, "Plaintiffs") in response to discovery requests served in this action pursuant to Fed. R. Civ. P. 34.

9.     The document attached hereto as Tab 6 is a true and correct copy of a letter from John Elliott, the Pricing Coordinator for Plaintiff Mutual Pharmaceutical Company, Inc. ("Mutual"), to First Databank dated December 23, 2003, attaching Mutual's package label and product inserts for their unapproved colchicine tablets.   This letter was produced by Wolters Kluwer Health, Inc. in response to a subpoena issued and served by Plaintiffs in this action, and was provided to West-Ward by Plaintiffs' counsel.

10.     The document attached hereto as Tab 9 is a true and correct copy of a Declaration executed by James D. Berkley and filed in this lawsuit in Support of Defendants' Joint Opposition to Motion for Preliminary Injunction.   A true and correct copy of this Declaration is also available at docket entry number 102.

11.     The document attached hereto as Tab 27 is a true and correct copy of an article published by *Kaiser Health News* on December 29, 2009 entitled "The High Price of FDA

Approval."   I   obtained   a   copy   of   this   letter   on   July   19,   2010   at

http://www.kaiserhealthnews.org/Stories/2009/December/29/FDA-approval.aspx.

12.     The document attached hereto as Tab 28 is a true and correct copy of an article

published in the *New England Journal of Medicine* on April 14, 2010 entitled "Incentives for

Drug Development – The Curious Case of Colchicine."  I obtained a copy of this article on July

19, 2010 at http://healthcarereform.nejm.org/?p=3323.

13.     The document attached hereto as Tab 29 is a true and correct copy of an article

published in *Arthritis Today* on April 20, 2010 entitled "The Price of Gout Drug, Colchicine,

Goes Up."  I obtained a copy of this article on July 19, 2010 at

http://www.arthritistoday.org/news/colchicine-gout-drug-price053.php.

14.     The document attached hereto as Tab 30 is a true and correct copy of an article

published by the *Wall Street Journal* on April 12, 2010 entitled "An Old Gout Drug Gets New

Life and a New Price, Riling Patients."  I obtained a copy of this article on July 14, 2010 at

http://online.wsj.com/article/SB10001424052748703630404575053303739829726.html.

15.     The document attached hereto as Tab 31 is a true and correct copy of an article

published by the *Wall Street Journal* on July 7, 2010 entitled "URL Pharma Under Fire for

Letters to Docotrs Who Criticize Drug."  I obtained a copy of this article on July 14, 2010 at

http://online.wsj.com/article/SB10001424052748703615104575329360513759570.html.

16. .     The document attached hereto as Tab 32 is a true and correct copy of a letter from

Stanley Cohen, MD, the President of the American College of Rheumatology, to Janet

Woodcock, MD, the Director of the FDA's Center for Drug Evaluation and Research, dated

December 18, 2009.  I obtained a copy of this letter on July 20, 2010 on Plaintiffs' website at

http://www.urlpharma.com/url_unapproved_drug_ACR.aspx.

17.    The document attached hereto as Tab 33 is a true and correct copy of a Federal

Register notice issued by the United States Food and Drug Administration ("FDA") dated

February 8, 2008 entitled "Drug Products Containing Colchicine for Injection; Enforcement

Action Dates." I obtained a copy of this Notice on Westlaw at 73 FR 7565, 2008 WL 336641

(F.R. Feb. 8, 2008).

18.    The document attached hereto as Tab 34 is a true and correct copy of a document

entitled "Questions and Answers about FDA's Enforcement Action Against Unapproved

Injectable Colchicine Products" that I obtained from the FDA's website on July 19, 2010 at

http://www.fda.gov/Drugs/GuidanceComplianceRegulatoryInformation/EnforcementActivitiesb

yFDA/SelectedEnforcementActionsonUnapprovedDrugs/ucm119642.htm.

19.    The document attached hereto as Tab 35 is a true and correct copy of a document

entitled "Guidance for FDA Staff and Industry: Marketed Unapproved Drugs – Compliance

Policy Guide" that I obtained from the FDA's website on July 19, 2010 at

http://www.fda.gov/Drugs/GuidanceComplianceRegulatoryInformation/EnforcementActivitiesb

yFDA/SelectedEnforcementActionsonUnapprovedDrugs/default.htm.

20.    The document attached hereto as Tab 43 is a true and correct copy of a letter from the

FDA to Sunrise Pharmaceutical, Inc. as such document appeared on the FDA website on July 22,

2010 at http://www.fda.gov/ICECI/EnforcementActions/WarningLetters/ucm197966.htm.

21.    The document attached hereto as Tab 44 is a true and correct copy of a letter from the

FDA to Vision Pharm, LLC, Inc. as such document appeared on the FDA website on July 22,

2010 at http://www.fda.gov/ICECI/EnforcementActions/WarningLetters/ucm212242.htm.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed at Atlanta, Georgia on July 22, 2010.

_____

Jared M. Lina

# EXHIBIT A

# PODVEYMEANOR
### CATENACCI HILDNER COCOZIELLO & CHATTMAN

A PROFESSIONAL CORPORATION
COUNSELLORS AT LAW
THE LEGAL CENTER
ONE RIVERFRONT PLAZA SUITE 800
NEWARK, NEW JERSEY 07102-5497
(973) 623-1000 FACSIMILE: (973) 623-9151
www.podvey.com

NEW YORK OFFICE
400 PARK AVENUE SUITE 1420
NEW YORK, NEW YORK 10022
(212) 432-7419
PLEASE REPLY TO NEW JERSEY OFFICE

ROBERT L. PODVEY

HENRY J. CATENACCI

THOMAS V. HILDNER

J. BARRY COCOZIELLO

H. RICHARD CHATTMAN♦

SAUL ZIMMERMAN♦

MARIANNE C. TOLOMEO

SHELDON M. FINKELSTEIN ▲

DOUGLAS E. MOTZENBECKER♦

GREGORY D. MILLER♦

ROSARIA A. SURIANO

LISA J. TREMBLY ▲

THOMAS G. ALJIAN, JR.♦

ROBERT J. MCGUIRE

ROBERT K. SCHEINBAUM♦

MICHAEL F. BEVACQUA♦

COLIN B. SCOTT

LAINIE MILLER♦

ANTHONY M. RAINONE♦

DAMIAN P. CONFORTI♦

JORGE R. SALVA♦

LINO J. SCIARRETTA♦

AARON H. GOULD♦

OF COUNSEL
MARK K. LIPTON

H. CURTIS MEANOR (2008)

♦MEMBER OF NJ & NY BARS
▲MEMBER OF NJ & PA BARS

Via Electronic Mail

June 28, 2010

RE: Mutual Pharmaceutical Company, Inc., et al.
     v. Watson Pharmaceuticals, Inc., et. al.
     Civil Action No. 09-5421 (GEB)(TJB)
     Our File No.: 4041/11349

Honorable Tonianne J. Bongiovanni, U.S.M.J.
United States District Court for the District of New Jersey
Clarkson S. Fisher Federal Building & U.S. Courthouse
402 East State Street, Room 4050
Trenton, New Jersey 08608

Dear Magistrate Judge Bongiovanni:

Plaintiffs Mutual Pharmaceutical Company, Inc. ("Mutual"), AR Scientific, Inc., and AR Holding Company, Inc. (collectively, "Plaintiffs") write to briefly respond to the assertions made in the June 23 letter of Defendant Excellium Pharmaceutical, Inc. ("Excellium") and the June 25 letter of Defendant West-Ward Pharmaceutical Corp. ("West-Ward").

## Excellium's June 23 Letter

The sole purpose of Excellium's June 23 letter is to distract the Court's attention from the discovery dispute currently before the Court because Excellium can no longer hide the fact that it has flagrantly disregarded its discovery obligations. The first two pages of Excellium's letter are completely irrelevant to the discovery issues before the Court, since they contain nothing more than a rehashed argument that Plaintiffs' complaint should be dismissed. However, the Court has already denied Defendants' motion to dismiss. Turning back to the issue at hand, Excellium has failed to substantively address nearly all of the issues raised in Plaintiffs' June 17 letter. Therefore, Plaintiffs respectfully request that the Court order Excellium to immediately produce all information and documents responsive to Plaintiffs' discovery requests without further delay.

Honorable Tonianne J. Bongiovanni, U.S.M.J.
June 28, 2010
Page 2

Plaintiffs sent a letter to Excellium on April 23 that memorialized the representations made by Excellium during the March 31 and April 21 meet and confer meetings and requested that Excellium contact Plaintiffs immediately if it disagreed with anything in the letter (see Exhibit A attached)[1]. Not surprisingly, Excellium never responded to Plaintiffs' April 23 letter. Now that Plaintiffs have sought Court intervention, Excellium belatedly bemoans the fact that Plaintiffs' discovery requests are allegedly overly broad, unduly burdensome, and disconnected from any reasonable approach to the discovery of relevant evidence. As more fully discussed in Plaintiffs' April 23 letter to Excellium and June 17 letter to the Court, Excellium's empty and tardy complaints have no merit and should not be given any weight.

Plaintiffs also feel it is necessary to briefly respond to a few disingenuous points made by Excellium. First, Plaintiffs have fully complied with the parties' agreed upon production protocol by providing all the parties with searchable text, corresponding TIFF images, agreed upon metadata fields, and an associated load file. Notably, Excellium did not provide any substantive input during the negotiation of the production protocol, and never requested any specific form of production or deviation from the agreed upon production protocol. In fact, Excellium did not notify Plaintiffs that it was experiencing any difficulty with the review of the documents produced by Plaintiffs on May 21, until over 3 weeks later. It is also telling that West-Ward and Defendant Vision Pharma LLC ("Vision") have not asserted any difficulties with the review of documents produced by Plaintiffs. Plaintiffs contacted counsel for Excellium on June 15 and June 22 and agreed to try to help Excellium to resolve the technically difficulties that it was experiencing with its document review software, even though Plaintiffs complied with the production protocol and had no obligation to assist Excellium with its IT difficulties. Nevertheless, Plaintiffs' IT team has been working with Excellium's IT team over the last few days and will be providing Excellium with additional information and support today to help rectify the problems with Excellium's document review software.

Second, as set forth in more detail in Plaintiffs' June 17 letter, Plaintiffs gave Excellium every opportunity to resolve this discovery dispute without the need for Court intervention, including two meet and confer meetings and several phone and email conversations with counsel for Excellium. Incredibly, Excellium admits that it did not begin the task of searching for documents and information responsive to Plaintiffs' discovery requests until sometime in May 2010, which is seven months after the discovery requests were served. It is shocking that Excellium complains about the fact that Plaintiffs have "demand[ed] that discovery move rapidly forward", as though a desire to efficiently litigate this matter is undesirable, especially when Excellium has failed to produce any electronically stored information responsive to Plaintiffs' discovery requests and has only produced a total of 167 pages of inappropriately redacted hard copy documents to date.

---

[1] Although referenced in Plaintiffs' June 17 letter to the Court, Plaintiffs inadvertently neglected to attach Exhibit A. It is attached to this letter for the Court's review.

Honorable Tonianne J. Bongiovanni, U.S.M.J.
June 28, 2010
Page 3

Third, Excellium's protests regarding the time limitation on Plaintiffs' requests for production can only be explained as posturing to the Court because Excellium specifically agreed to a July 29, 2006 time limitation on all requests for production, unless otherwise specifically limited (see page 2 of Mutual's April 23 letter to Excellium attached as Exhibit A). The production of documents prior to July 29, 2009 is necessary because Plaintiffs are informed and believe that relevant documents related to the marketing, advertising, and promotion of Defendants' unapproved colchicine products were provided by the Defendants to the Price Lists and Wholesalers prior to the FDA-approval of Plaintiffs' COLCRYS colchicine product.

Finally, Excellium's allegation that Plaintiffs have somehow violated their obligations under Rule 11 of the Federal Rules of Civil Procedure is irresponsible. As previously discussed, Defendants filed a motion to dismiss Plaintiffs' complaint, which was denied by this Court. Plaintiffs have clearly met their obligations under Rule 11 and are fully prepared to take this case to a trial on the merits.

## West-Ward's June 25 Letter

West-Ward's June 25 letter raises substantive discovery issues unrelated to the issues involving Excellium currently before the Court. Plaintiffs continue to work with West-Ward on a number of discovery disputes between the two parties, including West-Ward's failure to adequately respond to Plaintiffs' discovery requests, and hope to resolve those issues without the need for Court intervention. However, it is important to point out a few of the blatant inconsistencies in West-Ward's letter.

West-Ward contends that Plaintiffs have "consistently frustrated the discovery process," yet West-Ward acknowledges that Plaintiffs have "produced more than 1,800,000 million pages of documents". West-Ward states it is "difficult for Defendants to understand the factual allegations that allegedly support Plaintiffs' claims," while noting that West-Ward has yet to "perform a meaningful review" of the approximately 74,000 responsive documents produced by Plaintiffs to date.

Defendants' complaint about the number of documents produced by Plaintiffs in response to the requests for production of West-Ward, Excellium, and Vision is without merit. Plaintiffs produced documents that Defendants specifically requested, as they are kept in the ordinary course of business, and while preserving all objections to the requests for production. If the Defendants do not wish to spend the time to review the approximately 74,000 documents produced to date, they should not have asked for them in the first place.

With that said, Plaintiffs are reluctantly willing to agree to an extension of the discovery period for sixty days, as the Defendants have requested. Although Plaintiffs are fully prepared to complete their discovery of the relevant facts and issues within the time currently allotted by the

Honorable Tonianne J. Bongiovanni, U.S.M.J.
June 28, 2010
Page 4


Court, and keep this Action moving along towards a full trial on the merits, Plaintiffs do not wish to waste the parties' or the Court's time arguing about this issue.

Respectfully submitted,

Gregory D. Miller

cc:  All Counsel of Record (via Electronic Mail)
     Peter J. Willsey, Esq. (via Electronic Mail)
     Nishan Kottahachchi, Esq. (via Electronic Mail)

# EXHIBIT A



Nishan Kottahachchi                                    VIA FEDEX AND EMAIL
(202) 842-7886
nkottahachchi@cooley.com

April 23, 2010

David Novack, Esq.
J. Brooke Hern, Esq.
Budd Larner, P.C.
150 John F. Kennedy Pkwy.
Short Hills, NJ 07078-2703

RE: *Mutual Pharmaceutical Company, Inc., et al. v. Watson Pharmaceuticals, Inc., et al.*
    **U.S. District Court for the District of New Jersey, Civil Action No. 09-5421 (GEB)(TJB)**

Dear David and Brooke:

We write to memorialize Mutual's understanding of the representations made by Excellium Pharmaceutical, Inc. ("Excellium") during our meet and confer meetings of March 31, 2010 and April 21, 2010 regarding the deficient responses served on January 19, 2010 by Excellium to the First Set of Interrogatories, First Set of Requests for Admission, and First Set of Requests for Production of Documents and Things of Plaintiff Mutual Pharmaceutical Company, Inc. ("Mutual"). Please let us know immediately if you disagree with anything in this letter.

As an initial matter, Excellium confirmed that it is no longer withholding any information or documents responsive to Mutual's interrogatories and requests for production based on any objections regarding the production of proprietary and confidential information in light of the Protective Order entered by the Court. We believe that many of the issues raised in our March 15, 2010 letter to Excellium have been addressed by Excellium and we look forward to working with you to resolve the remaining disputes.

## Interrogatories

- Interrogatory Nos. 5 and 6 – Excellium agreed to withdraw its objection to these two interrogatories on the grounds that they are premature. Accordingly, Excellium agreed to provide supplemental responses setting forth Excellium's revenues and profits generated by sales of Excellium's colchicine products in the U.S. on a monthly basis from July 30, 2009 to the present.

- Interrogatory Nos. 8 and 9 – Excellium agreed to supplement its responses to these two interrogatories by identifying and describing any instances of consumer confusion known by Excellium regarding (i) the FDA-approval status of Excellium's colchicine products and (ii) whether Excellium's colchicine products can be substituted for Plaintiffs' COLCRYS colchicine product. Excellium agreed that its supplemental responses will be based on the knowledge of the company and not just the specific individuals currently associated with Excellium that are identified in the responses.

- Interrogatory No. 10 – Excellium agreed to withdraw its objection to the terms "detail" and "obtain FDA-approval" as vague and ambiguous. Excellium is maintaining its objection to the term "efforts" on the grounds that Excellium believes the term is vague

777 6TH STREET N.W., SUITE 1100, WASHINGTON, DC 20001-3703 T: (202) 842-7800 F: (202) 842-7899 WWW.COOLEY.COM



David Novack, Esq.
J. Brooke Hern, Esq.
April 23, 2010
Page Two

and ambiguous. Mutual disagrees that the terms "efforts" is vague and ambiguous since it is a common word that can easily be understood according to its plain meaning. Notwithstanding that objection, Excellium has agreed to supplement its response to this interrogatory to indicate that it has not communicated with the FDA about obtaining FDA-approval for Excellium's colchicine products.

- Interrogatory No. 11 – Excellium agreed to withdraw its objection to the terms "detail" and "means" as vague and ambiguous. Excellium is maintaining its objection to the terms "market" and "advertise" on the grounds that Excellium believes these terms are vague and ambiguous. Mutual disagrees that the terms "market" and "advertise" are vague and ambiguous because they are both common words that can easily be understood according to their plain meaning. Notwithstanding Excellium's objections to those two terms, Excellium has agreed to provide a supplemental, substantive response to this interrogatory.

- Interrogatory Nos. 12 – Excellium refused to provide a supplemental, substantive response to this interrogatory on the grounds that Excellium believes the interrogatory lacks relevance and is not reasonably calculated to lead to admissible evidence. Information concerning the amount of finished colchicine in Excellium's possession, custody, or control is relevant to Mutual's potential damages in this case, and is presumably maintained by Excellium in the ordinary course of business. Accordingly, Mutual reserves its right to seek the Court's intervention to resolve this dispute, but will wait until it has the opportunity to review other damages-related documents and information from Excellium before doing so.

- Interrogatory No. 13 – Mutual withdraws Interrogatory No. 13 concerning the amount of unfinished colchicine in Excellium's possession, custody, or control. Excellium need not provide any supplemental response to this interrogatory.

## Requests for Production

- Excellium agreed to withdraw its general objection #10 by which Excellium contended that the production of electronically stored information ("ESI") is premature. The draft production protocol was first circulated on February 18, 2010. Mutual circulated a revised draft production protocol on April 21, 2010 that incorporated comments from West-Ward, Watson, and Vision. We understand that Excellium agreed to the revised April 21 production protocol during a meet and confer meeting held on April 22. Therefore, we expect that Excellium will not delay its efforts to search for, identify, and prepare responsive ESI for production to Mutual.

- Excellium agreed to withdraw general objection #14, which purports to impose a January 1, 2009 time limitation on all the requests for production. As we discussed, Mutual has proposed a July 29, 2006 time limitation (i.e. three years before the FDA-approval of Mutual's COLCRYS colchicine product) to all of the requests (unless otherwise specifically limited) in order to alleviate any potential burden associated with Excellium's efforts to respond to the requests. As agreed by the Parties, one exception to this general time limitation is that there will be no time limitation on the discovery of



David Novack, Esq.
J. Brooke Hern, Esq.
April 23, 2010
Page Three

communications between Excellium and Price Lists or Wholesalers regarding Excellium's unapproved colchicine products. Such communications are highly relevant to the claims and defenses asserted in this case regardless of the date of the communications.

- Request Nos. 2, 4, and 6 – Excellium agreed to supplement its response to these three requests and produce any labels, product inserts, and packaging for the colchicine products of (i) the other Defendants in the Action, (ii) Plaintiffs, and (iii) any manufacturers of colchicine products that are not Parties to this Action, which are in Excellium's possession, custody, or control.

- Request No. 7 – Excellium agreed to withdraw its objection to the terms "sale" and "distribution" on the grounds that these terms are vague and ambiguous. However, Excellium has refused withdraw its objections to the terms "advertising," "marketing," and "promotion" as vague and ambiguous. Mutual disagrees that these terms are vague and ambiguous since they are common words that can easily be understood according to their plain meaning. Notwithstanding Excellium's objections to those three terms, Excellium has agreed to supplement its response and produce documents responsive to this request. Excellium further stated that the responsive documents will not be limited to documents that "address the safety, effectiveness, or FDA-approval status of Excellium's colchicine product."

- Request Nos. 9 and 12 – Given the overlap between Request No. 7 and Request Nos. 9 and 12, Mutual is willing to withdraw Request Nos. 9 and 12 provided that Excellium produces all responsive documents concerning Excellium's use of Price Lists and Wholesaler Ordering Systems to advertise, market, promote, sell, or distribute Excellium's colchicine products when responding to Request No. 7.

- Request Nos. 10 and 13 – Given the overlap between Request No. 8 and Request Nos. 10 and 13, Mutual is willing to withdraw Request Nos. 10 and 13 provided that when Excellium responds to Request No. 8, it produces all responsive documents concerning the use of Price Lists and Wholesaler Ordering Systems by parties other than Excellium, i.e. (i) the other Defendants in the Action, (ii) Plaintiffs, and (iii) any manufacturers of colchicine products that are not Parties to this Action, to advertise, market, promote, sell, or distribute their respective colchicine products.

- Request Nos. 11 and 14 – Excellium agreed to supplement its response to these two requests and produce all documents concerning communications between Excellium and Price Lists and Wholesalers regarding Excellium's colchicine products. As noted above and agreed by the Parties, there will be no time limitation on the discovery of communications between Excellium and the Price Lists or Wholesalers regarding Excellium's colchicine products because those communications are highly relevant to the claims and defenses asserted in this case regardless of the date of the communications.



David Novack, Esq.
J. Brooke Hern, Esq.
April 23, 2010
Page Four

- Request Nos. 17 and 18 – In discussing Request No. 17 during our initial meet and confer meeting on March 31, you stated that Excellium would let us know if it is withholding any responsive documents concerning FDA-approval of any colchicine products based on any of the objections asserted. During our April 21 meet and confer meeting, you stated that there was no update on this issue. Please let us know whether Excellium is withholding any documents based on any of the objections asserted in the response to Request No. 17, so that Mutual can determine whether it is necessary to seek Court intervention. In discussing Request No. 18 during our initial meet and confer meeting on March 31, you stated that Excellium does not have any documents concerning communications between Excellium and the FDA regarding Excellium's colchicine products because Excellium never sought FDA-approval for its colchicine products. However, you stated that you would confirm this with your client and get back to us. During our April 21 meet and confer meeting, you stated that there was no update on this issue. We look forward to receiving confirmation that Excellium does not have any documents responsive to Request No. 18.

- Request Nos. 20-21 – Excellium agreed to supplement its response to these two requests and produce (i) documents concerning Excellium's revenues, profits, and costs associated with the sale of Excellium's colchicine products since July 2009 and (ii) documents concerning costs Excellium incurred in connection with the manufacturing, advertising, marketing, promotion, sale, or distribution of Excellium's colchicine products since July 2009.

- Request No. 22 – We understand that Excellium is refusing to produce documents in response to this request because Excellium believes documents concerning the amount of Excellium's colchicine products that it purchased, produced, or maintained in its inventory since July 2009 is irrelevant. Documents concerning Excellium's inventory of unapproved colchicine products is relevant to Mutual's potential damages in this action. Accordingly, Mutual reserves its right to seek the Court's intervention to resolve this dispute, but will wait until it has the opportunity to review other damages-related documents and information from Excellium before doing so.

- Request No. 23-25 – Excellium agreed to supplement its response to these three requests and produce documents concerning (i) Excellium's ability to meet market demand for colchicine products in the United States; (ii) Excellium's market share of colchicine products in the United States; and (iii) the market share of colchicine products of any manufacturers other than Excellium in the United States.

- Request Nos. 29-30 – In discussing these two requests during our initial meet and confer meeting on March 31, you indicated that Excellium would let us know whether it intended to produce (i) documents that refer or relate to the existence of a joint defense agreement between the Defendants to cooperate and share in the costs of litigation, including the payment of any damages award granted by the Court to the Plaintiffs in this Action and (ii) documents concerning Excellium's efforts to investigate and cease the acts of false advertising and unfair competition alleged in the complaint in this Action. During our April 21 meet and confer meeting, you stated that there was no update on



David Novack, Esq.
J. Brooke Hern, Esq.
April 23, 2010
Page Five

these two requests. Please let us know whether Excellium is withholding any non-privileged documents responsive to these two requests based on any of the objections asserted in the response to Request Nos. 29-30, so that Mutual can determine whether it is necessary to seek Court intervention.

- Request No. 32 – Excellium objected to this request on the grounds that it is irrelevant and unduly burdensome. Mutual disagrees and believes this request is already limited in scope because it only calls for the production of documents regarding communications between Excellium and any of the other Defendants in the Action concerning colchicine products. In addition, this request calls for documents that are clearly relevant and do not fall under the scope of other requests. For example, documents concerning communications between Excellium and any of the Defendants regarding (i) this Action, (ii) any potential resulting liability, or (iii) the FDA-approval status of Plaintiffs' or Defendants' colchicine products are clearly relevant to Mutual's claims and are not duplicative of other requests. Mutual intends to seek Court intervention in order to resolve this dispute.

- Request No. 36 – During our March 31 meet and confer meeting, Excellium requested clarification on the terms "chains" and "independents" as used in this request. The term "chain" refers to chain drug stores such as CVS, Rite Aid, Walgreens, etc. and the term "independents" refers to independent drug stores, including internet drug stores. With that clarification, Mutual expects Excellium to produce all documents responsive to this request, including but not limited to communications pertaining to customer complaints and confusion regarding the safety, efficacy, substitutability, and FDA-approval status of Excellium's colchicine products.

- Request No. 38 - In discussing this request during our initial meet and confer meeting on March 31, you stated that Excellium would let us know whether it intended to produce documents concerning its efforts to secure reimbursement for Excellium's colchicine products by any government insurance program, including but not limited to Medicaid and Medicare. During our April 21 meet and confer meeting, you stated that there was no update on this issue. Discovery on the issue of whether Excellium made any false representations regarding the safety, efficacy, substitutability, and FDA-approval status of Excellium's colchicine product while trying to secure reimbursements for Excellium's unapproved product is clearly relevant to Plaintiffs' claims in this Action. Please let us know whether Excellium is withholding any responsive documents based on any of the objections asserted in the response to this request, so that Mutual can determine whether it is necessary to seek Court intervention.

## Requests for Admission

- Request No. 11 – During our March 31 meet and confer meeting, we requested that Excellium confirm that its denial of this request for admission means that Excellium did not make a profit from the sale of its colchicine products after July 30, 2009. During our April 21 meet and confer meeting, you stated that there was no update on this issue. We look forward to receiving confirmation that Excellium did not make any profit from the sale of its colchicine products after July 30, 2009.



David Novack, Esq.
J. Brooke Hern, Esq.
April 23, 2010
Page Six

Please confirm that we can expect to receive Excellium's supplemental responses to Interrogatories Nos. 5-6 and 8-11 and supplemental responses to Requests for Production Nos. 2, 4, 6-7, 11, 14, 20-21, and 23-25 by no later than May 7, 2010. Please also let us know when Excellium intends to begin producing documents responsive to Mutual's requests for production.

Please let us know if you believe we have mischaracterized any of the positions taken by Excellium during our meet and confer meetings on March 31 and April 21. Once again, we look forward to working with you to resolve the few remaining disputes between the Parties.

Sincerely,

Nishan Kottahachchi

cc:    Peter J. Willsey, Esq.
       Brendan J. Hughes, Esq.

# TAB 1

COMMONWEALTH OF PENNSYLVANIA

DEPARTMENT OF STATE

JULY 13, 2010

TO ALL WHOM THESE PRESENTS SHALL COME, GREETING:

I DO HEREBY CERTIFY THAT,

## MUTUAL PHARMACEUTICAL COMPANY, INC.

is duly incorporated under the laws of the Commonwealth of Pennsylvania and

remains a subsisting corporation so far as the records of this office show, as of

the date herein.



IN TESTIMONY WHEREOF, I have
hereunto set my hand and caused
the Seal of the Secretary's Office to
be affixed, the day and year above
written.

*Basil L. Merenda*

Acting Secretary of the Commonwealth

Certification Number: 8887606-1
Verify this certificate online at http://www.corporations.state.pa.us/corp/soskb/verify.asp

DSCB204 (Rev. 81)

# ARTICLES OF INCORPORATION

**COMMONWEALTH OF PENNSYLVANIA**
DEPARTMENT OF STATE — CORPORATION BUREAU
308 NORTH OFFICE BUILDING, HARRISBURG, PA 17120

PLEASE INDICATE (CHECK ONE) TYPE CORPORATION:

[x] DOMESTIC BUSINESS CORPORATION

[ ] DOMESTIC BUSINESS CORPORATION
A CLOSE CORPORATION — COMPLETE BACK

[ ] DOMESTIC PROFESSIONAL CORPORATION
ENTER BOARD LICENSE NO.

**FEE**
**$75.00**

010 NAME OF CORPORATION (MUST CONTAIN A CORPORATE INDICATOR UNLESS EXEMPT UNDER 15 P:S. 2908 B)

MUTUAL PHARMACEUTICAL COMPANY, INC.

011 ADDRESS OF REGISTERED OFFICE IN PENNSYLVANIA (P.O. BOX NUMBER NOT ACCEPTABLE)

4629 Adams Avenue

| 012 CITY | 033 COUNTY | | 013 STATE | 064 ZIP CODE |
|---|---|---|---|---|
| Philadelphia, | Philadelphia | 51 | PA | 19124 |

050 EXPLAIN THE PURPOSE OR PURPOSES OF THE CORPORATION

To have unlimited power to engage in and to do any lawful act concerning any or all lawful business for which corporations smay be incorporated under said Business Corporation Law, including, but not limited to, manufacturing, processing, owning, using and dealing in personal property of every class and description, engaging in research and development, furnishing services, and acquiring, owning, using and disposing of real property of any nature whatsoever.

(ATTACH 8½ x 11 SHEET IF NECESSARY)

The Aggregate Number of Shares, Classes of Shares and Par Value of Shares Which the Corporation Shall have Authority to Issue:

| 040 Number and Class of Shares | 041 Stated Par Value Per Share If Any | 042 Total Authorized Capital | 031 Term of Existence |
|---|---|---|---|
| 1,000 | $1.00 | $1,000.00 | Perpetual |

The Name and Address of Each Incorporator, and the Number and Class of Shares Subscribed to by each Incorporator

| 060 Name | 061, 062 063, 064 Address    (Street, City, State, Zip Code) | Number & Class of Shares |
|---|---|---|
| Albert Roberts | 4629 Adams Avenue , Philadelphia, PA  19124 | 500 Common |
| Theodore Roberts | 4629 Adams Avenue,  Philadelphia, PA  19124 | 500 Common |

(ATTACH 8½ x 11 SHEET IF NECESSARY)

**IN TESTIMONY WHEREOF,** THE INCORPORATOR (S) HAS (HAVE) SIGNED AND SEALED THE ARTICLES OF INCORPORATION THIS _____21_____ DAY OF _____September_____ 19 84

*Albert Roberts*
Albert Roberts

*Theodore H Robert*
Theodore H Roberts

— FOR OFFICE USE ONLY —

| 030 FILED | 002 CODE | 003 REV BOX | SEQUENTIAL NO. | 100 MICROFILM NUMBER |
|---|---|---|---|---|
| SEP 2 6 1984 | | | 8877 | 84631954 |
| | REVIEWED BY | 004 SICC | AMOUNT | 001 CORPORATION NUMBER |
| | DATE APPROVED | | $ 75.00 | 837247 |
| *William R. Davis* Secretary of the Commonwealth | DATE REJECTED | CERTIFY TO REV. | INPUT BY | LOG IN | LOG IN (REFILE) |
| | MAILED BY   DATE | L & I | VERIFIED BY   LOG OUT | | LOG OUT (REFILE) |

# Commonwealth of Pennsylvania

84631955

## Department of State



## CERTIFICATE OF INCORPORATION

# Office of the Secretary of the Commonwealth

# To All to Whom These Presents Shall Come, Greeting:

**Whereas,** Under the provisions of the Laws of the Commonwealth, the Secretary of the Commonwealth is authorized and required to issue a "Certificate of Incorporation" evidencing the incorporation of an entity.

**Whereas,** The stipulations and conditions of the Law have been fully complied with by

MUTUAL PHARMACEUTICAL COMPANY, INC.

**Therefore, Know Ye,** That subject to the Constitution of this Commonwealth, and under the authority of the Laws thereof, I do by these presents, which I have caused to be sealed with the Great Seal of the Commonwealth, declare and certify the creation, erection and incorporation of the above in deed and in law by the name chosen hereinbefore specified.

Such corporation shall have and enjoy and shall be subject to all the powers, duties, requirements, and restrictions, specified and enjoined in and by the applicable laws of this Commonwealth.

**Given** under my Hand and the Great Seal of the Commonwealth, at the City of Harrisburg, this 26th day of September in the year of our Lord one thousand nine hundred and eighty-four and of the Commonwealth the two hundred ninth

_William R. Davis_

Secretary of the Commonwealth

0837247

INFOSEARCH, INC.
321 N FRONT ST

COMMONWEALTH OF PENNSYLVANIA

DEPARTMENT OF STATE

JULY 13, 2010

TO ALL WHOM THESE PRESENTS SHALL COME, GREETING:

I DO HEREBY CERTIFY THAT,

## UNITED RESEARCH LABORATORIES, INC.

is duly incorporated under the laws of the Commonwealth of Pennsylvania and

remains a subsisting corporation so far as the records of this office show, as of

the date herein.



IN TESTIMONY WHEREOF, I have
hereunto set my hand and caused
the Seal of the Secretary's Office to
be affixed, the day and year above
written.

*Basil L. Merenda*

**Acting Secretary of the Commonwealth**

Certification Number: 8887607-1
Verify this certificate online at http://www.corporations.state.pa.us/corp/soskb/verify.asp

# ARTICLES OF INCORPORATION

TO THE DEPARTMENT OF STATE;
COMMONWEALTH OF PENNSYLVANIA:

**1277**

. In compliance with the requirements of the "BUSINESS CORPORATION LAW," (Act No. 106), approved the 5th day of May, A. D. 1933, the undersigned all of whom are citizens of the United States, desiring that they may be incorporated as a business corporation, do hereby certify:

1st. The name of the corporation is __UNITED RESEARCH LABORATORIES, INC.__

2nd. The location and post office address of its initial registered office in this Commonwealth is

__1135 Callowhill Street,__ __Philadelphia,__ __Philadelphia.__
  (number)        (street)           (city)         (county)

.3rd. The purpose or purposes of the corporation are:

To conduct and carry on research in biological chemicals and to manufacture, compound, buy, sell, distribute and deal in chemicals, biological chemicals, pharmaceuticals, drugs and kindred products.

4th. The term of its existence is perpetual.

5th. The authorized capital stock of the corporation is* Five Thousand Dollars ($5.000.00), divided into five hundred (500) shares of the par value of Ten Dollars ($10.00) each.

6th. The amount of paid in capital with which the corporation will begin business is $500.00.

7th. The names and addresses of the first directors and their terms of office are:

| Name | Address | Term of Office |
|------|---------|----------------|
| Robert Roberts | 7060 Forrest Avenue Philadelphia, Pa. | One Year |
| Albert Roberts | 7060 Forrest Avenue Philadelphia, Pa. | One Year |
| Katherine Roberts | 7060 Forrest Avenue Philadelphia, Pa. | One Year |

8th. The names and addresses of the incorporators and the number and class of shares subscribed by each are:

| Name | Address | No. and Class of Shares |
|------|---------|-------------------------|
| J. Vernon Pimm | 926 Land Title Building Philadelphia, Pa. | 1 |
| Charles A. Adami | 4435 Sherwood Road Philadelphia, Pa. | 1 |
| M. Dennis | 5211 Baltimore Avenue Philadelphia, Pa. | 1 |

_____(SEAL)    _____(SEAL)

_____(SEAL)    _____(SEAL)

_____(SEAL)    _____(SEAL)

Commonwealth of Pennsylvania } ss:
County of Philadelphia

Before me, a Notary Public in and for the county aforesaid, personally

came the above named, J. Vernon Pimm, Charles A. Adami and M. Dennis

who, in due form of law, acknowledged the foregoing instrument to be their act and deed for the purposes therein specified.

Witness my hand and seal of office the 2nd day of October A. D. 19 46.

_____
Notary Public
MY COMMISSION EXPIRES JAN. 5, 1947.

(SEAL)

Approved and filed in the Department of State, 11th

day of October A. D. 19 46

CBC Roll 40-32    Film 1277-1279 Incl.



# Commonwealth of Pennsylvania

## Department of State

TO ALL TO WHOM THESE PRESENTS SHALL COME, GREETING:

**Whereas,** In and by the Business Corporation Law (Act No. 106) approved the 5th day of May, Anno Domini, one thousand nine hundred and thirty-three, the Department of State is authorized and required to issue a

## ∽ CERTIFICATE OF INCORPORATION ∽

evidencing the incorporation of a business corporation organized under the provisions of that law.

**And Whereas,** The stipulations and conditions of that law have been fully complied with by the persons desiring to incorporate as

—————————— UNITED RESEARCH LABORATORIES, INC. ——————————

**Therefore, Know Ye.** That subject to the Constitution of this Commonwealth and, under the authority of the Business Corporation Law, I do by these presents, which I have caused to be sealed with the Great Seal of the Commonwealth, create, erect, and incorporate the incorporators of and the subscribers to the shares of the proposed corporation named above, their associates and successors, and also those who may thereafter become subscribers or holders of the shares of such corporation, into a body politic and corporate in deed and in law by the name chosen and hereinbefore specified, which shall exist

————————————— perpetually —————————————

and shall be invested with, and have and enjoy all the powers, privileges, and franchises incident to a business corporation and be subject to all the duties, requirements, and restrictions specified and enjoined in and by the Business Corporation Law and all other applicable laws of this Commonwealth.



**Given** under my Hand and the Great Seal of the Commonwealth, at the City of Harrisburg, this ——— 11th ——— day of —— October —— in the year of our Lord one thousand nine hundred and ——— forty-six ——— and of the Commonwealth the one hundred and

————————— seventy-first —————————

_Secretary of the Commonwealth._

# Delaware

PAGE  1

### The First State

I, JEFFREY W. BULLOCK, SECRETARY OF STATE OF THE STATE OF
DELAWARE, DO HEREBY CERTIFY "URL PHARMA, INC." IS DULY
INCORPORATED UNDER THE LAWS OF THE STATE OF DELAWARE AND IS IN
GOOD STANDING AND HAS A LEGAL CORPORATE EXISTENCE SO FAR AS THE
RECORDS OF THIS OFFICE SHOW, AS OF THE THIRTEENTH DAY OF JULY,
A.D. 2010.

AND I DO HEREBY FURTHER CERTIFY THAT THE SAID "URL PHARMA,
INC." WAS INCORPORATED ON THE TWENTIETH DAY OF MAY, A.D. 1997.

AND I DO HEREBY FURTHER CERTIFY THAT THE ANNUAL REPORTS HAVE
BEEN FILED TO DATE.

AND I DO HEREBY FURTHER CERTIFY THAT THE FRANCHISE TAXES
HAVE BEEN PAID TO DATE.

2738299   8300

100738129

You may verify this certificate online
at corp.delaware.gov/authver.shtml

Jeffrey W. Bullock, Secretary of State

AUTHENTICATION:  8110095

DATE:  07-13-10

# Delaware

PAGE 1

## The First State

I, JEFFREY W. BULLOCK, SECRETARY OF STATE OF THE STATE OF DELAWARE, DO HEREBY CERTIFY "AR HOLDING COMPANY, INC." IS DULY INCORPORATED UNDER THE LAWS OF THE STATE OF DELAWARE AND IS IN GOOD STANDING AND HAS A LEGAL CORPORATE EXISTENCE SO FAR AS THE RECORDS OF THIS OFFICE SHOW, AS OF THE THIRTEENTH DAY OF JULY, A.D. 2010.

AND I DO HEREBY FURTHER CERTIFY THAT THE SAID "AR HOLDING COMPANY, INC." WAS INCORPORATED ON THE THIRTIETH DAY OF AUGUST, A.D. 2005.

AND I DO HEREBY FURTHER CERTIFY THAT THE ANNUAL REPORTS HAVE BEEN FILED TO DATE.

AND I DO HEREBY FURTHER CERTIFY THAT THE FRANCHISE TAXES HAVE BEEN PAID TO DATE.

Jeffrey W. Bullock, Secretary of State

AUTHENTICATION: 8110093

DATE: 07-13-10

4020865  8300

100738129

You may verify this certificate online
at corp.delaware.gov/authver.shtml

# *Delaware*

PAGE   1

### *The First State*

I, JEFFREY W. BULLOCK, SECRETARY OF STATE OF THE STATE OF DELAWARE, DO HEREBY CERTIFY "AR SCIENTIFIC, INC." IS DULY INCORPORATED UNDER THE LAWS OF THE STATE OF DELAWARE AND IS IN GOOD STANDING AND HAS A LEGAL CORPORATE EXISTENCE SO FAR AS THE RECORDS OF THIS OFFICE SHOW, AS OF THE THIRTEENTH DAY OF JULY, A.D. 2010.

AND I DO HEREBY FURTHER CERTIFY THAT THE SAID "AR SCIENTIFIC, INC." WAS INCORPORATED ON THE EIGHTH DAY OF DECEMBER, A.D. 2004.

AND I DO HEREBY FURTHER CERTIFY THAT THE ANNUAL REPORTS HAVE BEEN FILED TO DATE.

AND I DO HEREBY FURTHER CERTIFY THAT THE FRANCHISE TAXES HAVE BEEN PAID TO DATE.

3893117   8300

100738129

You may verify this certificate online
at corp.delaware.gov/authver.shtml

Jeffrey W. Bullock, Secretary of State

AUTHENTICATION: 8110094

DATE: 07-13-10

# **TAB 2**

ANTHONY HERMAN (*Pro Hac Vice Pending*)
therman@cov.com
DAMARA L. CHAMBERS (*Pro Hac Vice Pending*)
dchambers@cov.com
COVINGTON & BURLING LLP
1201 Pennsylvania Avenue NW
Washington, D.C. 20004
Telephone: (202) 662-6000
Facsimile: (202) 778-5279

RICHARD A. JONES (Bar No. 135248)
(rjones@cov.com)
COVINGTON & BURLING LLP
One Front Street
San Francisco, CA 94111
Tel: (415) 591-6000
Fax: (415) 591-6091

RICK L. SHACKELFORD (Bar No. 151262)
shackelfordr@gtlaw.com
GREENBERG TRAURIG LLP
2450 Colorado Avenue
Suite 400E
Santa Monica, California 90404
Telephone: (310) 586-3878
Facsimile: (310) 586-7800

Attorneys for Defendant
EXCELLIUM PHARMACEUTICAL, INC.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MUTUAL PHARMACEUTICAL COMPANY, INC., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> WATSON PHARMACEUTICALS, INC., *et al.*, <br><br> Defendants. | CASE NO. CV09-05700 PA (RZx) <br><br> The Honorable Percy Anderson <br><br> **DECLARATION OF HASMUKH DOSHI IN SUPPORT OF JOINT OPPOSITION TO MOTION FOR PRELIMINARY INJUNCTION** |

DECLARATION OF HASMUKH DOSHI IN SUPPORT OF JOINT OPPOSITION TO MOTION FOR
PRELIMINARY INJUNCTION

1

## DECLARATION OF HASMUKH DOSHI

2

3        I, HASMUKH DOSHI, hereby declare as follows:

4

5        1.      I am the President of Excellium, Pharmaceutical, Inc. ("Excellium").

6    Excellium is a small privately held company that manufactures, markets and

7    distributes pharmaceutical products, including 0.6 mg oral colchicine tablets ("oral

8    colchicine"). Excellium was incorporated in May 1996 and began operating in

9    1998.

10

11       2.      In December 1998, Excellium listed its oral colchicine product with

12   the U.S. Food and Drug Administration ("FDA") by submitting a completed Form

13   FDA 2657 Drug Product Listing Form to the FDA. Excellium indicated in blocks

14   94 to 99 of this form that Excellium did not have a FDA application number for its

15   oral colchicine product. A copy of Excellium's oral colchicine Drug Product

16   Listing Form and the postal receipt from its submission are attached hereto as

17   Exhibit A.

18

19       3.      Excellium has never stated  that oral colchicine is FDA approved. To

20   the contrary, when forms ask for FDA approval information, Excellium writes

21   "none" or a similar response, as it did in the FDA Drug Product Listing form

22   attached hereto as Exhibit A.

23

24       4.      To my knowledge, Excellium has never received a Warning Letter or

25   other communication from the FDA telling Excellium to stop manufacturing,

26   marketing or distributing oral colchicine.

27

Covington &
Burling LLP   28

DECLARATION OF HASMUKH DOSHI IN SUPPORT OF JOINT OPPOSITION TO MOTION FOR
PRELIMINARY INJUNCTION

1         5.    Excellium's first customer for oral colchicine was United Research

2   Laboratories, Inc. ("URL"), which is plaintiffs' pharmaceutical distribution arm.

3   Excellium supplied URL with oral colchicine from January 1999 until January

4   2006. Over that period, URL purchased approximately 139 million colchicine

5   tablets from Excellium. URL marketed colchicine through drug industry price lists

6   such as *Red Book*. Attached as Exhibit B are copies of the pages on which URL's

7   oral colchicine product appears in the 1998 and 2005 hard copy editions of *Red*

8   *Book*.

9

10         6.    Excellium's colchicine product is listed on page 353 of the hardcopy

11   version of the *Red Book*. An explanation for how to read the product listings is

12   provided on page 173. Copies of these pages are attached as Exhibit C to this

13   Declaration. As explained in the "Key to Rx Product Listings" on page 173, in the

14   right hand column of each product entry is a space for the product's Orange Book

15   Code ("OBC"), if the product has one. The "Orange Book" is the common name

16   for the FDA publication, Approved Drug Products with Therapeutic Equivalence

17   Evaluations, which is a list of drug products that have been approved by the FDA.

18   FDA, Approved Drug Products with Therapeutic Equivalence Evaluations,

19   *available at*: http://www.accessdata.fda.gov/scripts/cder/ob/default.cfm ("Orange

20   Book"). Drugs subject to the Drug Efficacy Study Implementation ("DESI")

21   review and pre-1938 drugs are not included in the "Orange Book."

22

23         7.    On page 353 of the *Red Book*, the OBC column for Excellium's and

24   Vision's oral colchicine product entries is blank, because colchicine is not FDA

25   approved. (Watson's oral colchicine product is not listed in the *Red Book*.) The

26   entries for products on this page that do have FDA approval, however, clearly

27   include a code in the OBC column. An example is colchicine/probenecid, which is

Covington &
Burling LLP   28

3

1    an FDA-approved drug. In the *Red Book*, the two character code in the OBC

2    column clearly identifies colchicine/probenecid's FDA approval.

3

4        8.    I understand that Plaintiffs have alleged that Excellium

5    misrepresented to First Databank that its oral colchicine product was FDA-

6    approved. Excellium has never communicated to First Databank, or any other drug

7    pricing database provider or wholesaler, that its oral colchicine product is FDA-

8    approved. Excellium registered its oral colchicine product (both the 100 and 1000

9    count bottle size) with First Databank in 1999 by completing and submitting First

10   Databank's New Product Submission Forms. (Excellium actually made two

11   submissions, because, upon receiving Excellium's first submission, First Databank

12   notified Excellium that there was a new, updated form.) Nowhere on any of the

13   New Product Submission Forms submitted by Excellium is there any mention of

14   FDA approval. Copies of both of the New Product Submission Forms that

15   Excellium provided to First Databank for its oral colchicine product are attached as

16   Exhibit D.

17

18       9.    Excellium has never told AmerisourceBergen Corporation ("ABC")

19   or any other wholesaler or drug pricing database provider that Excellium's oral

20   colchicine product is the generic equivalent of COLCRYS.

21

22       10.    Excellium will be severely harmed if the preliminary injunction is

23   granted. If Excellium is enjoined from filling orders for oral colchicine, a drug that

24   has not been removed from the market by the FDA, Excellium's reputation as a

25   reliable and consistent supplier of pharmaceutical products will be damaged.

26   Moreover, the preliminary injunction could damage Excellium's credibility and

27   negatively impact Excellium's entire business.

Covington &
Burling LLP   28

4

DECLARATION OF HASMUKH DOSHI IN SUPPORT OF JOINT OPPOSITION TO MOTION FOR
PRELIMINARY INJUNCTION

1

2     11.    Excellium is a small, closely-held, family-owned business with 47

3  employees. A preliminary injunction enjoining Excellium from selling oral

4  colchicine could have an enormous impact on the company, potentially resulting in

5  the need for layoffs or even putting Excellium out of business permanently.

6

7     12.    The requested preliminary injunction would go beyond enjoining

8  Excellium from selling oral colchicine. It would also require Excellium to

9  somehow cause all drug pricing database providers, wholesalers, pharmacies and

10  drug stores to remove Excellium's product information from their computer

11  systems. Identifying all of the computer systems that list information from

12  Excellium's labels and product inserts would be an overwhelming task that, even if

13  possible, would be extremely costly for Excellium.

14

15  I declare under penalty of perjury that the foregoing is true and correct.

16

17  Executed this 29 day of September, 2009 at _____Fairfield_____, New Jersey.

18

19

20                      _____Hoosh._____

21                      Hasmukh Doshi

22

23

24

25

26

27

Covington &
Burling LLP

28

5

# Exhibit A

Case 2:09-cv-05700-PA-RZ   Document 99   Filed 09/30/2009   Page 7 of 20

**DEPARTMENT OF HEALTH AND HUMAN SERVICES**
PUBLIC HEALTH SERVICE
FOOD AND DRUG ADMINISTRATION
**DRUG PRODUCT LISTING**
(In accordance with Public Law 92-387)

NAME AND ADDRESS OF FIRM
Excellium Pharmaceutical, Inc.
3-G. Oak Road
Fairfield, N.J. 07004.

COPY

CHANGE OF:
☐ LABELING REVISION
☐ NAME OF A ADMIN   ☐ INDICATION
☐ NAME / DOSE / STR / INGR
☐ OTHER (Specify)

NATIONAL DRUG CODE

| LABELER | | PRODUCT | |
|---|---|---|---|
| 6 4 1 | 2 5 | * 1 | 0 4 |

BASIS OF CONCENTRATION

WHOLE NUMBERS | DECIMAL | UNIT
6 | 6

NOTICE: This report is required by law (21 C.F.R. 207.20). Failure to report can result in imprisonment for not more than one year or a fine or not more than $1,000, or both (FD&C Act, Section 303)

PRODUCT TRADE NAME OR CATALOG NAME

PRODUCT TYPE

PACKAGE SIZE

PACKAGE TYPE

PRODUCT DISCONTINUED

B O T H D
B O T H D

ESTABLISHED NAME OF PRODUCT AND / OR INGREDIENT(S) OR BIOLOGIC PROPER NAME, TEST OBJECTIVE / EQUIPMENT / REAGENT NAME, ETC.

AMOUNT

WHOLE NUMBER | DECIMAL | UNIT
0 6 | m q

ACTUAL MANUFACTURING SITE OF THE ABOVE DRUG PRODUCT

Excellium Pharmaceutical Inc

FOREIGN COUNTRY | STATE
N J

NDC LABELER CODE
6 4 1 2 5

SHORT NAME

PAGE ____ OF ____ PAGES.

| DOSAGE FORM | ROUTES OF ADMINISTRATION | | | SEC | PGS CODE |
|---|---|---|---|---|---|

| SEC | S U | PT |
|---|---|---|

Colchicine

Colchicine   MD

REPORT DATE
MO | DA | YR
5 0 0 | 0 0 | 0 4
1 2 2 9 9 8

TYPES OF BUSINESS
0 3
0 3
0 3
0 3

MOST RECENT MARKETING DATE | DISCONTINUED DATE
MO | YEAR | MO | YEAR
0 1 1 9 9 9

Colchicine
Capsule
Lactose Anhydrous
Starch
Sodium Lauryl sulfate
Sodium dioxide
Colloidal Silicon
Magnesium stearate

Colchicine USP capsule
Cellulose
Anhydrous
Starch
gelatin
sulfate
Dioxide
stearate

SITE OF FIRM RESTAURANT REGISTRATION NUMBER
2 2 4 9 2 0 0 4

FORM FDA 2657 (1/00)   PREVIOUS EDITION IS OBSOLETE

**MAIL**
TED STATES POSTAL SERVICE™

## POST OFFICE TO ADDRESSEE

EJ519608539US

COPY

Customer Copy

RIGIN (POSTAL USE ONLY)

SEE REVERSE SIDE FOR
SERVICE GUARANTEE AND
INSURANCE COVERAGE LIMITS

| Day of Delivery | Flat Rate Envelope |
| Next ☐ Second ☐ | ☐ |
| 12 Noon ☐ 3 PM ☐ | Postage $ |
| Military 2nd Day ☐ 3rd Day ☐ | Return Receipt Fee |
| Int'l Alpha Country Code | COD Fee | Insurance Fee |
| Acceptance Clerk Initials | Total Postage & Fees $ |

USTOMER USE ONLY

HOD OF PAYMENT:

FROM: (PLEASE PRINT)    PHONE (973) 276-9600

Excellium Pharmaceutical Inc
3 - G. Oak Road
Fairfield NJ 07004

TO: (PLEASE PRINT)    PHONE (

Food & Drug Administration
CDER/OM/DDM/IMT
7520 Standish Place
Room # 161
Rockville MD. 20855

FOR PICKUP OR TRACKING CALL 1-800-222-1811    www.usps.gov    EMS

Label 11-B  July 1997

7

# Exhibit B

PROD MFR NDC AWP DP OBC

(...K.B.)
...PO (PEACH/MINT)
...mg-6.25 mg/5 ml,

| | | | | |
|---|---|---|---|---|
| 120 ml, C-V | 00556-0343-04 | 2.50 | | AA |
| 480 ml, C-V | 00556-0343-16 | 7.10 | | AA |
| 3840 ml, C-V | 00556-0343-28 | 49.50 | | AA |

(...shire)
SYR, PO, 10 mg-6.25 mg/5 ml,

| | | | | |
|---|---|---|---|---|
| 118 ml, C-V | 55175-1679-08 | 6.48 | | EE |

(...pumed)
SYR, PO, 10 mg-6.25 mg/5 ml,

| | | | | |
|---|---|---|---|---|
| 120 ml, C-V | 00403-1671-84 | 3.55 | | EE |

(...Laderle Generics)
SYR, PO, 10 mg-6.25 mg/5 ml,

| | | | | |
|---|---|---|---|---|
| 480 ml, C-V | 59911-5819-03 | 7.40 | | AA |

(Major)
SYR, PO, 10 mg-6.25 mg/5 ml,

| | | | | |
|---|---|---|---|---|
| 120 ml, C-V | 00904-1510-00 | 3.83 | | AA |
| 480 ml, C-V | 00904-1510-16 | 9.75 | | AA |
| 3840 ml, C-V | 00904-1510-28 | 42.97 | | AA |

(Moore, H.L.)
SYR, PO, 10 mg-6.25 mg/5 ml,

| | | | | |
|---|---|---|---|---|
| 120 ml, C-V | 00839-7059-65 | 3.78 | 2.80 | AA |
| 480 ml, C-V | 00839-7059-69 | 9.38 | 6.95 | AA |
| 3840 ml, C-V | 00839-7059-78 | 53.45 | 39.59 | AA |

(Morton Grove)
SYR, PO (RASPBERRY)
10 mg-6.25 mg/5 ml,

| | | | | |
|---|---|---|---|---|
| 120 ml, C-V | 60432-0606-04 | 3.88 | | AA |
| 480 ml, C-V | 60432-0606-16 | 9.90 | | AA |

(PD-RX Pharm)
SYR, PO, 10 mg-6.25 mg/5 ml,

| | | | | |
|---|---|---|---|---|
| 240 ml, C-V | 55289-0951-08 | 7.12 | | EE |

(Pharm Assoc)
SYR, PO, 10 mg-6.25 mg/5 ml,

| | | | | |
|---|---|---|---|---|
| 5 ml 100s UD, C-V | 00121-0547-05 | 58.76 | | AA |

(Pharma Pac)
SYR, PO, 10 mg-6.25 mg/5 ml,

| | | | | |
|---|---|---|---|---|
| 240 ml, C-V | 52959-1419-08 | 10.95 | | EE |

(Phys Total Care)
SYR, PO, 10 mg-6.25 mg/5 ml,

| | | | | |
|---|---|---|---|---|
| 120 ml, C-V | 54868-1829-01 | 5.19 | | EE |

(Qualitest)
SYR, PO, 10 mg-6.25 mg/5 ml,

| | | | | |
|---|---|---|---|---|
| 120 ml, C-V | 00603-1578-54 | 3.94 | | AA |
| 480 ml, C-V | 00603-1578-58 | 10.50 | | AA |

(Rugby)
SYR, PO, 10 mg-6.25 mg/5 ml,

| | | | | |
|---|---|---|---|---|
| 480 ml, C-V | 00536-1805-85 | 14.83 | | AA |
| 3840 ml, C-V | 00536-1805-98 | 50.45 | | AA |

(Schein)
SYR, PO, 10 mg-6.25 mg/5 ml,

| | | | | |
|---|---|---|---|---|
| 480 ml, C-V | 00364-7390-16 | 8.45 | | AA |

(Southwood)
SYR, PO, 10 mg-6.25 mg/5 ml,

| | | | | |
|---|---|---|---|---|
| 120 ml, C-V | 58016-4013-04 | 7.51 | | EE |
| 180 ml, C-V | 58016-0674-56 | 8.19 | | EE |
| 240 ml, C-V | 58016-8674-48 | 10.39 | | EE |

(URL)
SYR, PO, 10 mg-6.25 mg/5 ml,

| | | | | |
|---|---|---|---|---|
| 480 ml, C-V | 00677-0963-33 | 10.36 | | AA |

(Wyeth-Ayerst) See *PHENERGAN W/CODEINE*

(Xactdose)
SYR, PO (10X10)
10 mg-6.25 mg/5 ml,

| | | | | |
|---|---|---|---|---|
| 5 ml 100s UD, C-V | 50962-0558-05 | 60.00 | 53.22 | AA |

(Zenith Goldline)
SYR, PO, 10 mg-6.25 mg/5 ml,

| | | | | |
|---|---|---|---|---|
| 120 ml, C-V | 00182-0346-37 | 4.30 | | AA |
| 480 ml, C-V | 00182-1712-40 | 10.84 | | AA |
| 3840 ml, C-V | 00182-1712-41 | 52.50 | | AA |

**CODEINE/PSEUDOEPH**
(Amber Generics) See *NUCODINE*
(Cypress Pharm) See *CYCOFED*
(King Pharm) See *KG-FED*
(Monarch) See *NUCOFED*

**CODEINE/PSEUDOEPH/TRIPROLIDINE**
HCFA
SYR, PO

| | | | | |
|---|---|---|---|---|
| 10 mg-30 mg-1.25 mg/5 ml, 480 ml | | 4.94 | | |

(Alpharma USPD) See *TRIACIN C*
(Geneva) See *TRIFED C*
(Major)
SYR, PO
10 mg-30 mg-1.25 mg/5 ml,

| | | | | |
|---|---|---|---|---|
| 480 ml, C-V | 00904-1579-16 | 9.15 | | AA |
| 3840 ml, C-V | 00904-1579-28 | 67.45 | | AA |

(Moore, H.L.) See *TRIACIN C*

(Morton Grove)
SYR, PO (RASPBERRY)
10 mg-30 mg-1.25 mg/5 ml,

| | | | | |
|---|---|---|---|---|
| 120 ml, C-V | 60432-0462-04 | 3.40 | | AA |
| 480 ml, C-V | 60432-0462-16 | 11.79 | | AA |
| 3840 ml, C-V | 60432-0462-28 | 82.81 | | AA |

(Qualitest) See *TRIPROLIDINE-C*
(Schein) See *TRIAFED & CODEINE*

(Southwood)
SYR, PO
10 mg-30 mg-1.25 mg/5 ml,

| | | | | |
|---|---|---|---|---|
| 120 ml, C-V | 58016-0469-24 | 7.20 | | EE |

(Zenith Goldline)
SYR, PO
10 mg-30 mg-1.25 mg/5 ml,

| | | | | |
|---|---|---|---|---|
| 480 ml, C-V | 00182-1710-40 | 11.60 | | AA |
| 3840 ml, C-V | 00182-1710-41 | 85.10 | | AA |

**CODICLEAR DH** (Schwarz)
gg/hydrocodone
SYR, PO, 100 mg-5 mg/5 ml,

| | | | | |
|---|---|---|---|---|
| 118.280 ml, C-III | 00131-5134-64 | 16.00 | | |
| 473.120 ml, C-III | 00131-5134-70 | 55.81 | | |

(Allscrips)
REPACK
SYR, PO, 100 mg-5 mg/5 ml,

| | | | | |
|---|---|---|---|---|
| 120 ml, C-III | 54569-3852-00 | 14.64 | | |

(Compumed)
REPACK
SYR, PO, 100 mg-5 mg/5 ml,

| | | | | |
|---|---|---|---|---|
| 120 ml, C-III | 00403-3117-84 | 11.50 | | |

(PD-RX Pharm)
REPACK
SYR, PO, 100 mg-5 mg/5 ml,

| | | | | |
|---|---|---|---|---|
| 120 ml, C-III | 55289-0410-04 | 19.98 | | |

(Phys Total Care)
REPACK
SYR, PO, 100 mg-5 mg/5 ml,

| | | | | |
|---|---|---|---|---|
| 120 ml, C-III | 54868-3108-01 | 19.91 | | |

**CODIMAL DH** (Schwarz)
hydrocodone/phenyleph/pyril
SYR, PO
1.66 mg-5 mg-8.33 mg/5ml,

| | | | | |
|---|---|---|---|---|
| 118.280 ml, C-III | 00131-5129-64 | 11.19 | | |
| 473.120 ml, C-III | 00131-5129-70 | 37.73 | | |
| 3784.960 ml, C-III | 00131-5129-72 | 230.83 | | |

(Allscrips)
REPACK
SYR, PO
1.66 mg-5 mg-8.33 mg/5ml,

| | | | | |
|---|---|---|---|---|
| 120 ml, C-III | 54569-3648-00 | 10.16 | | |
| 480 ml, C-III | 54569-1705-01 | 29.83 | | |

(Phys Total Care)
REPACK
SYR, PO (A.F.)
1.66 mg-5 mg-8.33 mg/5ml,

| | | | | |
|---|---|---|---|---|
| 120 ml, C-III | 54868-2009-01 | 11.16 | | |

**CODIMAL PH** (Schwarz)
codeine/phenyleph/pyril
SYR, PO, 10 mg-5 mg-8.33 mg/5 ml,

| | | | | |
|---|---|---|---|---|
| 118.280 ml, C-V | 00131-5038-64 | 12.55 | | |
| 473.120 ml, C-V | 00131-5038-70 | 40.71 | | |
| 3784.960 ml, C-V | 00131-5038-72 | 252.86 | | |

**CODIMAL-L.A.** (Schwarz)
cpm/pseudoeph
CER, PO, 8 mg-120 mg,

| | | | | |
|---|---|---|---|---|
| 100s ea | 00131-4213-37 | 52.41 | | |
| 1000s ea | 00131-4213-43 | 472.00 | | |

(Phys Total Care)
REPACK
CER, PO, 8 mg-120 mg,

| | | | | |
|---|---|---|---|---|
| 20s ea | 54868-1611-01 | 9.15 | | |

**CODIMAL-L.A. HALF** (Schwarz)
cpm/pseudoeph
CER, PO, 4 mg-60 mg,

| | | | | |
|---|---|---|---|---|
| 100s ea | 00131-4581-37 | 37.96 | | |

(Cheshire)
REPACK
CER, PO, 4 mg-60 mg,

| | | | | |
|---|---|---|---|---|
| 14s ea | 55175-2418-04 | 7.98 | | |
| 20s ea | 55175-2418-00 | 10.49 | | |

**RED BOOK™ for Windows®**
See **Special Offer** Inside Back Cover or Call
**(800) 722-3062**

(Phys Total Care)
REPACK
CER, PO, 4 mg-60 mg,

| | | | | |
|---|---|---|---|---|
| 20s ea | 54868-1958-01 | 7.20 | | |

**CODITUSS DH** (Qualitest)
hydrocodone/phenyleph/pyril
SYR, PO (STRAWBERRY)
1.66 mg-5 mg-8.33 mg/5ml,

| | | | | |
|---|---|---|---|---|
| 120 ml, C-III | 00603-1111-54 | 5.60 | | |
| 480 ml, C-III | 00603-1111-58 | 17.98 | | |
| 3840 ml, C-III | 00603-1111-64 | 135.40 | | |

(Vintage)
SYR, PO (STRAWBERRY)
1.66 mg-5 mg-8.33 mg/5ml,

| | | | | |
|---|---|---|---|---|
| 118 ml, C-III | 00254-9078-63 | 5.60 | | |
| 473 ml, C-III | 00254-9078-58 | 17.98 | | |

**CODOTUSS** (Major)
gg/hydrocodone
LIQ, PO (A.F., D.F., S.F., ORANGE)
100 mg-5 mg/5 ml,

| | | | | |
|---|---|---|---|---|
| 480 ml, C-III | 00904-7888-16 | 30.20 | | |

**COENZYME Q10** (A-A Spectrum)
SEE SECTION 6 FOR MFG CATALOG

| | | | | |
|---|---|---|---|---|
| POW, 1 gm | 49452-8056-03 | 10.25 | | |
| 5 gm | 49452-8056-01 | 32.80 | | |
| 25 gm | 49452-8056-02 | 135.00 | | |

(Medisca)

| | | | | |
|---|---|---|---|---|
| POW, 5 gm | 38779-0127-15 | 35.50 | | |
| 25 gm | 38779-0127-25 | 161.50 | | |
| 100 gm | 38779-0127-10 | 565.95 | | |

(Meridian Chemical)

| | | | | |
|---|---|---|---|---|
| POW, 5 gm | 62991-1343-01 | 39.60 | | |
| 25 gm | 62991-1343-02 | 176.00 | | |
| 100 gm | 62991-1343-03 | 616.00 | | |

**COFATRIM FORT** (Amphkarco)
smz/tmp
TAB, PO, 800 mg-160 mg,

| | | | | |
|---|---|---|---|---|
| 10s ea | 58015-0459-01 | 3.90 | | EE |

**COGENTIN** (Merck)
benztropine mesylate
SEE SECTION 7 FOR COLOR PHOTO
INJ, IJ (AMP)

| | | | | |
|---|---|---|---|---|
| 1 mg/ml, 2 ml 6s | 00006-3275-16 | 42.50 | 34.00 | |
| TAB, PO, 0.5 mg, 100s ea | 00006-0021-68 | 19.04 | 15.23 | AA |
| 1 mg, 100s ea | 00006-0635-68 | 21.75 | 17.40 | AA |
| 2 mg, 100s ea | 00006-0060-68 | 27.44 | 21.95 | AA |

(Allscrips)
REPACK

| | | | | |
|---|---|---|---|---|
| TAB, PO, 2 mg, 50s ea | 54569-1595-01 | 12.73 | | AA |

(Phys Total Care)
REPACK
INJ, IJ (AMP)

| | | | | |
|---|---|---|---|---|
| 1 mg/ml, 2 ml 6s | 54868-2429-01 | 46.75 | | |

**COGNEX** (Parke-Davis)
tacrine hydrochloride
SEE SECTION 7 FOR COLOR PHOTO
CAP, PO (10X10)

| | | | | |
|---|---|---|---|---|
| 10 mg, 100s ea UD | 00071-0096-40 | 130.46 | | |
| 120s ea | 00071-0096-25 | 137.24 | | |
| (10X10) | | | | |
| 20 mg, 100s ea UD | 00071-0097-40 | 130.46 | | |
| 120s ea | 00071-0097-25 | 137.24 | | |
| (10X10) | | | | |
| 30 mg, 100s ea UD | 00071-0095-40 | 130.46 | | |
| 120s ea | 00071-0095-25 | 137.24 | | |
| (10X10) | | | | |
| 40 mg, 100s ea UD | 00071-0098-40 | 130.46 | | |
| 120s ea | 00071-0098-25 | 137.24 | | |

**COLA** (Gallipot)

| | | | | |
|---|---|---|---|---|
| SYR, 120 ml | 51552-0291-04 | 2.42 | | |
| 480 ml | 51552-0291-16 | 6.04 | | |
| 3840 ml | 51552-0291-01 | 16.68 | | |

**COLCHICINE** (A-A Spectrum)
SEE SECTION 6 FOR MFG CATALOG
POW, [illegible]

| | | | | |
|---|---|---|---|---|
| 1 gm | 49452-2210-01 | [illegible] | | |
| 5 gm | 49452-2210-02 | 149.80 | | |
| 25 gm | 49452-2210-05 | [illegible] | | |

Recommend **SENOKOT® Laxatives** When the $R_X$ May Constipate
PURDUE FREDERICK

COLCH/244           1998 RED BOOK PRODUC

| PROD/MFR | NDC | AWP | DP | OBC |
|---|---|---|---|---|
| **(Abbott Pharm)** | | | | |
| TAB, PO, 0.5 mg, 100s ea | 00074-3074-02 | 29.54 | 24.87 | |
| 0.6 mg, 100s ea | 00074-3781-01 | 22.64 | 18.96 | |
| **(Allscripts)** | | | | |
| TAB, PO, 0.6 mg, 20s ea | 54569-0236-02 | 1.25 | | |
| 30s ea | 54569-0236-06 | 4.20 | | |
| 60s ea | 54569-0236-43 | 6.40 | | |
| 100s ea | 54569-0236-45 | 6.51 | | |
| **(Bedford)** | | | | |
| INJ, LI (S.D.V., P.F.) | | | | |
| 0.5 mg/ml, | | | | |
| 2 ml 10s | 55390-0065-02 | 50.40 | | |
| **(Copperas)** | | | | |
| TAB, PO, 0.5 mg, 6s ea | 00463-2445-95 | 2.55 | | |
| 10s ea | 00463-2445-19 | 2.45 | | |
| 20s ea | 00463-2445-20 | 5.40 | | |
| 100s ea | 00463-2445-91 | 4.95 | | |
| **(Consolidated Midland)** | | | | |
| TAB, PO, 0.6 mg, 100s ea | 00223-8783-01 | 3.95 | | |
| 1000s ea | 00223-8783-02 | 19.75 | | |
| **(Heartland)** | | | | |
| TAB, PO, 0.6 mg, 30s ea | UD61382-6715-38 | 4.20 | | |
| **(BLISTER PACK)** | | | | |
| 0.6 mg, 30s ea | 61382-6715-38 | 4.20 | | |
| 31s ea UD | 61382-6715-31 | 4.34 | | |
| 32s ea UD | 61382-6715-32 | 4.48 | | |
| 45s ea UD | 61382-6715-45 | 6.30 | | |
| 60s ea UD | 61382-6715-60 | 8.40 | | |
| 90s ea UD | 61382-6715-90 | 12.60 | | |
| 500s ea UD | 61382-6715-51 | 70.00 | | |
| 2000s ea UD | 61382-6715-54 | 280.00 | | |
| 10000s ea UD | 61382-6715-91 | 1400.00 | | |
| **(Major)** | | | | |
| TAB, PO, 0.6 mg, 100s ea | 00904-2947-53 | 4.30 | | |
| 1000s ea | 00904-2947-60 | 21.40 | | |
| **(Medisca)** | | | | |
| POW, (U.S.P.) | | | | |
| 1 gm | 38779-0487-11 | 54.90 | | |
| 5 gm | 38779-0487-15 | 233.00 | | |
| **(Meridian Chemical)** | | | | |
| POW, 1 gm | 52901-1229-02 | 116.00 | | |
| 5 gm | 52901-1229-03 | 464.00 | | |
| 500 gm | 52901-1229-91 | 62.70 | | |
| **(Moore A.H.)** | | | | |
| TAB, PO, 0.6 mg, 100s ea | 00839-5152-96 | 6.61 | 4.45 | |
| 1000s ea | 00839-5152-16 | 24.50 | 18.15 | |
| **(PD-RX Pharm)** | | | | |
| TAB, PO, 0.5 mg, 30s ea | 55289-0724-30 | 13.13 | | |
| 0.6 mg, 30s ea UD | 55289-0155-07 | 6.13 | | |
| **(Physr Total Care)** | | | | |
| TAB, PO, 0.6 mg, 100s ea | 54868-2235-01 | 32.20 | | |
| 0.6 mg, 30s ea | 54868-2998-00 | 2.20 | | |
| **(Qualitest)** | | | | |
| TAB, PO, 0.5 mg, 100s ea | 00603-3052-21 | 5.52 | | |
| 1000s ea | 00603-3052-32 | 23.50 | | |
| **(Quality Care)** | | | | |
| TAB, PO, 0.5 mg, 30s ea | 00349-9596-38 | 23.57 | | |
| 0.6 mg, 6s ea | 00349-9693-06 | 5.51 | | |
| 20s ea | 00349-9693-20 | 4.16 | | |
| 25s ea UD | 00349-9693-25 | 9.52 | | |
| 30s ea | 00349-9693-30 | 4.22 | | |
| 90s ea | 00349-9693-90 | 5.51 | | |
| **(Rawy)** | | | | |
| TAB, PO, 0.6 mg, 100s ea | 00536-1281-10 | 16.95 | | |
| **(Rugby)** | | | | |
| TAB, PO, 0.6 mg, 1000s ea | 00536-3494-10 | 169.75 | | |
| **(Schein)** | | | | |
| TAB, PO, 0.6 mg, 100s ea | 00364-0074-01 | 19.30 | | |
| 1000s ea | 00364-0074-02 | 173.70 | | |
| **(Shire Richwood)** | | | | |
| TAB, PO, 0.6 mg, 100s ea | 58521-0187-01 | 5.00 | | |
| 1000s ea | 58521-0187-10 | 23.50 | | |
| **(URL)** | | | | |
| TAB, PO, 0.6 mg, 100s ea | 00677-0640-01 | 4.60 | | |
| **(West-Ward)** | | | | |
| TAB, PO, 0.6 mg, 100s ea | 00143-1261-01 | 7.35 | | |
| 100s ea UD | 00143-1261-05 | 19.05 | | |
| 1000s ea | 00143-1261-10 | 32.50 | | |
| **(Zenith Goldline)** | | | | |
| TAB, PO, 0.6 mg, 1000s ea | 00182-0174-10 | 172.10 | | |

| PROD/MFR | NDC | AWP | DP | OBC |
|---|---|---|---|---|
| **COLCHICINE/PROBENECID (Chelsire)** | | | | |
| TAB, PO, 0.5 mg-500 mg, | | | | |
| 30s ea | 55175-3642-30 | 7.25 | | EE |
| 45s ea | 55175-3642-45 | 9.84 | | EE |
| 90s ea | 55175-3642-90 | 15.29 | | EE |
| **(Global Pharm)** | | | | |
| TAB, PO, 0.5 mg-500 mg, | | | | |
| 100s ea | 00115-4382-01 | 14.41 | | BP |
| 1000s ea | 00115-4382-03 | 110.85 | | BP |
| **(Major)** | | | | |
| TAB, PO, 0.5 mg-500 mg, | | | | |
| 100s ea | 00904-2193-59 | 16.70 | | BP |
| **(Physr Total Care)** | | | | |
| TAB, PO, 0.5 mg-500 mg, | | | | |
| 30s ea | 54868-2779-01 | 5.79 | | EE |
| 60s ea | 54868-2779-00 | 10.24 | | EE |
| **(Qualitest)** | | | | |
| TAB, PO, 0.5 mg-500 mg, | | | | |
| 100s ea | 00603-5382-21 | 26.48 | | BP |
| **(Schein)** | | | | |
| TAB, PO, 0.5 mg-500 mg, | | | | |
| 100s ea | 00364-0315-01 | 32.05 | | BP |
| **(Trixine)** | | | | |
| TAB, PO, 0.5 mg-500 mg, | | | | |
| 1000s ea | 00493-5314-10 | 103.50 | | EE |
| **(URL)** | | | | |
| TAB, PO, 0.5 mg-500 mg, | | | | |
| 100s ea | 00677-0335-01 | 26.48 | | BP |
| **(Zenith Goldline)** | | | | |
| TAB, PO, 0.5 mg-500 mg, | | | | |
| 100s ea | 00172-2193-59 | 18.50 | | BP |
| 1000s ea | 00172-2193-80 | 160.70 | | BP |
| **COLESTID (Pharmacia/Upjohn)** | | | | |
| colestipol hydrochloride | | | | |
| GRN, PO, 5 gm/packet, | | | | |
| 30s ea | 00009-0250-01 | 43.99 | 35.19 | |
| 90s ea | 00009-0260-04 | 129.30 | 103.46 | |
| 5 gm/scoopful, | | | | |
| 300 gm | 00009-0258-17 | 55.03 | 44.02 | |
| 600 gm | 00009-0290-02 | 91.71 | 73.37 | |
| TAB, PO, 1 gm, 120s ea | 00009-0456-03 | 40.63 | 32.50 | |
| **COLESTID FLAVORED (Pharmacia/Upjohn)** | | | | |
| colestipol hydrochloride | | | | |
| GRN, PO (7.5 GM PACKET) | | | | |
| 5 gm/7.5 gm, | | | | |
| 60s ea | 00009-4376-03 | 86.20 | 68.96 | |
| 450 gm | 00009-4376-05 | 55.03 | 44.02 | |
| **(Pima Total Care)** | | | | |
| REPACK | | | | |
| GRN, PO, 5 gm/7.5 gm, | | | | |
| 7.500 gm 30s ea | 54868-2061-00 | 45.08 | | |
| **COLESTIPOL HYDROCHLORIDE** | | | | |
| **(Pharmacia/Upjohn) See COLESTID** | | | | |
| **(Pharmacia/Upjohn) See COLESTID FLAVORED** | | | | |
| **COLFED-A (Econolab)** | | | | |
| cpm/pseudoeph | | | | |
| CER, PO, 8 mg-120 mg, | | | | |
| 100s ea | 55053-0740-01 | 19.95 | | |
| 500s ea | 55053-0740-05 | 92.55 | | |
| **(Parmed)** | | | | |
| CER, PO, 8 mg-120 mg, | | | | |
| 100s ea | 00349-5782-91 | 18.03 | | |
| **COLFOSCERIL PALMITATE** | | | | |
| **(Glaxo Wellcome) See EXOSURF NEONATAL** | | | | |
| **COLINEST (Cint)** | | | | |
| kresphosphanine maleate | | | | |
| INJ, LI (VIAL) | | | | |
| 10 mg/ml, 10 ml | 55353-0662-10 | 14.75 | | |
| **COLIDROPS (A. G. Marin)** | | | | |
| bell alk/phenobarb | | | | |
| LIQ, PO (DROPS) | | | | |
| 15 ml | 12539-0315-15 | 9.50 | | |
| **COLISTIMETHATE SODIUM** | | | | |
| **(Parke-Davis) See COLY-MYCIN M** | | | | |
| **COLISTIN SULFATE (Paddock)** | | | | |
| POW, (U.S.P.) | | | | |
| 50 gm | 00574-0477-01 | 397.13 | | |
| **COLISTIN/NEO ACE/HYD SULF/THONZONIUM BRO-** | | | | |
| **MIDE** | | | | |
| **(Parke-Davis) See COLY-MYCIN S OTIC** | | | | |
| **COLLAGEN HEMOSTAT** | | | | |
| **(Astra USA) See HEMOPAD** | | | | |
| **(Astra USA) See HEMOTENE** | | | | |

| PROD/MFR | NDC | AWP | DP | OBC |
|---|---|---|---|---|
| **(Genesis Bio-Pharm) See COLLASTAT** | | | | |
| **(J&J Medical) See INSTAT COLLAGEN ABSORBABLE HEMOSTAT** | | | | |
| **(J&J Medical) See INSTAT MCH COLLAGEN HEMOSTAT** | | | | |
| **COLLAGENASE** | | | | |
| **(Knoll Labs) See SANTYL** | | | | |
| **(Mediscs)** | | | | |
| POW, 1 gm | 38779-8542-11 | 584.00 | | |
| 5 gm | 38779-8542-15 | 2336.00 | | |
| **COLLASTAT (Genesis Bio-Pharm)** | | | | |
| collagen hemostat | | | | |
| SPG, TP (HEMOSTATIC PAD, 3"X10") | | | | |
| 5s ea | 27181-1284-29 | 1025.00 | | |
| **(HEMOSTATIC PAD, 1"X 2")** | | | | |
| 10s ea | 27181-1284-99 | 185.00 | | |
| **(HEMOSTATIC PAD, 3"X 4")** | | | | |
| 10s ea | 27181-1284-18 | 370.00 | | |
| **COLLODIAN FLEXIBLE (Gallipot)** | | | | |
| collodion | | | | |
| LIQ, (U.S.P./N.F.) | | | | |
| 120 ml | 51552-0177-04 | 9.78 | | |
| 480 ml | 51552-0177-16 | 38.92 | | |
| **COLLODION USP (...)** | | | | |
| | | | | |
| **(Amend)** | | | | |
| LIQ, (U.S.P.) | | | | |
| 120 ml | 17317-0129-04 | 7.00 | | |
| 500 ml | 17317-0129-01 | 13.85 | | |
| 4000 ml | 17317-0129-06 | 70.00 | | |
| 20000 ml | 17317-0129-88 | 340.00 | | |
| **(Baker, J.T.)** | | | | |
| LIQ, (U.S.P.) | | | | |
| 100 ml | 18196-3262-04 | 23.06 | | |
| 500 ml | 18196-3262-81 | 19.53 | | |
| **(Gallipot)** | | | | |
| LIQ, (U.S.P./N.F.) | | | | |
| 120 ml | 51552-0283-09 | 19.32 | | |
| 480 ml | 51552-0283-16 | 37.66 | | |
| **(Hamco)** | | | | |
| LIQ, 120 ml | 00396-6549-04 | 7.30 | | |
| **(Integra)** | | | | |
| LIQ, (U.S.P.) | | | | |
| 120 ml | 85324-5896-04 | 18.15 | | |
| 500 ml | 85324-5896-58 | 25.88 | | |
| 4000 ml | 85324-5896-95 | 124.96 | | |
| **(Mallinckrodt Lab)** | | | | |
| SOL, (U.S.P.) | | | | |
| 120 ml | 00406-4568-02 | 9.78 | | |
| **(U.S.P.FLEXIBLE)** | | | | |
| 120 ml | 00406-4580-02 | 12.42 | | |
| **(U.S.P.)** | | | | |
| 500 ml | 00406-4568-09 | 19.46 | | |
| **(U.S.P.FLEXIBLE)** | | | | |
| 500 ml | 00406-4580-04 | 18.10 | | |
| **COLLODION FLEXIBLE USP (...)** | | | | |
| **(Amend)** | | | | |
| LIQ, (U.S.P.) | | | | |
| 120 ml | 17317-0129-04 | 7.00 | | |
| 500 ml | 17317-0129-91 | 13.65 | | |
| 4000 ml | 17317-0129-06 | 70.00 | | |
| 20000 ml | 17317-0129-98 | 340.00 | | |
| **(Baker, J.T.)** | | | | |
| LIQ, (U.S.P.) | | | | |
| 100 ml | 18196-3284-04 | 23.04 | | |
| 500 ml | 18196-3284-81 | 17.47 | | |
| 4000 ml | 18196-3284-93 | 85.06 | | |
| **(Integra)** | | | | |
| LIQ, (U.S.P.) | | | | |
| 100 ml | 85324-5897-49 | 19.96 | | |
| 500 ml | 85324-5897-58 | 31.22 | | |
| 4000 ml | 85324-5897-55 | 127.04 | | |
| **(Paddock)** | | | | |
| LIQ, (U.S.P.) | | | | |
| 120 ml | 00574-8560-04 | 8.60 | | |
| 480 ml | 00574-8560-16 | 32.10 | | |

RED BOOK Database Services...
Put the Power of RED BOOK on Your Computer. For information call toll-free: (800) 722-3062
ReadyPrice

COLA /316            2005 RED BOOK     RX

| PROD. MFR | NDC | AWP | DP | DEC |
|---|---|---|---|---|

(PCCA) See COCA COLA

**COLA FLAVOR (PCCA)**
flavoring aid
SOL, NA (CAFFEINE-FREE)
1 ml ...........51927-3414-98   0.30

**COLA NUT**
(PCCA) See KOLA NUT

**COLATAL (Selix Pharm.)**
butalbital/ac diazdosam
CAP, PO, 100 mg, 2806 ea ..65640-8181-82   353.22

**COLCHICINE** (Abbott Pharm)
TAB, PO, 0.6 mg, 100s ea..00074-3797-01   33.06   29.00

(Alpharma)
TAB, PO, 0.5 mg, 100s ea..00743-0685-01   23.82
    1000s ea ......00743-0685-10   173.91

(Bedford)
SOL, IV (S.D.V.,PF)
   0.5 mg/ml,
   2 ml 10s..........55390-0695-02   74.40

(Consolidated Midland)
TAB, PO, 0.6 mg, 100s ea..00223-4783-01   3.35
    1000s ea .........00223-4783-02   19.75

(Excellium)
TAB, PO, 0.6 mg, 100s ea...64125-0184-01   26.99
    1000s ea ........64125-0184-10   174.99

(PCCA)
POW, NA (U.S.P.)
   1 gm ..............51927-1895-80   204.00

(Qualitest)
TAB, PO, 0.6 mg, 100s ea...00603-3052-21   25.38
    1000s ea .........00603-3052-32   174.90

(Spectrum Pharmacy Prod)
POW, NA (U.S.P.)
   1 gm ..............49452-2218-02   67.00
   5 gm ..............49452-2218-03   352.00

(URL)
TAB, PO, 0.6 mg, 100s ea..00677-1852-01   28.69
    1000s ea .........00677-1852-10   174.99

(Watson)
TAB, PO, 0.6 mg, 100s ea..00591-0944-01   19.30
    1000s ea .........00591-0944-10   173.70

(West-Ward)
TAB, PO, 0.6 mg, 100s ea..00143-1291-01   25.99
    100s ea UD ......00143-1291-25   32.25
    1000s ea ........00143-1291-10   172.25

(Allscripts)
REPACK
TAB, PO, 0.6 mg, 30s ea...54868-0236-06   7.79

(DHS, Inc.)
REPACK
TAB, PO, 0.6 mg, 30s ea....53887-0718-38   7.46
    60s ea............53887-0718-68   14.65
    90s ea............53887-0718-98   22.06

(DispenseXpress)
REPACK
TAB, PO, 0.6 mg, 30s ea...68115-8413-38   10.99

(Kenwood)
REPACK
TAB, PO, 0.6 mg,
   30s ea UD .........61392-0715-38   4.20
   (BLISTER PACK)
   0.6 mg, 30s ea ....61392-0715-39   4.20
   31s ea UD .........61392-0715-31   4.34
   32s ea UD .........61392-0715-32   4.48
   45s ea UD .........61392-0715-45   6.30
   60s ea UD .........61392-0715-60   8.40
   90s ea UD .........61392-0715-90   12.60
   500s ea UD .......61392-0715-57   70.00
   2000s ea UD ......61392-0715-54   280.00
   10000s ea UD ...61392-0715-91   1400.00

(PD-Rx Pharm)
REPACK
TAB, PO, 0.5 mg, 30s ea...53256-0724-30   21.15
   (RED-SCRIPT)
   0.6 mg, 100s ea....53264-0119-01   13.40

(Pharm Corp/America)
REPACK
TAB, PO, 0.6 mg, 10s ea...51655-0424-53   2.84

(Phys Total Care)
REPACK
TAB, PO, 0.6 mg, 100s ea..54868-2258-01   47.59
   0.5 mg, 10s ea ....54868-0992-05   4.96
   20s ea............54868-0992-06   6.91
   25s ea............54868-0992-04   7.39
   30s ea............54868-0992-06   8.88
   60s ea............54868-0992-03   14.72
   100s ea...........54868-0992-01   22.99

(Reality Care Prod)
REPACK
TAB, PO, 0.6 mg, 20s ea...53345-0635-25   4.16
   30s ea............53345-0635-30   4.22

**COLCHICINE/PROBENECID** (Ivax Pharm)
TAB, PO, 0.5 mg-500 mg,
   100s ea..........00172-2133-60   84.36   BP

(Ivax/sa)
TAB, PO, 0.5 mg-500 mg,
   1000s ea .......00463-6315-18   103.50   EE

(Watson)
TAB, PO, 0.5 mg-500 mg,
   100s ea..........00591-5325-01   84.34   BP

(Phys Total Care)
REPACK
TAB, PO, 0.5 mg-500 mg,
   30s ea............54868-2179-01   14.05   EE
   60s ea............54868-2179-03   25.10   EE

**COLD CREAM (Salitpat)**
cream base
CRE, NA (EMMOLLIENT BASE)
   454 gm...........51552-0624-06   12.60   9.00
   2270 gm..........51552-0669-08   50.40   35.00

**COLDAMINE (Breckenridge Pharm)**
cpm/methscop/pe/atro nitrate/pce hcl
TER, PO (FILM-FREE,CAPLET)
   8 mg-2.5 mg-90 mg,
   100s ea..........51991-8284-01   47.19

**COLDCOUGH (Breckenridge Pharm)**
cpm/dihydrocodeine bitartrate/pse hcl
SOL, PO (AESF,DYE-FREE,GRAPE)
   473 ml, C-III ......51991-8222-16   36.48

**COLDCOUGH EXP (Breckenridge Pharm)**
dipyloacodeine bitartrate/gg/pse hcl
SOL, PO (AESF,VANILLIN FRUITY)
   473 ml, C-III .....51991-8223-16   41.73

**COLDCOUGH HC (Breckenridge Pharm)**
cpm/hydrocod hit/pse hcl
SYR, PO (AESF,DYE-FREE)
   480 ml, C-III .....51991-8286-76   45.92

**COLDCOUGH PD (Breckenridge Pharm)**
cpm/dihydrocodeine bitartrate/phenyleph hcl
SOL, PO (AESF,GRAPE)
   118 ml, C-... .....51991-8224-04   15.55

**COLDCOUGH XP (Breckenridge Pharm)**
guaifenesin/ hit/pse hcl
SOL, PO (AESF,DYE-FREE,REDFRUIT)
   473 ml, C-III .....51991-8293-16   46.98

**COLDEC (Breckenridge Pharm)**
carbinoxamine mal/pse hcl
TAB, PO, 4 mg-60 mg,
   100s ea..........51991-8050-01   55.95

**COLDEC D (Breckenridge Pharm)**
carbinoxamine mal/pse hcl
TER, PO (CAPLET)
   8 mg-90 mg,
   100s ea..........51991-8060-01   47.95

**COLDEC DS (Breckenridge Pharm)**
carbinoxamine mal/pse hcl
SOL, PO (AESF,DYE-FREE)
   2 mg-5 ml-25 mg/5 ml,
   473 ml ..........51991-8080-16   32.97

**COLDEC TR (Breckenridge Pharm)**
carbinoxamine mal/pse hcl
TER, PO, 8 mg-120 mg,
   100s ea..........51991-8060-01   109.95

**COLDEX-A (URL)**
cpm/phenylep/o acti/phenyltoloxamine cit
TER, PO (CAPLET)
   4 mg-20 mg-40 mg,
   100s ea..........00677-1873-01   64.86

**COLDMIST DM (Breckenridge Pharm)**
d.m/gg/pse hcl
SOL, PO (AESF,DYE-FREE)
   473 ml ..........51991-0287-16   38.30
SYR, PO, 473 ml......51991-0287-16   38.30
TER, PO (CAPLET)
   32 mg-595 mg-48 mg,
   100s ea..........51991-8145-01   54.50

**COLDMIST JR (Breckenridge Pharm)**
guaifenesin/pseudoephedrine hydrochloride
TER, PO, 595 mg-48 mg,
   100s ea..........51991-0283-01   38.32

**COLDMIST LA (Breckenridge Pharm)**
guaifenesin/pseudoephedrine hydrochloride
TER, PO, 795 mg-45 mg,
   100s ea..........51991-0967-01   43.95

**COLDMIST S (Breckenridge Pharm)**
guaifenesin/pseudoephedrine hydrochloride
SYR, PO (AESF,APE)
   200 mg/5 ml-40 mg/5 ml,
   473 ml ..........51991-8316-16   26.15

**COLDTUSS (Breckenridge Pharm)**
cpm/hydrocod hit/pse hcl
SYR, PO (BANANA)
   473 ml, C-III ......51991-8291-16   49.95

**COLDTUSS DR (URL)**
cpm/bisdophenyleph hcl
SYR, PO (AESTRAWBERRY)
   473 ml ..........00677-1874-33   31.50

**COLESEVELAM HYDROCHLORIDE**
(Sankyo Pharma) See WELCHOL

**COLESTID (Pharmacia Corp)**
colestipol hydrochloride
PDR, PO, 5 gm/packet,
   30s ea...........00009-0268-01   60.46
   90s ea...........00009-0266-04   181.37
   5 gm/scoopful,
   300 gm ..........00009-0268-17   71.99
   500 gm ..........00009-0280-02   119.98
TAB, PO, 1 gm, 120s ea ...00009-0456-03   75.90

**COLESTID FLAVORED** (Pharmacia Corp)
colestipol hydrochloride
PDR, PO (7.5 GM PACKET)
   5 gm/7.5 gm,
   60s ea...........00009-5378-03   141.96
   450 gm...........00009-5378-05   94.84

(Phys Total Care)
REPACK
PDR, PO, 5 gm/7.5 gm,
   7.5 gm 30s ......54868-3861-00   56.45

**COLESTIPOL HYDROCHLORIDE**
(Pharmacia Corp) See COLESTID
(Pharmacia Corp) See COLESTID FLAVORED

**COLFED-A (Breckenridge Pharm)**
cpm/pse hcl
DER, PO, 8 mg-120 mg,
   100s ea..........51991-8145-01   19.95

(DRx)
REPACK
DER, PO, 8 mg-120 mg,
   10s ea...........55045-1296-03   6.90
   20s ea...........55045-1296-07   9.45

**COLHIST (Cibal)**
brompheniramine maleate
SOL, (3 VIAL)
   10 mg/ml, 10 ml ....55553-8682-18   14.75

**COLIDROPS PEDIATRIC (A. G. Marin)**
hyoscyamine sulfate
LIQ, PO (AESF,DROPS)
   0.125 mg/ml, 30 ml...12539-8215-30   12.00

**COLISTIMETHATE SODIUM (Mcdizza)**
POW, NA, 1 gm .......38179-1283-06   178.50
   5 gm ............38179-1283-03   693.06

(Monarch) See COLY-MYCIN M

(PCCA)
POW, NA (USP)
   1 gm ............51927-2101-88   290.00

(X-Gen)
PDS, LA (VIAL,STERILE)
   150 mg, ea .......39822-0615-01   57.00

**COLISTIN SULFATE (Paddock)**
POW, NA (U.S.P.)
   ea................00574-6417-01   509.25

(Spectrum Pharmacy Prod)
POW, NA (U.S.P.)
   ea................49452-2213-01   1268.00

**COLLAGEN, BOVINE/GLYCOSAMINOGLYCANS**
(Integra LifeSciences Corp) See INTEGRA BILAYER
MATRIX WOUND DRESSING
(Integra LifeSciences Corp) See INTEGRA DERMAL
REGENERATION TEMPLATE

**COLLAGENASE (PCCA)**
POW, NA, 1 ml........51927-2877-88   2.55

(Ross Pharm) See SANTYL

RED BOOK Database Services...
Put the Power of RED BOOK on Your Computer. For information call toll-free (800) 722-3062

ReadyPrice

10

# Exhibit C

# 2009
# RED
# BOOK®

## PHARMACY'S FUNDAMENTAL REFERENCE ™

### 113th YEAR OF PUBLICATION

Executive Vice President, PDR: . . . . . . . . . . . . . . . . . . . . . Thomas Rice
Vice President, Product Management: . . . . . . . . . . . . . . . . . . Cy Caine
Vice President, Publishing & Operations: . . . . . . . . . . . Valerie Berger
Vice President, Clinical Relations: . . . . . . . . . . . . Mukesh Mehta, RPh
Vice President, Finance: . . . . . . . . . . . . . . . . . . . . . . Donna Santarpia
Vice President, Strategy & Business Development: . . . . . . Ray Zoeller
Senior Director, Copy Sales: . . . . . . . . . . . . . . . . . . . . . . . Bill Gaffney
Senior Director, Sales Operations: . . . . . . . . . . . . . . . . . Dawn Carfora
Senior Product Manager: . . . . . . . . . . . . . . . . . . . . . Richard Buchwald
Director of Marketing: . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Kim Marich
Senior Promotion Manager: . . . . . . . . . . . . . . . . . . . . . . . Linda Levine
Director of Sales: . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Eileen Bruno
Account Manager: . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Nick W. Clark
Sales Associate: . . . . . . . . . . . . . . . . . . . . . . . . . . . . Janet Wallendal

Senior Director, Editorial & Publishing: . . . . . . . . . . . . . . Bette LaGow
Senior Director, Client Services: . . . . . . . . . . . . . . . . . Stephanie Struble
Manager, Clinical Services: . . . . . . . . . . . . Nermin Shenouda, PharmD
Manager, Product and Pricing Data: . . . . . . Deborah Siegfried, PharmD
Drug Information Specialists: . . . . . . . . . . . . Kay Elliott; Cindy Fronsoe;
                          Deepali Gaitonde, PharmD; Michelle Johnson;
                                             Traci Kellam; Susie Lee;
                          Debbie Maloney, PharmD; Anita Patel, PharmD;
                                    Pat Shofi, RPh; Gwen Smith, PharmD;
                          Christine Sunwoo, PharmD; Greg Tallis, RPh;
                                                        Kathy Voeck
Manager, Editorial Services: . . . . . . . . . . . . . . . . . . . . . . . Lori Murray
Associate Editor: . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Jennifer Reed
Manager, Customer Service: . . . . . . . . . . . . . . . . . . . . . Todd Taccetta

Director, PDR Production: . . . . . . . . . . . . . . . . . . . . Jeffrey D. Schaefer
Production Manager, PDR: . . . . . . . . . . . . . . . . . . . . . . Steven Maher
Manager, Production Purchasing: . . . . . . . . . . . . . . Thomas Westburgh
Senior Print Production Manager: . . . . . . . . . . . . . . . Dawn Dubovich
Format Editor: . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Alex Nowalk
Vendor Management Specialist: . . . . . . . . . . . . . . . . . . . . . Gary Lew

Manager, Art Department: . . . . . . . . . . . . . . . . . . . . . . . . . Livio Udina
Electronic Publishing Designer: . . . . . . . . . . . . . . Carrie Spinelli Faeth
Digital Imaging Manager: . . . . . . . . . . . . . . . . . . . . . Christopher Husted
Digital Imaging Coordinator: . . . . . . . . . . . . . . . . . . Michael Labruyere

Copyright © 2009. Published by Physicians' Desk Reference Inc. at Montvale, NJ 07645-1725.
All rights reserved. None of the content of this publication may be reproduced, stored in a retrieval
system, resold, redistributed, or transmitted in any form or by any means (electronic, mechanical,
photocopying, recording, or otherwise) without the prior written permission of the publisher,
Physicians' Desk Reference®, PDR®, and Red Book® are registered trademarks of Physicians' Desk
Reference Inc.

Officers of Thomson Reuters (Healthcare): President & Chief Executive Officer: Mike Boswood;
Senior Vice President & Chief Technology Officer: Frank Licata; Chief Strategy Officer: Courtney
Morris; Executive Vice President, Payer Decision Support: Jon Newpol; Executive Vice President,
Management Decision Support: Terry Cameron; Executive Vice President, Marketing & Innovation:
Doug Schneider; Senior Vice President, Finance: Phil Buckingham; Executive Vice President, PDR:
Thomas Rice; Executive Vice President, Clinical Decision Support: Thomas Hegelund; General
Counsel: Darren Pocsik; Senior Vice President, Human Resources: Robin Hembree


**THOMSON REUTERS**

ISBN: 978-1-56363-708-3

Case 3:09-cv-05421-PGS-TJB   Document 265-4   Filed 07/23/10   Page 44 of 70 PageID: 1242
Case 2:09-cv-05700-PA-RZ   Document 99   Filed 09/30/2009   Page 15 of 20

RX PRODUCT LISTINGS                                                                    173

# KEY TO Rx PRODUCT LISTINGS

## How to Find an Rx Product

The layout of *Red Book®* product listings allows for easy identification of Rx products, manufacturer names, generic cross-references, and repackagers of pharmaceutical products. It also identifies Federal Upper Limit prices for Medicaid reimbursement from the Centers for Medicare and Medicaid Services (CMS). Products are listed alphabetically by their prevailing names, as explained below. (For information on how to locate and interpret OTC and non-drug product listings, refer to Section 10.)

Product quantities appear in National Council for Prescription Drug Programs (NCPDP) standard billing units (e.g., ea, ml, gm). Please see Section 6, "Drug Reimbursement Information," for information on the NCPDP standard. A conversion table can be found in Section 2, "Clinical Reference Guide."

**Trademarked Name:** For branded products, detailed information is found under the brand name rather than the generic name; e.g., "Valium" product information is listed under "Valium" rather than under diazepam. However, you will find a cross-reference under Roche Labs, the manufacturer of Valium, in the diazepam listing.

> **VALIUM (Roche Labs)**
> diazepam
> TAB, PO, 10 mg,
>   100s ea, C-IV .............**00140-0005-01**  286.12  **AB**

**Generic Name:** In-depth product information on generic products can be found by locating the generic product name, under which the various manufacturers, suppliers, or distributors are listed alphabetically, e.g., diazepam features several dozen generic manufacturers. Manufacturers listed under their trademarked product name feature a cross-reference to that name.

> **DIAZEPAM**
> **FUL**
> TAB, PO, 2 mg, 100s ea...............................2.09
> (Hospira, Inc)
> INJ, IJ (AMP)
>   5 mg/ml,
>   2 ml 10s, C-IV ...............**00074-1273-32**  25.29  **AP**
> (Roche Labs) *See VALIUM*

Single-ingredient generic names are spelled out in full. Multi-ingredient products (two or more) are listed in the alphabetical order of their ingredients using the standard abbreviations listed on the following pages.

---

### Drug Class Symbols

The following descriptive symbols indicate a product's status under the Controlled Substances Act of 1970. They apply to all entries under the product name or dosage form in which they appear. Use these symbols only as a guide. Check the manufacturer's label for definitive information.

**C-II**   High Potential for Abuse. Prescriptions must be written in ink or typewritten and signed by the practitioner. Verbal prescriptions must be confirmed in writing within 72 hours and may be given only in a genuine emergency. No renewals.

**C-III**   Some Potential for Abuse. Prescriptions may be oral or written. Up to 5 renewals are permitted within 6 months.

**C-IV**   Low Potential for Abuse. Prescriptions may be oral or written. Up to 5 renewals are permitted within 6 months.

**C-V**   Subject to State and Local Regulation. Abuse potential is low; a prescription may not be required.

**Rx**   Prescription only; not a controlled substance.

## How to Read the Listings

The first line of an entry features the product or generic name. CMS Federal Upper Limit price information is provided for all applicable multisource product categories. The **FUL** symbol can be found immediately following the generic product name. A complete listing of Federal Upper Limit prices appears in Section 6, "Drug Reimbursement Information."

Manufacturers are listed alphabetically within generic listings. Repackagers of products feature the **REPACK** symbol next to their names. For trade name listings, generic cross-references appear in lower case on the following line.

A three-letter abbreviation indicates the form of the drug; e.g., CAP indicates capsules, TAB indicates tablets, etc. For a key to additional abbreviations, refer to the table on the following page.

Route of administration, descriptive information, strength, quantity, and drug class symbol (where applicable) appear next, followed by National Drug Code (NDC) number. The Average Wholesale Price (AWP), Direct Price (DP), and the Orange Book Code (OBC) complete the entry for each product. For more information on Orange Book Codes, refer to the next page.

>     Drug Class     NDC           DP
>     Symbol   (National Drug Code)   (Direct Price)
>
> **PRODUCT NAME (Manuf)**
> generic cross-reference
> TAB, PO, 100 mg, 100s ea, C-V........**00839-7713-06**  9.79  7.25  AB
>   100s ea, C-V...............**00839-7713-18**  93.96  69.60  AB
>   300 mg, 100s ea, C-V...........**00839-7714-05**  23.69  17.55  AB
>
> Route of                AWP
> Administration Strength Quantity   (Average Wholesale Price)
>                        OBC
> Form                 (Orange Book Code)

The prices contained in *Red Book* are based on data *reported* by manufacturers. The publisher has not performed any independent analysis of the *actual* prices paid by wholesalers and providers in the marketplace. Thus, *actual* prices paid by wholesalers and providers may well vary from the prices contained in this publication and all prices are subject to change without notice. Further, while care has been exercised in compiling all of the information contained herein, the publisher does not warrant its accuracy. For further explanation, see the section titled "AWP Policy" in the *Red Book* Foreword. Information may be supplemented by subscribing to the monthly *Red Book UPDATE®*, ReadyPrice™, *Red Book* for Windows™, *Red Book* data services, or by obtaining prices published in catalogs or other printed materials disseminated by manufacturers or distributors.

### ROUTE OF ADMINISTRATION ABBREVIATIONS

Route of Administration (ROA) refers to the intake or application method of a product. The following abbreviations are used to indicate the ROA:

| | | | |
|---|---|---|---|
| **BC** ............Buccal | | **MR**............Multiple routes |
| **DE**..............Dental | | **NA** ...........Not applicable |
| **EP** ..............Epidural | | **NS**.............Nasal |
| **IC** ..............Intracavernosal | | **OP** ............Ophthalmic |
| **ID** ..............Intradermal | | **OT**............Otic |
| **IH** ..............Inhalation | | **PL**..............Intrapleural |
| **IJ**..............Injection | | **PO** ............Oral |
| **IL** ..............Intravesical | | **PT**............Intraperitoneal |
| **IM**............Intramuscular | | **RC** ............Rectal |
| **IN** ............Intrathecal | | **SC**............Subcutaneous |
| **IO** ............Intraocular | | **SG** ............Subgingival |
| **IP** ............Implantation | | **SL**............Sublingual |
| **IR** ............Irrigation | | **TD**............Transdermal |
| **IT** ............Intratracheal | | **TP** ............Topical |
| **IU** ............Intrauterine | | **UR** ............Intraurethral |
| **IV** ............Intravenous | | **VG**............Vaginal |
| **MM**............Mucous membrane | | |

## RX PRODUCT LISTINGS

| PROD/MFR | NDC | AWP | DP | OBC |
|---|---|---|---|---|

**COFFEE FLAVOR (PCCA)**
flavoring aid
POW, NA (ARTIFICIAL,COFFEE)
| 1 gm | 51927-3455-09 | 0.32 | | |
SOL, NA, 1 ml | 51927-3299-00 | 0.90 | | |

**COGENTIN (Ovation Pharma)**
benztropine mesylate
SOL, IJ (5X2ML)
| 1 mg/ml, 2 ml 5s | 67386-0611-52 | 386.82 | 46.03 | |

**(Phys Total Care)**
REPACK
SOL, IJ (AMP)
| 1 mg/ml, 2 ml 6s | 54868-2429-01 | 51.23 | | |

**COGNEX (Sciele)**
tacrine hydrochloride
CAP, PO, 10 mg, 120s ea | 59630-0190-12 | 350.05 | | |
| 20 mg, 120s ea | 59630-0191-12 | 350.05 | | |
| 30 mg, 120s ea | 59630-0192-12 | 350.05 | | |
| 40 mg, 120s ea | 59630-0193-12 | 350.05 | | |

**COLA (Gallipol)**
SYR, NA, 118.28 ml | 51552-0291-04 | 3.08 | | |
| 473 ml | 51552-0291-06 | 10.29 | | |
| 3785 ml | 51552-0291-08 | 27.16 | | |

**(PCCA) See COCA COLA**

**COLA FLAVOR (PCCA)**
flavoring aid
SOL, NA (CAFFEINE-FREE)
| 1 ml | 51927-3414-00 | 0.30 | | |

**COLA NUT**
**(PCCA) See KOLA NUT**

**COLAZAL (Salix Pharm)**
balsalazide disodium
CAP, PO, 750 mg, 280s ea | 65649-0101-02 | 477.67 | | |
| 500s ea | 65649-0101-00 | 853.00 | | |

**COLCHICINE (Consolidated Midland)**
TAB, PO, 0.6 mg, 100s ea | 00223-0763-01 | 3.95 | | |
| 1000s ea | 00223-0763-02 | 19.75 | | |

**(Excellium)**
TAB, PO, 0.6 mg, 100s ea | 64125-0104-01 | 25.99 | | |
| 1000s ea | 64125-0104-10 | 174.99 | | |

**(Gallipol)**
POW, NA (1X1GM,USP)
| 1 gm | 51552-0991-01 | 54.95 | 39.25 | |

**(PCCA)**
POW, NA (U.S.P.)
| 1 gm | 51927-1895-00 | 204.00 | | |

**(Spectrum Pharmacy)**
POW, NA (U.S.P.)
| 1 gm | 49452-2210-02 | 182.00 | | |
| 5 gm | 49452-2210-03 | 689.50 | | |

**(Vision)**
TAB, PO (USP)
| 0.6 mg, 100s ea | 68013-0001-01 | 33.32 | | |
| 500s ea | 68013-0001-05 | 166.60 | | |
| 1000s ea | 68013-0001-10 | 333.20 | | |

**(West-Ward)**
TAB, PO, 0.6 mg, 100s ea | 00143-1201-01 | 26.99 | | |
| 100s ea UD | 00143-1201-25 | 33.25 | | |
| 1000s ea | 00143-1201-10 | 172.25 | | |

**(Allscripts)**
REPACK
TAB, PO, 0.6 mg, 30s ea | 54569-0236-06 | 12.78 | | |
| 60s ea | 54569-0236-03 | 25.55 | | |

**(Bryant Ranch)**
REPACK
TAB, PO, 0.6 mg, 20s ea | 63629-2651-01 | 5.00 | | |

**(Core)**
REPACK
TAB, PO, 0.6 mg, 20s ea | 33358-0094-20 | 5.13 | | |
| 30s ea | 33358-0094-30 | 9.73 | | |

**(DHS, Inc.)**
REPACK
TAB, PO, 0.6 mg, 30s ea | 55887-0718-30 | 12.09 | | |

**(DispenseXpress)**
REPACK
TAB, PO, 0.6 mg, 30s ea | 68115-0413-30 | 34.65 | | |

**(Dispensing Solutions)**
REPACK
TAB, PO, 0.6 mg, 50s ea | 66335-0401-50 | 12.18 | | |

**(Dlts)**
REPACK
TAB, PO, 0.6 mg, 12s ea | 55045-2420-04 | 3.12 | | |
| 20s ea | 55045-2420-02 | 5.20 | | |
| 30s ea | 55045-2420-08 | 7.80 | | |
| 100s ea | 55045-2420-01 | 26.00 | | |

**(HomeMed)**
REPACK
TAB, PO, 0.6 mg, 10s ea | 51655-8424-53 | 2.64 | | |

**COLCHICINE (Palmetto)**
REPACK
TAB, PO, 0.6 mg, 60s ea | 23490-5357-04 | 24.18 | | |

**COLCHICINE (PD-Rx Pharm)**
REPACK
TAB, PO, 0.6 mg, 10s ea | 55289-0279-10 | 9.38 | | |
(USP)
| 0.6 mg, 30s ea | 55289-0279-30 | 12.23 | | |
(REDI-SCRIPT)
| 0.6 mg, 100s ea | 58664-0119-01 | 26.80 | | |

**(Phys Total Care)**
REPACK
TAB, PO, 0.6 mg, 10s ea | 54868-0998-05 | 4.96 | | |
| 20s ea | 54868-0998-06 | 6.21 | | |
| 25s ea | 54868-0998-04 | 7.02 | | |
| 30s ea | 54868-0998-00 | 7.83 | | |
| 60s ea | 54868-0998-03 | 12.66 | | |
| 100s ea | 54868-0998-01 | 19.11 | | |

**(Quality Care Prod)**
REPACK
TAB, PO, 0.6 mg, 30s ea | 35356-0239-30 | 32.20 | | |

**(Stat Rx)**
REPACK
TAB, PO, 0.6 mg, 20s ea | 16590-0266-20 | 10.00 | | |
| 30s ea | 16590-0266-30 | 15.00 | | |
| 60s ea | 16590-0266-60 | 30.00 | | |

**COLCHICINE/PROBENECID**
**(Rising) See PROBENECID AND COLCHICINE**

**(Truxton)**
TAB, PO, 0.5 mg-500 mg,
| 1000s ea | 00463-6316-10 | 103.50 | | EE |

**(Watson Labs)**
TAB, PO, 0.5 mg-500 mg,
| 100s ea | 00591-5325-01 | 84.34 | | BP |

**(Phys Total Care)**
REPACK
TAB, PO, 0.5 mg-500 mg,
| 30s ea | 54868-2179-01 | 86.56 | | EE |
| 60s ea | 54868-2179-00 | 168.69 | | EE |

**COLD CREAM (Gallipol)**
cream base
CRE, NA (EMMOLIENT BASE)
| 454 gm | 51552-4889-06 | 12.60 | 9.00 | |
| 2270 gm | 51552-4889-09 | 50.40 | 36.00 | |

**COLDAMINE (Breckenridge Pharm)**
cpm/methscopolamine nitrate/pse hcl
TER, PO (DYE-FREE,CAPLET)
| 8 mg-2.5 mg-90 mg,
| 100s ea | 51991-0254-01 | 47.19 | | |

**COLDCOUGH (Breckenridge Pharm)**
cpm/dihydrocodeine bitartrate/pse hcl
SOL, PO (AF,SF,DYE-FREE,GRAPE)
| 473 ml, C-III | 51991-0222-16 | 35.46 | | |

**COLDCOUGH HC (Breckenridge Pharm)**
cpm/hydrocod bit/pse hcl
SYR, PO (AF,SF,DYE-FREE)
| 480 ml, C-III | 51991-0296-16 | 45.92 | | |

**COLDCOUGH HCM (Breckenridge Pharm)**
hydrocod bit/pse hcl
SOL, PO (AF,SF,DYE-FREE)
| 3 mg/5 ml-15 mg/5 ml,
| 473 ml, C-III | 51991-0306-16 | 28.47 | | |

**COLDCOUGH PD (Breckenridge Pharm)**
cpm/dihydrocodeine bitartrate/phenyleph hcl
SOL, PO (AF,SF,GRAPE)
| 118 ml, C-III | 51991-0224-04 | 15.55 | | |

**COLESEVELAM HYDROCHLORIDE**
**(Daiichi Sankyo) See WELCHOL**

**COLESTID (Pfizer U.S.P.G.)**
colestipol hydrochloride
PDR, PO, 5 gm/packet,
| 30s ea | 00009-0250-01 | 77.82 | 64.85 | |
| 90s ea | 00009-0250-04 | 233.45 | 194.54 | |
5 gm/scoopful,
| 300 gm | 00009-0250-17 | 92.68 | 77.23 | |
| 500 gm | 00009-0250-02 | 154.45 | 128.71 | |
TAB, PO, 1 gm, 120s ea | 00009-0450-03 | 97.70 | 81.42 | |

**COLESTID FLAVORED (Pfizer U.S.P.G.)**
colestipol hydrochloride
PDR, PO (7.5 GM PACKET)
5 gm/7.5 gm,
| 60s ea | 00009-0370-03 | 182.72 | 152.27 | |
| 450 gm | 00009-0370-05 | 127.87 | 106.56 | |

**(Phys Total Care)**
REPACK
PDR, PO, 5 gm/7.5 gm,
| 7.5 gm 30s | 54868-3061-00 | 74.97 | | |

**COLESTID GRAN (Phys Total Care)**
colestipol hydrochloride
PDR, PO, 5 gm/scoopful,
| 500 gm | 54868-3860-00 | 145.39 | | |

**COLESTIPOL (Phys Total Care)**
colestipol hydrochloride
TAB, PO, 1 gm, 120s ea | 54868-0510-00 | 203.91 | | |

**COLESTIPOL HYDROCHLORIDE (Global Pharm)**
PDR, PO, 5 gm/packet,
| 30s ea | 00115-5212-16 | 59.89 | | AB |
(USP)
5 gm/packet,
| 90s ea | 00115-5212-29 | 179.65 | | AB |
(USP,W/SCOOP,TASTELESS)
5 gm/scoopful,
| 500 gm | 00115-5213-02 | 118.85 | | AB |
TAB, PO (FILM-COATED)
| 1 gm, 120s ea | 00115-5211-16 | 78.94 | | AB |

**(Pfizer U.S.P.G.) See COLESTID**

**(Pfizer U.S.P.G.) See COLESTID FLAVORED**

**COLESTIPOL HYDROCHLORIDE, MICRONIZED**
**(Greenstone) See MICRONIZED COLESTIPOL**
**HYDROCHLORIDE**

**COLFED-A (Breckenridge Pharm)**
cpm/pse hcl
CER, PO, 8 mg-120 mg,
| 100s ea | 51991-0145-01 | 135.00 | | |

**(DRx)**
REPACK
CER, PO, 8 mg-120 mg,
| 10s ea | 55045-1295-03 | 6.90 | | |
| 20s ea | 55045-1295-07 | 13.80 | | |

**COLIDROPS PEDIATRIC (A. G. Marin)**
hyoscyamine sulfate
LIQ, PO (AF,SF,DROPS)
| 0.125 mg/ml, 30 ml | 12539-0315-30 | 12.00 | | |

**COLISTIMETHATE (APP)**
colistimethate sodium
POS, IJ (USP,LYOPHILIZED CAKE)
| 150 mg, ea | 63323-0393-06 | 57.00 | | |

**(Phys Total Care)**
REPACK
POS, IJ, 150 mg, ea | 54868-5812-00 | 114.18 | | |

**COLISTIMETHATE SODIUM**
**(APP) See COLISTIMETHATE**

**(JHP) See ONLY-MYCIN M PARENTERAL**

**(Medisca)**
POW, NA, 1 gm | 38779-1203-06 | 176.50 | | |
| 5 gm | 38779-1203-03 | 693.00 | | |

**(Paddock)**
POS, IJ (VIAL,STERILE)
| 150 mg, ea | 00574-9858-01 | 57.00 | | AP |

**(PCCA)**
POW, NA (USP)
| 1 gm | 51927-2191-00 | 210.00 | | |

**(X-Gen)**
POS, IJ (VIAL,STERILE)
| 150 mg, ea | 39822-0615-01 | 57.00 | | AP |

**COLISTIN SULFATE (Spectrum Pharmacy)**
POW, NA (U.S.P.)
| ea | 49452-2213-01 | 2397.50 | | |

**COLLAGEN HEMOSTAT**
**(Davol) See AVITENE MICROFIBRILLAR COLLAGEN**
**HEMOSTAT**

**(Davol) See AVITENE ULTRAFOAM COLLAGEN**

**(Davol) See ENDOAVITENE**

**(Davol) See SYRINGEAVITENE**

**COLLAGEN HYDROLYSATE (PCCA)**
collagen, bovine
POW, NA (1X1GM)
| 1 gm | 51927-1132-00 | 0.27 | | |

**COLLAGEN NERVE ENCASEMENT**
**(Integra LifeSciences Corp) See NEURAGEN**

**(Integra LifeSciences Corp) See NEURAWRAP**

**(Stryker) See NEUROMATRIX**

**(Stryker) See NEUROMEND COLLAGEN NERVE WRAP**

RED BOOK Database Services...
Put the Power of RED BOOK on Your Computer. For information call toll-free: (800) 722-3062
ReadyPrice

# Exhibit D

# First DataBank

**Of Indianapolis**



## New Product Submission Form

NDC / ~~UPC~~ Number: ___64125-104___

Product Name: ___Colchicine 0.6mg Tablets___

Effective (Launch) Date: ___1/99___ Rx or OTC ? ___Rx___

Dosage Form: ___Tablet___ Package Size: ___100s and 1000's___

Package Description (bottle, vial, ampule, ect): ___Bottle___

**Active Ingredients and Strengths:**
**COPIES OF LABELS OR PACKAGE INSERTS ARE PREFERRED**

___Colchicine 0.6mg___

---

DP: ___—___ WAC: ___—___ AWP: ___0.010938___  0.0562

---

**If dosage form is a tablet / capsule please provide the following imprint information:**

Shape: ___Round___ Color(s): ___white___

**CAPSULE**
Imprint: ___—___

**TABLET**
Side one imprint: ___EP/104___ Side two imprint: ___Plain___

Coated ? ___—___ Scored ? ___—___

First DataBank of Indianapolis · 8425 Woodfield Crossing Blvd. · Indianapolis, In 46240





# New Product Submission Form

Drug Data File (NDDF).  Please make copies of this form for each add.

| | |
|---|---|
| **NDC Number** | 64125 – 104 – 10 |
| **UPC Number** | — |
| **Product Name** | Colchicine 0·6 mg |
| **RX or OTC** | R X |
| **Package Size (ml, gm, each)** | 1000's |
| **Dosage Form (tablet, capsule, powder filled vial, ampul, ointment, etc...)** | Tablet |
| **Wholesale (Distributor) Price** | — |
| **Direct Price** | — |
| **AWP Price** | 56·28 |
| **Effective Date (start ship date or effective date for pricing)** | Jan 99 |
| **Active Ingredients & strengths (Package Insert and Label are preferred.)** | Colchicine USP · |

**Company Name:** Excellium Pharmaceutical Inc

**Your Name:** Hasmukh ✿ Doshi

15





# New Product Submission Form

Drug Data File (NDDF).  Please make copies of this form for each add.

| | |
|---|---|
| **NDC Number** | 64125 - 104 - 01 |
| **UPC Number** | — |
| **Product Name** | Colchicine 0.6 mg |
| **RX or OTC** | Rx |
| **Package Size (ml, gm, each)** | 100's |
| **Dosage Form (tablet, capsule, powder filled vial, ampul, ointment, etc...)** | Tablet |
| **Wholesale (Distributor) Price** | — |
| **Direct Price** | — |
| **AWP Price** | 5.63 |
| **Effective Date (start ship date or effective date for pricing)** | Jan 99. |
| **Active Ingredients & strengths (Package Insert and Label are preferred.)** | Colchicine USP. |

**Company Name:**   Excellium Pharmaceutical, Inc.
**Your Name:**   Hasmukh Doshi

16

# TAB 3

1    KEVIN E. GAUT (SBN 117352), keg@msk.com
     PATRICIA H. BENSON (SBN 60565)
2    phb@msk.com
     MITCHELL SILBERBERG & KNUPP LLP
3    11377 West Olympic Boulevard
     Los Angeles, California 90064-1683
4    Telephone: (310) 312-2000
     Facsimile: (310) 312-3100
5
     Attorneys for Defendant
6    Watson Pharmaceuticals, Inc.
7    [SEE SIGNATURE PAGES AND CONTINUED CAPTION
     FOR LIST OF ADDITIONAL ATTORNEYS AND
8    PARTIES JOINING IN THIS MOTION]

9

10                UNITED STATES DISTRICT COURT

11              CENTRAL DISTRICT OF CALIFORNIA

12

| | |
|---|---|
| 13   MUTUAL PHARMACEUTICAL COMPANY, INC., a Pennsylvania corporation, AR SCIENTIFIC, INC., a Delaware corporation, and AR HOLDING COMPANY, INC., a Delaware corporation, | CASE NO.   CV 09-05700 PA (RCx) |
| | The Honorable Percy Anderson |
| | **DECLARATION OF ANDREW BOYER IN SUPPORT OF JOINT OPPOSITION TO MOTION FOR PRELIMINARY INJUNCTION** |
|        Plaintiffs, | |
|        v. | Date:       TBD (if necessary) |
| WATSON PHARMACEUTICALS, INC., a Nevada corporation, WESTWARD PHARMACEUTICAL CORP, a Delaware corporation, GENERICS BIDCO I, LLC dba QUALITEST PHARMACEUTICALS, a Delaware corporation, VISION PHARMA, LLC, a New Jersey corporation; and EXCELLIUM PHARMACEUTICAL, INC., a New Jersey corporation, | Time: Courtroom:    15 |
|        Defendants. | |

13–28 (line numbers)

1   RICHARD A. JONES (SBN 135248),
    rjones@cov.com
2   ANTHONY HERMAN (*Pro Hac Vice Pending*),
    aherman@cov.com
3   DAMARA CHAMBERS (*Pro Hac Vice Pending*),
    dchambers@cov.com
4   COVINGTON & BURLING LLP
    One Front Street
5   San Francisco, California 94111-5356
    Telephone: (415) 591-6000
6   Facsimile: (415) 591-6091

7   Attorneys for Defendant
    Excellium Pharmaceutical, Inc.
8

9   ROBERT P. CHARROW (SBN 044962),
    charrowr@gtlaw.com
10  GREENBERG TRAURIG LLP
    2101 L. Street, N.W. Suite 1000
11  Washington, D.C. 20037
    Telephone: (202) 533-2362
12  Facsimile: (202) 261-0164

13  Attorneys for Defendant
    Vision Pharma LLC

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Mitchell
Silberberg &
Knupp LLP

2383864.1

DECLARATION OF ANDREW BOYER

**DECLARATION OF ANDREW BOYER**

I, ANDREW BOYER, declare:

1. I am Senior Vice President, Sales and Marketing for Watson Pharma, Inc., a wholly owned subsidiary of Watson Pharmaceuticals, Inc. Watson Pharma, Inc. markets and distributes products for the subsidiaries of Watson Pharmaceuticals, Inc. that manufacture pharmaceutical products. (Hereafter, Watson Pharmaceuticals, Inc. and Watson Pharma, Inc. are referred to collectively as "Watson."). Except as expressly stated herein, I have personal knowledge of the following facts and, if called and sworn as a witness, could and would competently testify thereto.

2. In the year 2000, Watson acquired another pharmaceutical company called Schein Pharmaceutical Inc. ("Schein"). Among the products that Schein was then manufacturing and distributing was a 0.6 mg oral colchicine tablet (" oral colchicine"). Based on the books and records of Schein, which became the books and records of Watson, and on which Watson relies, I can state that Schein had been manufacturing and distributing its oral colchicine product since 1992. After Watson acquired Schein, Watson continued manufacturing and distributing this product but under the Watson name, and with a different National Drug Code ("NDC") number. (An NDC number is a unique 10 digit, 3 segment number that identifies the vendor, product and package size). To the best of my knowledge, the FDA has never sent a warning letter to Watson about its oral colchicine or directed Watson to stop selling its oral colchicine.

3. I am aware that for many years before Mutual Pharmaceuticals, Inc. ("Mutual") obtained FDA approval for the oral colchicine product it calls COLCRYS, Mutual sold the identical product (*i.e.*, 0.6 mg oral colchicine tablets) without FDA approval. I know from information in the marketplace that Mutual was selling its unapproved colchicine at least as recently as 2006.

4. I know from information in the marketplace that in 2001, Mutual's oral colchicine was being sold to wholesalers at the price of $9.06 per 100 pills, or approximately $.09 per pill. I

Mitchell
Silberberg &
Knupp LLP
2385787.1

1

1    also know from information currently in the marketplace that that Mutual now is selling the same

2    .06 mg oral colchicine product, but under the COLCRYS brand name, at a price of $485.00 per

3    100 pills, or $4.85 per pill – an increase of over 5000%. Watson currently is not selling oral

4    colchicine. However, the most recent price at which Watson sold its oral colchicine product to

5    wholesalers (as of June 5, 2009) was $9.00 per 100 pills, or $.09 per pill.

6

7        5.    Although Watson currently is not selling oral colchicine, those to whom it has sold

8    that product presumably still have in their inventory oral colchicine they previously purchased

9    from Watson. Watson does not have the ability to cause such third parties to stop selling the oral

10   colchicine they purchased, nor does it have the ability to tell wholesalers or price list publishers to

11   stop listing Watson's product. Further, advising price list publishers or wholesalers that Watson's

12   oral colchicine is "obsolete" would mean only that the wholesalers would not place any orders

13   with Watson in the future; it would not stop sales of oral colchicine that the wholesalers have

14   previously purchased and that is still in their inventory.

15

16       6.    I have been advised that Mutual submitted the declaration of someone named

17   James O'Donnell asserting that Watson's oral colchicine shows up as a generic equivalent to

18   COLCRYS in the online ordering database of AmerisourceBergen Corporation ("ABC"), and

19   impling that Watson listed its product as the generic equivalent to COLCRYS in the HDMA

20   (Healthcare Distribution Management Association) standard product information form that it

21   submitted to ABC. Watson has never communicated to ABC that Watson's oral colchicine is the

22   generic equivalent to COLCRYS, nor did Watson include such a representation in any HDMA

23   form it submitted to ABC. Watson has no control over whether or if ABC identifies a product as

24   the generic equivalent of another product. Attached hereto collectively as Exhibit 1 are correct

25   copies of the HDMA forms that Watson submitted to wholesalers, including ABC, in or about

26   early June, 2009. As those forms show, Watson did not fill in the spaces for "Orange Book

27   Rating" (the Orange Book is a list of FDA-approved drugs, and includes therapeutic equivalency

28

Mitchell
Silberberg &
Knupp LLP
2385787.1

2

DECLARATION OF ANDREW BOYER

1    ratings) or "Brand Name Equivalent." Watson has not submitted any HDMA forms to ABC for

2    colchicine since that time.

3          7.    Watson's relationships with its customers, and Watson's reputation, will be

4    seriously damaged if it is enjoined from selling its oral colchicine, because Watson will not be

5    able to fulfill orders for product that its customers want and need, under circumstances where the

6    FDA has not banned the sale of the product. In large part, Watson's ability to sell products that

7    are also available from other suppliers depends on Watson's reputation as a consistent and reliable

8    supplier.

9

10         I declare under penalty of perjury under the laws of the United States of America that the

11    foregoing is true and correct.

12         Executed this _15th_ day of September, 2009, at _MORRISTOWN_ , New Jersey.

13

14                                  Andrew Boyer

15

16

17

18

19

20

21

22

23

24

25

26

27

Mitchell Silberberg & Knupp LLP

28

2385787.1

3

# EXHIBIT 1

HDMA Standard Product Information Request Form — Document 265-4   Filed 09/30/2009   Page 7 of 26   Page 1 of 2
Date:

## PRODUCT INFORMATION

Manufacturer/Broker Name: Watson Laboratories   Number:
Product Name: Colchicine Tablets
Product ID Number:
☒ NDC 00591-0944-10   ☒ UPC/GTIN # 3-0591094410-0
Description: Colchicine .6mg Tablets 1000
Address:
City, State, Zip:
Key Contact: David Schmidt   Fax: 920-446-3693
Phone Number: 920-446-3284   Ext:
Phone Number:   Ext:
Is the Product?   ☐ Direct Ship Item   ☐ Drop Ship Item
Is the Product a Controlled Drug? ☐ Yes   ☒ No
   If Yes, Schedule Number:
Is this ARCOS reportable?   ☐ Yes   ☒ No
Is this Product a Legend Device? ☐ Yes   ☒ No
Country of Origin: USA
Harmonization Code Number for International Shipping:
Is this product a Hazardous Material or Cytotoxic Agent?
   ☐ Yes   ☒ No   If yes, provide additional information on page 2.
Attach copy of Material Safety Data Sheet (MSDS)
Attach Package Insert

## SPECIAL HANDLING AND STORAGE REQUIREMENTS

a. Temperature – Indicate the normal temperature range for this product.
   I. Controlled Room Temperature (68° – 77° F)   ☐
   II. Room Temperature (59° – 86° F)   ☒
   III. Excessive Heat (>104° F)   ☐
   IV. Cool (46° – 59° F)   ☐
   V. Refrigerated (36° – 46° F)   ☐
   VI. Frozen (-4° – 14° F)   ☐
   VII. No Requirement   ☐

b. Are temperature excursions permitted/allowed for product?   ☐ Yes   ☐ No
   If Yes, provide the temperature range and hours duration:
   _____ and _____

c. Are there additional storage and shipping requirements?   ☐ Yes   ☐ No
   If yes, please provide on page 2.

## ITEM AND PACKING INFORMATION

| ADDITIONAL PRODUCT INFORMATION | Size/Strength /Form | Unit Of Sale | UPC Code | Mstr. Shpr. | Inner Case Pk | Wght. Lbs. | Cube | Case Dimensions | Item Dimensions | Net. Cost ($) | Mfr's AWP | Avg Retl Price ($) | Pallet Dimensions | SRP ($) | # Cases/ Pallet |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Is there a minimum order quantity? | 1000 | ☒ Bottle | Case: | 144 | 12 | Case: 32.45lbs | | Depth: 16.50" | Depth: 3.90" | | | | Depth: | | 30 |
| If yes, ☐ Case ☐ Carton ☐ Item | .6mg | ☐ Box | | | | Carton: | | Height: 12.00" | Height: 3.90" | | | | Height: | | |
| Number of Pieces? | Tablet | ☐ Glass Jar | Carton: | | | | | Width: 12.00" | Width: 1.90" | | | | Width: | | |
| Shelf Life: 24 Months | | ☐ Ampule | | | | Item: | | | | | | | | | |
| Whsl. Code #: | | ☐ Other | Item: 30591094410 0 | | | 0.21 lbs | | | | | $174.99 | | | | |
| Fineline Code: | | | | | | | | | | | | | | | |

Is item? ☐ Unit Dose ☐ Unit of Use   For Generic Drug Products:   I. Orange Book Rating: _____   II. Product Color: White
If Unit Dose, is item bar coded to unit dose for Hospital tracking purposes?   III. Brand Name Equivalent: _____   IV. Generic Name For Brand: _____
☐ Yes   ☐ No

### COST INFORMATION

| Will handling data change in the first: | Regular Cost ($) | Purchase Allowance ☐ OI ☐ BB | Distribution Allowance ☐ OI ☐ BB |
|---|---|---|---|
| 6 months? ☐ Yes | | $   % | $   % |
| 9 months? ☐ Yes | DZ | | |
| 12 months? ☐ Yes | EA   $69.50 | | |
| Unknown? ☐ Yes | PPK | | |

This offer is made on a proportionally equal basis to all sellers' accounts completive with customer.   Signature: _____

*HDMA*   Copyright © 2005 by the Healthcare Distribution Management Association   Revised 02/21/05

Case 2:09-cv-05700-PA-RZ   Document 101   Filed 09/30/2009   Page 8 of 26

Page 2 of 2

**HDMA Standard Product Information**

**Pharmaceutical Products**

| Item Description: | Colchicine .6mg Tablets 1000 | Manufacturer: | Watson Pharmaceuticals, Inc. |
|---|---|---|---|

*If additional Information is necessary, provide on right of page or as attachment.*

| HAZARDOUS MATERIAL INFORMATION | ADDITIONAL INFORMATION AS NECESSARY |
|---|---|

**Is this product:**

a) Cytotoxic?  ☐ Yes  ☒ No
b) Carcinogen?  ☐ Yes  ☒ No
c) Inhalation Hazard?  ☐ Yes  ☒ No
d) Contact Hazard?  ☐ Yes  ☒ No

Is this item considered a carcinogen?  ☐ Yes  ☒ No

Is this item an aerosol requiring special storage?  ☐ Yes  ☒ No

Does this product require special clean-up Instructions?  ☐ Yes  ☒ No

If yes, attach MSDS with special Instructions.

Department of Transportation (DOT) I.D. Number:

Hazard Class/ORM Code:

**OSHA/DOT CHEMICAL STORAGE CLASS**

Please check appropriate Class(es) for this product.

☐ ORGANIC  ☐ ANTINEOPLASTIC
☐ INORGANIC  ☐ STEROID/ANDROGEN
☐ CORROSIVE/OXIDIZER  ☐ ESSENTIAL CHEMICAL
☐ AEROSOL  ☐ PRECURSOR CHEMICAL (Describe below)
☐ AEROSOL CLASS  ☐ MAXIMUM QTY LEVEL

Is the product restricted for air shipping?

☐ Passenger
☐ Cargo
☐ Passenger & Cargo

| Precursor Chemical: | | | Size/Strength |
|---|---|---|---|
| Ephedrine | ☐ Yes | ☐ No | |
| Pseudoephedrine | ☐ Yes | ☐ No | |
| Phenylpropanolamine | ☐ Yes | ☐ No | |

**ADDITIONAL STORAGE AND SHIPPING REQUIREMENTS**

Is this product to be shipped to customers on ice?  ☐ Yes  ☐ No
Is this product to be shipped to customers on dry ice?  ☐ Yes  ☐ No
Does this product require refrigerated truck for transport?  ☐ Yes  ☐ No
Is this Product State Regulated?  ☐ Yes  ☐ No

If yes, list states on the right or as an attachment.

Are there special returns requirements?  ☐ Yes  ☐ No

If yes, provide requirements in the space to the right or as attachment.



Copyright @ 2005 by the Healthcare Distribution Management Association

Revised 02/21/06

HDMA Standard Product Information 05700-PA-New Document101 5   Filed 06/30/2009   Page 9 of 26   

Date: _____   Page 1 of 2

## PRODUCT INFORMATION

Manufacturer/Broker Name: **Watson Laboratories** Number: _____

Product Name: **Colchicine Tablets**

Product ID Number:
☒ NDC **00591-0944-01**     ☒ UPC/GTIN # **3-05910944401-8**

Description: **Colchicine .6mg Tablets 100**

Address: _____

City, State, Zip: _____

Key Contact: **Tony Giannone**     Fax: **610-746-2964**

Phone Number: **610-746-4984**     Ext: _____

Phone Number: _____     Ext: _____

Is the Product?  ☐ Direct Ship Item  ☐ Drop Ship Item

Is the Product a Controlled Drug?  ☐ Yes  ☒ No

If Yes, Schedule Number: _____

Is this ARCOS reportable?  ☐ Yes  ☒ No

Is this Product a Legend Device?  ☐ Yes  ☒ No

Country of Origin: **USA**

Harmonization Code Number for International Shipping: _____

Is this product a Hazardous Material or Cytotoxic Agent?
☐ Yes  ☒ No  If yes, provide additional information on page 2.

Attach copy of Material Safety Data Sheet (MSDS)

Attach Package Insert

### SPECIAL HANDLING AND STORAGE REQUIREMENTS

a. Temperature – Indicate the normal temperature range for this product.

I.   Controlled Room Temperature (68° – 77° F)     ☐
II.  Room Temperature (59° – 86° F)                ☒
III. Excessive Heat (>104° F)                      ☐
IV.  Cool (46° – 59° F)                            ☐
V.   Refrigerated (36° – 46° F)                    ☐
VI.  Frozen (-4° – 14° F)                          ☐
VII. No Requirement                                ☐

b. Are temperature excursions permitted/allowed for product?  ☐ Yes  ☐ No

If Yes, provide the temperature range and hours duration:
_____ and _____

c. Are there additional storage and shipping requirements?  ☐ Yes  ☐ No

If yes, please provide on page 2.

## ADDITIONAL PRODUCT INFORMATION

| | Size/Strength /Form | Unit Of Sale | UPC Code | Mstr. Shpr. | Inner Case Pk | Wght. Lbs. | Cube | Case Dimensions | Item Dimensions | Pallet Dimensions | # Cases/ Pallet |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Is there a minimum order quantity? | 100 | ☒ Bottle | Case: | 144 | 12 | Case: 8.09 lbs | | Depth: 12.50" | Depth: 3.40" | Depth: | 60 |
| If yes, ☐ Case ☐ Carton ☐ Item Number of Pieces? | .6mg | ☐ Box | | | | | | Height: 10.75" | Height: 3.40" | Height: | |
| Shelf Life: **24** Months | Tablet | ☐ Glass Jar | Carton: | | | Carton: | | Width: 9.75" | Width: 1.50" | Width: | |
| Whsl. Code #: | | ☐ Ampule | | | | | | | | | |
| Fineline Code: | | ☐ Other | Item: 305910944018 | | | Item: 0.05 lbs | | | | | |

Is item?  ☐ Unit Dose  ☐ Unit of Use     For Generic Drug Products:  I. Orange Book Rating: _____     II. Product Color: **White**

If Unit Dose, is item bar coded to unit dose for Hospital tracking purposes?     III. Brand Name Equivalent: _____     IV. Generic Name For Brand: _____
☐ Yes  ☐ No

### COST INFORMATION

| | Regular Cost ($) | | Purchase Allowance ☐ OI  ☐ BB | | Distribution Allowance ☐ OI  ☐ BB | | Net Cost ($) | Invoice Cost ($) | Mfr's AWP | Avg Retl Price ($) | SRP ($) | Excise Tax |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Will handling data change in the first: | | | $ | % | $ | % | | | | | | |
| 6 months? ☐ Yes | DZ | | | | | | | | | | | |
| 9 months? ☐ Yes | EA | | | | | | | | $24.95 | | | |
| 12 months? ☐ Yes | PPK | $9.00 | | | | | | | | | | |
| Unknown? ☐ Yes | | | | | | | | | | | | |

This offer is made on a proportionally equal basis to all sellers' accounts completive with customer.     Signature: _____

Copyright © 2005 by the Healthcare Distribution Management Association

**HDMA**     Revised 02/21/05

Case 2:09-cv-05700-PA-RZ   Document 101   Filed 09/30/2009   Page 10 of 26

**HDMA Standard Product Information**

Pharmaceutical Products

Page 2 of 2

Item Description: **Colchicine 6mg Tablets 100**   Manufacturer: **Watson Pharmaceuticals, Inc.**

*If additional information is necessary, provide on right of page or as attachment.*

**ADDITIONAL INFORMATION AS NECESSARY**

## HAZARDOUS MATERIAL INFORMATION

Is this product:

| | | |
|---|---|---|
| a) Cytotoxic? | ☐ Yes | ☒ No |
| b) Carcinogen? | ☐ Yes | ☒ No |
| c) Inhalation Hazard? | ☐ Yes | ☒ No |
| d) Contact Hazard? | ☐ Yes | ☒ No |

Is this item considered a carcinogen?   ☐ Yes   ☒ No

Is this item an aerosol requiring special storage?   ☐ Yes   ☒ No

Does this product require special clean-up instructions?   ☐ Yes   ☒ No

If yes, attach MSDS with special instructions.

Department of Transportation (DOT) I.D. Number: _____

Hazard Class/ORM Code: _____

## OSHA/DOT CHEMICAL STORAGE CLASS

Please check appropriate Class(s) for this product.

☐ ORGANIC   ☐ ANTINEOPLASTIC

☐ INORGANIC   ☐ STEROID/ANDROGEN

☐ CORROSIVE/OXIDIZER   ☐ ESSENTIAL CHEMICAL

☐ AEROSOL   ☐ PRECURSOR CHEMICAL   (Describe below)

☐ AEROSOL CLASS   ☐ MAXIMUM QTY LEVEL

Is the product restricted for air shipping?

☐ Passenger

☐ Cargo

☐ Passenger & Cargo

| Precursor Chemical: | | | Size/Strength |
|---|---|---|---|
| Ephedrine | ☐ Yes | ☐ No | _____ |
| Pseudoephedrine | ☐ Yes | ☐ No | _____ |
| Phenylpropanolamine | ☐ Yes | ☐ No | _____ |

## ADDITIONAL STORAGE AND SHIPPING REQUIREMENTS

Is this product to be shipped to customers on ice?   ☐ Yes   ☐ No

Is this product to be shipped to customers on dry ice?   ☐ Yes   ☐ No

Does this product require refrigerated truck for transport?   ☐ Yes   ☐ No

Is this Product State Regulated?   ☐ Yes   ☐ No

If yes, list states on the right or as an attachment.

Are there special returns requirements?   ☐ Yes   ☐ No

If yes, provide requirements in the space to the right or as attachment.

7



Copyright © 2005 by the Healthcare Distribution Management Association

Revised 02/21/06

## PRODUCT INFORMATION

Manufacturer/Broker Name: __Watson Laboratories__   Number: ____

Product Name: __Colchicine Tablets__

Product ID Number:

☒ NDC 00591-0944-10     ☒ UPC/GTIN # 3-0591094410-0

Description: __Colchicine .6mg Tablets 1000__

Address: ____

City, State, Zip: ____

Key Contact: __Tony Giannone__     Fax: __610-746-2964__

Phone Number: __610-746-4964__     Ext: ____

Phone Number: ____     Ext: ____

Is the Product?     ☐ Direct Ship Item     ☐ Drop Ship Item

Is the Product a Controlled Drug? ☐ Yes   ☒ No

   If Yes, Schedule Number: ____

Is this ARCOS reportable?     ☐ Yes     ☒ No

Is this Product a Legend Device?     ☐ Yes     ☒ No

Country of Origin: USA

Harmonization Code Number for International Shipping: ____

Is this product a Hazardous Material or Cytotoxic Agent?

   ☐ Yes   ☒ No   If yes, provide additional information on page 2.

Attach copy of Material Safety Data Sheet (MSDS)

Attach Package Insert

## SPECIAL HANDLING AND STORAGE REQUIREMENTS

a. Temperature – Indicate the normal temperature range for this product.

   I. Controlled Room Temperature (68° – 77° F)   ☐

   II. Room Temperature (59° – 86° F)   ☒

   III. Excessive Heat (>104° F)   ☐

   IV. Cool (46° – 59° F)   ☐

   V. Refrigerated (36° – 46° F)   ☐

   VI. Frozen (-4° – 14° F)   ☐

   VII. No Requirement   ☐

b. Are temperature excursions permitted/allowed for product?  ☐ Yes   ☐ No

   If Yes, provide the temperature range and hours duration:

   ____ and ____

c. Are there additional storage and shipping requirements?  ☐ Yes   ☐ No

   If yes, please provide on page 2.

## ADDITIONAL PRODUCT INFORMATION / ITEM AND PACKING INFORMATION

| ADDITIONAL PRODUCT INFORMATION | Size/Strength /Form | Unit Of Sale | UPC Code | Mstr. Shpr. | Inner Case Pk | Wght. Lbs. | Cube | Case Dimensions | Item Dimensions | Pallet Dimensions | # Cases/ Pallet |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Is there a minimum order quantity? | 1000 | ☒ Bottle | Case: | 144 | 12 | Case: 32.45lbs | | Depth: 15.50" | Depth: 3.90" | Depth: | 30 |
| If yes, ☐ Case ☐ Carton ☐ Item | .6mg | ☐ Box | | | | | | Height: 12.00" | Height: 3.90" | Height: | |
| Number of Pieces? | Tablet | ☐ Glass Jar | Carton: | | | Carton: | | Width: 12.00" | Width: 1.90" | Width: | |
| Shelf Life: 24 Months | | ☐ Ampule | | | | | | | | | |
| Whsl. Code #: | | ☐ Other | Item: | | | Item: 0.21 lbs | | | | | |
| Fineline Code: | | | 305910944100 | | | | | | | | |

Is Item?  ☐ Unit Dose  ☐ Unit of Use

If Unit Dose, is item bar coded to unit dose for Hospital tracking purposes?

   ☐ Yes     ☐ No

Will handling data change in the first:

   6 months?   ☐ Yes

   9 months?   ☐ Yes

   12 months?  ☐ Yes

   Unknown?   ☐ Yes

For Generic Drug Products:

   I. Orange Book Rating: ____

   III. Brand Name Equivalent: ____

II. Product Color: __White__

IV. Generic Name For Brand: ____

### COST INFORMATION

| | Regular Cost ($) | Purchase Allowance ☐ OI ☐ BB | | Distribution Allowance ☐ OI ☐ BB | | Invoice Cost ($) | Net Cost ($) | Mfr's AWP | Avg Retl Price ($) | SRP ($) | Excise Tax |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | $ | % | $ | % | | | | | | |
| DZ | | | | | | | | | | | |
| EA | $69.50 | | | | | | | $174.99 | | | |
| PPK | | | | | | | | | | | |

This offer is made on a proportionally equal basis to all sellers' accounts completive with customer.     Signature: ____

Copyright © 2005 by the Healthcare Distribution Management Association

Revised 02/21/06

HDMA

Case 2:09-cv-05700-PA-RZ   Document 101   Filed 09/30/2009   Page 12 of 26

**HDMA Standard Product Information**    Pharmaceutical Products    Page 2 of 2

Item Description:    Colchicine 6mg Tablets 1000    Manufacturer: Watson Pharmaceuticals, Inc.

*If additional information is necessary, provide on right of page or as attachment.*

| HAZARDOUS MATERIAL INFORMATION | ADDITIONAL INFORMATION AS NECESSARY |
|---|---|

Is this product:
a) Cytotoxic?  ☐ Yes  ☒ No
b) Carcinogen?  ☐ Yes  ☒ No
c) Inhalation Hazard?  ☐ Yes  ☒ No
d) Contact Hazard?  ☐ Yes  ☒ No

Is this item considered a carcinogen?  ☐ Yes  ☒ No

Is this item an aerosol requiring special storage?  ☐ Yes  ☒ No

Does this product require special clean-up instructions?  ☐ Yes  ☒ No
   If yes, attach MSDS with special instructions.

Department of Transportation (DOT) I.D. Number: _____

Hazard Class/ORM Code: _____

**OSHA/DOT CHEMICAL STORAGE CLASS**

Please check appropriate Class(s) for this product.
☐ ORGANIC          ☐ ANTINEOPLASTIC
☐ INORGANIC        ☐ STEROID/ANDROGEN
☐ CORROSIVE/OXIDIZER  ☐ ESSENTIAL CHEMICAL
☐ AEROSOL          ☐ PRECURSOR CHEMICAL  (Describe below)
☐ AEROSOL CLASS    ☐ MAXIMUM QTY LEVEL

Is the product restricted for air shipping?
☐ Passenger
☐ Cargo
☐ Passenger & Cargo

Precursor Chemical:                                    Size/Strength
Ephedrine            ☐ Yes  ☐ No            _____
Pseudoephedrine      ☐ Yes  ☐ No            _____
Phenylpropanolamine  ☐ Yes  ☐ No            _____

**ADDITIONAL STORAGE AND SHIPPING REQUIREMENTS**

Is this product to be shipped to customers on ice?  ☐ Yes  ☐ No

Is this product to be shipped to customers on dry ice?  ☐ Yes  ☐ No

Does this product require refrigerated truck for transport?  ☐ Yes  ☐ No

Is this Product State Regulated?  ☐ Yes  ☐ No
   If yes, list states on the right or as an attachment.

Are there special returns requirements?  ☐ Yes  ☐ No
   If yes, provide requirements in the space to the right or as attachment.



Copyright © 2005 by the Healthcare Distribution Management Association

Revised 02/21/06

HDMA Standard Product Information Form 05700-FA, Plzhac Document 01 01 s   Filed 06/30/2009   Page 13 of 26   Page 1 of 2

Date: _____

## PRODUCT INFORMATION

Manufacturer/Broker Name: **Watson Laboratories**   Number: _____

Product Name: **Colchicine Tablets**

Product ID Number:
☒ NDC **00591-0944-01**   ☒ UPC/GTIN # **3-0591094401-8**

Description: **Colchicine .6mg Tablets 100**

Address: _____

City, State, Zip: _____

Key Contact: **Vince Rinaudo**   Fax: **318-868-8927**

Phone Number: **318-868-8126**   Ext: _____

Phone Number: _____   Ext: _____

Is the Product?   ☐ Direct Ship Item   ☐ Drop Ship Item

Is the Product a Controlled Drug?  ☐ Yes  ☒ No
If Yes, Schedule Number: _____

Is this ARCOS reportable?   ☐ Yes   ☒ No

Is this Product a Legend Device?   ☐ Yes   ☒ No

Country of Origin: **USA**

Harmonization Code Number for International Shipping: _____

Is this product a Hazardous Material or Cytotoxic Agent?
☐ Yes   ☒ No   If yes, provide additional Information on page 2.

Attach copy of Material Safety Data Sheet (MSDS)

Attach Package Insert

### ADDITIONAL PRODUCT INFORMATION

Is there a minimum order quantity?
If yes, ☐ Case ☐ Carton ☐ Item
Number of Pieces? _____

Shelf Life: **24  Months**

Whsl. Code #: _____

Fineline Code: _____

Is item?  ☐ Unit Dose  ☐ Unit of Use

If Unit Dose, is Item bar coded to unit dose for Hospital tracking purposes?
☐ Yes   ☐ No

Will handling data change in the first:
6 months?   ☐ Yes
9 months?   ☐ Yes
12 months?  ☐ Yes
Unknown?    ☐ Yes

## SPECIAL HANDLING AND STORAGE REQUIREMENTS

**a.** Temperature – Indicate the normal temperature range for this product.

| | |
|---|---|
| I. | Controlled Room Temperature (68° – 77° F) ☐ |
| II. | Room Temperature (59° – 86° F) ☒ |
| III. | Excessive Heat (>104° F) ☐ |
| IV. | Cool (46° – 59° F) ☐ |
| V. | Refrigerated (36° – 46° F) ☐ |
| VI. | Frozen (-4° – 14° F) ☐ |
| VII. | No Requirement ☐ |

**b.** Are temperature excursions permitted/allowed for product?   ☐ Yes   ☐ No
If Yes, provide the temperature range and hours duration:
_____ and _____

**c.** Are there additional storage and shipping requirements?   ☐ Yes   ☐ No
If yes, please provide on page 2.

## ITEM AND PACKING INFORMATION

| | Size/Strength /Form | Unit Of Sale | UPC Code | Mstr. Shpr. | Inner Case Pk | Mstr. Wght. Lbs. | Cube | Case Dimensions | Item Dimensions | Pallet Dimensions | # Cases/ Pallet |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | **100** | ☒ Bottle ☐ Box ☐ Glass Jar ☐ Ampule ☐ Other | Case: | **144** | **12** | Case: **8.09 lbs** | | Depth: **12.50"** | Depth: **3.40"** | Depth: | |
| | **.6mg** | | Carton: | | | Carton: | | Height: **10.75"** | Height: **3.40"** | Height: | **60** |
| | **Tablet** | | | | | | | Width: **9.75"** | Width: **1.50"** | Width: | |
| | | | Item: **305910944018** | | | Item: **0.05 lbs** | | | | | |

For Generic Drug Products:   I. Orange Book Rating: _____
III. Brand Name Equivalent: _____

II. Product Color: **White**
IV. Generic Name For Brand: _____

## COST INFORMATION

| | Regular Cost ($) | Purchase Allowance ☐ OI ☐ BB | Distribution Allowance ☐ OI ☐ BB | Invoice Cost ($) | Net Cost ($) | Mfr's AWP | Item Dimensions — Avg Retl Price ($) | SRP ($) | Excise Tax |
|---|---|---|---|---|---|---|---|---|---|
| **DZ** | | $ ____ % | $ ____ % | | | | | | |
| **EA** | **$9.00** | | | | | **$24.96** | | | |
| **PPK** | | | | | | | | | |

Signature: _____

This offer is made on a proportionally equal basis to all sellers' accounts completive with customer.

**HDMA**

Copyright © 2005 by the Healthcare Distribution Management Association

Revised 02/21/05

10

Page 2 of 2

**HDMA Standard Product Information**   **Pharmaceutical Products**

Item Description: __Colchicine  6mg Tablets 100__   Manufacturer: __Watson Pharmaceuticals, Inc.__

*If additional information is necessary, provide on right of page or as attachment.*

## HAZARDOUS MATERIAL INFORMATION

Is this product:
- a) Cytotoxic? ☐ Yes ☒ No
- b) Carcinogen? ☐ Yes ☒ No
- c) Inhalation Hazard? ☐ Yes ☒ No
- d) Contact Hazard? ☐ Yes ☒ No

Is this item considered a carcinogen? ☐ Yes ☒ No

Is this item an aerosol requiring special storage? ☐ Yes ☒ No

Does this product require special clean-up instructions? ☐ Yes ☒ No
If yes, attach MSDS with special instructions.

Department of Transportation (DOT) I.D. Number: _____

Hazard Class/ORM Code: _____

### OSHA/DOT CHEMICAL STORAGE CLASS

Please check appropriate Class(s) for this product.

☐ ORGANIC ☐ ANTINEOPLASTIC
☐ INORGANIC ☐ STEROID/ANDROGEN
☐ CORROSIVE/OXIDIZER ☐ ESSENTIAL CHEMICAL
☐ AEROSOL ☐ PRECURSOR CHEMICAL (Describe below)
☐ AEROSOL CLASS ☐ MAXIMUM QTY LEVEL

Is the product restricted for air shipping?
☐ Passenger
☐ Cargo
☐ Passenger & Cargo

Precursor Chemical:  Size/Strength
- Ephedrine ☐ Yes ☐ No _____
- Pseudoephedrine ☐ Yes ☐ No _____
- Phenylpropanolamine ☐ Yes ☐ No _____

### ADDITIONAL STORAGE AND SHIPPING REQUIREMENTS

Is this product to be shipped to customers on ice? ☐ Yes ☐ No

Is this product to be shipped to customers on dry ice? ☐ Yes ☐ No

Does this product require refrigerated truck for transport? ☐ Yes ☐ No

Is this Product State Regulated? ☐ Yes ☐ No
If yes, list states on the right or as an attachment.

Are there special returns requirements? ☐ Yes ☐ No
If yes, provide requirements in the space to the right or as attachment.

## ADDITIONAL INFORMATION AS NECESSARY

11



Copyright © 2005 by the Healthcare Distribution Management Association

Revised 02/21/06

HDMA Standard Product Information ~ Case 3:09-cv-05700-PA-RZ Document 101 ~ Filed 06/30/2009 ~ Page 15 of 26

Date: _____   Page 1 of 2

## PRODUCT INFORMATION

Manufacturer/Broker Name: Watson Laboratories   Number: _____

Product Name: Colchicine Tablets

Product ID Number:

☒ NDC 00591-0944-10   ☒ UPC/GTIN # 1-05910944410-0

Description: Colchicine .6mg Tablets 1000

Address: _____

City, State, Zip: _____

Key Contact: Vince Rinaudo   Fax: 318-868-8927

Phone Number: 318-868-8126   Ext: _____

Phone Number: _____   Ext: _____

Is the Product?   ☐ Direct Ship Item   ☐ Drop Ship Item

Is the Product a Controlled Drug?   ☐ Yes   ☒ No

If Yes, Schedule Number: _____

Is this ARCOS reportable?   ☐ Yes   ☒ No

Is this Product a Legend Device?   ☐ Yes   ☒ No

Country of Origin: USA

Harmonization Code Number for International Shipping: _____

Is this product a Hazardous Material or Cytotoxic Agent?

☐ Yes   ☒ No   If yes, provide additional information on page 2.

Attach copy of Material Safety Data Sheet (MSDS)

Attach Package Insert

### ADDITIONAL PRODUCT INFORMATION

Is there a minimum order quantity?

If yes, ☐ Case   ☐ Carton   ☐ Item

Number of Pieces? _____

Shelf Life: 24 Months

Whsl. Code #: _____

Fineline Code: _____

Is Item?   ☐ Unit Dose   ☐ Unit of Use

If Unit Dose, is item bar coded to unit dose for Hospital tracking purposes?

☐ Yes   ☐ No

Will handling data change in the first:

6 months?   ☐ Yes

9 months?   ☐ Yes

12 months?   ☐ Yes

Unknown?   ☐ Yes

## SPECIAL HANDLING AND STORAGE REQUIREMENTS

a. Temperature – Indicate the normal temperature range for this product.

  I. Controlled Room Temperature (68° – 77° F)   ☐

  II. Room Temperature (59° – 86° F)   ☒

  III. Excessive Heat (>104° F)   ☐

  IV. Cool (46° – 59° F)   ☐

  V. Refrigerated (36° – 46° F)   ☐

  VI. Frozen (-4° – 14° F)   ☐

  VII. No Requirement   ☐

b. Are temperature excursions permitted/allowed for product?   ☐ Yes   ☐ No

  If Yes, provide the temperature range and hours duration:

  _____ and _____

c. Are there additional storage and shipping requirements?   ☐ Yes   ☐ No

  If yes, please provide on page 2.

## ITEM AND PACKING INFORMATION

| | Size/Strength /Form | Unit Of Sale | UPC Code | Mstr. Shpr. | Inner Case Pk | Wght. Lbs. | Cube | Case Dimensions | Item Dimensions | Pallet Dimensions | # Cases/ Pallet |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1000 | ☒ Bottle | Case: | 144 | 12 | Case: 32.45lbs | | Depth: 15.50" | Depth: 3.90" | Depth: | 30 |
| | .6mg | ☐ Box | | | | | | Height: 12.00" | Height: 3.90" | Height: | |
| | Tablet | ☐ Glass jar | Carton: | | | Carton: | | Width: 12.00" | Width: 1.90" | Width: | |
| | | ☐ Ampule | | | | | | | | | |
| | | ☐ Other | Item: 305910944100 | | | Item: 0.21 lbs | | | | | |

For Generic Drug Products:
I. Orange Book Rating: _____
II. Product Color: White
III. Brand Name Equivalent: _____
IV. Generic Name For Brand: _____

## COST INFORMATION

| | Regular Cost ($) | Purchase Allowance ☐ OI   ☐ BB | Distribution Allowance ☐ OI   ☐ BB | Invoice Cost ($) | Net Cost ($) | Mfr's AWP | Avg Retl Price ($) | SRP ($) | Excise Tax |
|---|---|---|---|---|---|---|---|---|---|
| | | $ | % | $ | % | | | | | |
| DZ | | | | | | | | | | |
| EA | $69.50 | | | | | $174.99 | | | | |
| PPK | | | | | | | | | | |

This offer is made on a proportionally equal basis to all sellers' accounts completive with customer.   Signature: _____

Copyright © 2005 by the Healthcare Distribution Management Association

HDMA

Revised 02/21/06

12

Case 2:09-cv-05700-PA-RZ Document 101 Filed 09/30/2009 Page 16 of 26

Page 2 of 2

**HDMA Standard Product Information**      **Pharmaceutical Products**

Item Description: **Colchicine 6mg Tablets 1000**      Manufacturer: Watson Pharmaceuticals, Inc.

*If additional information is necessary, provide on right of page or as attachment.*

| HAZARDOUS MATERIAL INFORMATION | ADDITIONAL INFORMATION AS NECESSARY |
|---|---|

Is this product:
- a) Cytotoxic? ☐ Yes ☒ No
- b) Carcinogen? ☐ Yes ☒ No
- c) Inhalation Hazard? ☐ Yes ☒ No
- d) Contact Hazard? ☐ Yes ☒ No

Is this item considered a carcinogen? ☐ Yes ☒ No

Is this item an aerosol requiring special storage? ☐ Yes ☒ No

Does this product require special clean-up instructions? ☐ Yes ☒ No
If yes, attach MSDS with special instructions.

Department of Transportation (DOT) I.D. Number: _____

Hazard Class/ORM Code: _____

**OSHA/DOT CHEMICAL STORAGE CLASS**

Please check appropriate Class(s) for this product.
- ☐ ORGANIC    ☐ ANTINEOPLASTIC
- ☐ INORGANIC    ☐ STEROID/ANDROGEN
- ☐ CORROSIVE/OXIDIZER    ☐ ESSENTIAL CHEMICAL
- ☐ AEROSOL    ☐ PRECURSOR CHEMICAL (Describe below)
- ☐ AEROSOL CLASS    ☐ MAXIMUM QTY LEVEL

Is the product restricted for air shipping?
- ☐ Passenger
- ☐ Cargo
- ☐ Passenger & Cargo

| Precursor Chemical: | | | Size/Strength |
|---|---|---|---|
| Ephedrine | ☐ Yes | ☐ No | |
| Pseudoephedrine | ☐ Yes | ☐ No | |
| Phenylpropanolamine | ☐ Yes | ☐ No | |

**ADDITIONAL STORAGE AND SHIPPING REQUIREMENTS**

Is this product to be shipped to customers on ice? ☐ Yes ☐ No

Is this product to be shipped to customers on dry ice? ☐ Yes ☐ No

Does this product require refrigerated truck for transport? ☐ Yes ☐ No

Is this Product State Regulated? ☐ Yes ☐ No
If yes, list states on the right or as an attachment.

Are there special returns requirements? ☐ Yes ☐ No
If yes, provide requirements in the space to the right or as attachment.

13

Copyright © 2005 by the Healthcare Distribution Management Association



Revised 02/21/06

Case 2:08-cv-05700-PA-RZ   Document 101   Filed 09/30/2009   Page 17 of 26   Date: _____   Page 1 of 2

## PRODUCT INFORMATION

Manufacturer/Broker Name: **Watson Laboratories**    Number: _____

Product Name: **Colchicine Tablets**

Product ID Number:
☒ NDC **00591-0944-01**    ☒ UPC/GTIN # **3-05910944401-8**

Description: **Colchicine .6mg Tablets 100**

Address: _____

City, State, Zip: _____

Key Contact: **Gary Salter**    Fax: **850-235-1710**

Phone Number: **850-235-1765**    Ext: _____

Phone Number: _____    Ext: _____

Is the Product?  ☐ Direct Ship Item  ☐ Drop Ship Item

Is the Product a Controlled Drug?  ☐ Yes  ☒ No
  If Yes, Schedule Number: _____

Is this ARCOS reportable?  ☐ Yes  ☒ No

Is this Product a Legend Device?  ☐ Yes  ☒ No

Country of Origin: **USA**

Harmonization Code Number for International Shipping: _____

Is this product a Hazardous Material or Cytotoxic Agent?
  ☐ Yes  ☒ No  If yes, provide additional information on page 2.

Attach copy of Material Safety Data Sheet (MSDS)

Attach Package Insert

## SPECIAL HANDLING AND STORAGE REQUIREMENTS

a. Temperature – Indicate the normal temperature range for this product.
  I. Controlled Room Temperature (68° – 77° F)  ☐
  II. Room Temperature (59° – 86° F)  ☒
  III. Excessive Heat (>104° F)  ☐
  IV. Cool (46° – 59° F)  ☐
  V. Refrigerated (36° – 46° F)  ☐
  VI. Frozen (4° – 14° F)  ☐
  VII. No Requirement  ☐

b. Are temperature excursions permitted/allowed for product?  ☐ Yes  ☐ No
  If Yes, provide the temperature range and hours duration:
  _____ and _____

c. Are there additional storage and shipping requirements?  ☐ Yes  ☐ No
  If yes, please provide on page 2.

## ADDITIONAL PRODUCT INFORMATION

Is there a minimum order quantity?  ☐ Yes  ☐ No
  If yes,  ☐ Case  ☐ Carton  ☐ Item
  Number of Pieces? _____

Shelf Life: **24 Months**

Whsl. Code #: _____

Fineline Code: _____

Is Item?  ☐ Unit Dose  ☐ Unit of Use

If Unit Dose, is item bar coded to unit dose for Hospital tracking purposes?
  ☐ Yes  ☐ No

Will handling data change in the first:
  6 months?  ☐ Yes
  9 months?  ☐ Yes
  12 months?  ☐ Yes
  Unknown?  ☐ Yes

## ITEM AND PACKING INFORMATION

| | Size/Strength /Form | Unit Of Sale | UPC Code | Mstr. Shpr. | Inner Case Pk | Wght. Lbs. | Cube |
|---|---|---|---|---|---|---|---|
| | 100 | ☒ Bottle | Case: | 144 | 12 | Case: 8.09 lbs | |
| | .6mg | ☐ Box | | | | | |
| | Tablet | ☐ Glass jar | Carton: | | | Carton: | |
| | | ☐ Ampule | | | | | |
| | | ☐ Other | Item: 305910944018 | | | Item: 0.05 lbs | |

### COST INFORMATION

| | Regular Cost ($) | Purchase Allowance ☐ OI ☐ BB | | Distribution Allowance ☐ OI ☐ BB | | Invoice Cost ($) | Net Cost ($) | Case Dimensions | Item Dimensions | Mfr's AWP | Avg Retl Price ($) | SRP ($) | Pallet Dimensions | Excise Tax | # Cases/ Pallet |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DZ | | $ | % | $ | % | | | Depth: 12.50" | Depth: 3.40" | | | | Depth: | | 60 |
| EA | $9.00 | | | | | | | Height: 10.76" | Height: 3.40" | $24.95 | | | Height: | | |
| PPK | | | | | | | | Width: 9.76" | Width: 1.50" | | | | Width: | | |

For Generic Drug Products:
  I. Orange Book Rating: _____
  II. Product Color: **White**
  III. Brand Name Equivalent: _____
  IV. Generic Name For Brand: _____

Signature: _____

This offer is made on a proportionally equal basis to all sellers' accounts completive with customer.

Copyright © 2005 by the Healthcare Distribution Management Association

Revised 02/21/06

14

Case 2:09-cv-05700-PA-RZ   Document 101   Filed 09/30/2009   Page 18 of 26

Page 2 of 2

**HDMA Standard Product Information**

Item Description: __Colchicine 6mg Tablets 100__        Manufacturer: __Watson Pharmaceuticals, Inc.__

*If additional information is necessary, provide on right of page or as attachment.*

## HAZARDOUS MATERIAL INFORMATION

Is this product:
- a) Cytotoxic? ☐ Yes ☒ No
- b) Carcinogen? ☐ Yes ☒ No
- c) Inhalation Hazard? ☐ Yes ☒ No
- d) Contact Hazard? ☐ Yes ☒ No

Is this item considered a carcinogen?                              ☐ Yes ☒ No

Is this item an aerosol requiring special storage?                ☐ Yes ☒ No

Does this product require special clean-up instructions?          ☐ Yes ☒ No
   If yes, attach MSDS with special instructions.

Department of Transportation (DOT) I.D. Number: _____

Hazard Class/ORM Code: _____

### OSHA/DOT CHEMICAL STORAGE CLASS

Please check appropriate Class(s) for this product.

☐ ORGANIC           ☐ ANTINEOPLASTIC
☐ INORGANIC         ☐ STEROID/ANDROGEN
☐ CORROSIVE/OXIDIZER ☐ ESSENTIAL CHEMICAL
☐ AEROSOL           ☐ PRECURSOR CHEMICAL   (Describe below)
☐ AEROSOL CLASS     ☐ MAXIMUM QTY LEVEL

Is the product restricted for air shipping?
☐ Passenger
☐ Cargo
☐ Passenger & Cargo

| Precursor Chemical: | | | Size/Strength |
|---|---|---|---|
| Ephedrine | ☐ Yes | ☐ No | |
| Pseudoephedrine | ☐ Yes | ☐ No | |
| Phenylpropanolamine | ☐ Yes | ☐ No | |

### ADDITIONAL STORAGE AND SHIPPING REQUIREMENTS

Is this product to be shipped to customers on ice?                ☐ Yes ☐ No

Is this product to be shipped to customers on dry ice?            ☐ Yes ☐ No

Does this product require refrigerated truck for transport?       ☐ Yes ☐ No

Is this Product State Regulated?                                  ☐ Yes ☐ No
   If yes, list states on the right or as an attachment.

Are there special returns requirements?                           ☐ Yes ☐ No
   If yes, provide requirements in the space to the right or as attachment.

### ADDITIONAL INFORMATION AS NECESSARY



Revised 02/21/05

15

HDMA Standard Product Information / New Product Announcement

Filed 09/30/2009 Page 19 of 26

Page 1 of 2

Date: _____

## PRODUCT INFORMATION

Manufacturer/Broker Name: Watson Laboratories      Number: _____
Product Name: Colchicine Tablets
Product ID Number:
☒ NDC 00591-0944-10      ☒ UPC/GTIN # 3-0591094410-0
Description: Colchicine .6mg Tablets 1000
Address: _____
City, State, Zip: _____
Key Contact: Gary Salter      Fax: 850-235-1710
Phone Number: 850-235-1765      Ext: _____
Phone Number: _____      Ext: _____
Is the Product?   ☐ Direct Ship Item   ☐ Drop Ship Item
Is the Product a Controlled Drug? ☐ Yes  ☒ No
   If Yes, Schedule Number: _____
Is this ARCOS reportable? ☐ Yes  ☒ No
Is this Product a Legend Device? ☐ Yes  ☒ No
Country of Origin: USA
Harmonization Code Number for International Shipping: _____
Is this product a Hazardous Material or Cytotoxic Agent?
   ☐ Yes  ☒ No   If yes, provide additional information on page 2.
Attach copy of Material Safety Data Sheet (MSDS)
Attach Package Insert

### ADDITIONAL PRODUCT INFORMATION

Is there a minimum order quantity?
If yes, ☐ Case ☐ Carton ☐ Item
   Number of Pieces? _____
Shelf Life: 24 Months
Whsl. Code #: _____
Fineline Code: _____
Is Item? ☐ Unit Dose ☐ Unit of Use
If Unit Dose, is item bar coded to unit dose for Hospital tracking purposes?
   ☐ Yes   ☐ No
Will handling data change in the first:
   6 months?   ☐ Yes
   9 months?   ☐ Yes
   12 months?  ☐ Yes
   Unknown?    ☐ Yes

## SPECIAL HANDLING AND STORAGE REQUIREMENTS

a. Temperature – Indicate the normal temperature range for this product.
   I. Controlled Room Temperature (68° – 77° F)   ☐
   II. Room Temperature (59° – 86° F)   ☒
   III. Excessive Heat (>104° F)   ☐
   IV. Cool (46° – 59° F)   ☐
   V. Refrigerated (36° – 46° F)   ☐
   VI. Frozen (-4° – 14° F)   ☐
   VII. No Requirement   ☐

b. Are temperature excursions permitted/allowed for product?   ☐ Yes   ☐ No
   If Yes, provide the temperature range and hours duration:
   _____ and _____

c. Are there additional storage and shipping requirements?   ☐ Yes   ☐ No
   If yes, please provide on page 2.

## ITEM AND PACKING INFORMATION

| Size/Strength /Form | Unit Of Sale | UPC Code | Mstr. Shpr. | Inner Case Pk | Wght. Lbs. | Cube | Case Dimensions | Item Dimensions | Pallet Dimensions | # Cases/ Pallet |
|---|---|---|---|---|---|---|---|---|---|---|
| 1000 | ☒ Bottle | Case: | 144 | 12 | Case: 32.46lbs | | Depth: 16.50" | Depth: 3.90" | Depth: | 30 |
| .6mg | ☐ Box | Carton: | | | Carton: | | Height: 12.00" | Height: 3.90" | Height: | |
| Tablet | ☐ Glass Jar | | | | | | | | | |
| | ☐ Ampule | Item: | | | Item: | | Width: 12.00" | Width: 1.90" | Width: | |
| | ☐ Other | 305910944100 | | | 0.21 lbs | | | | | |

### COST INFORMATION

For Generic Drug Products:        I. Orange Book Rating: _____
III. Brand Name Equivalent: _____

Purchase Allowance ☐ OI ☐ BB  $ _____ %
Distribution Allowance ☐ OI ☐ BB  $ _____ %

II. Product Color: White
IV. Generic Name For Brand: _____

| | Regular Cost ($) | Invoice Cost ($) | Net Cost ($) | Mfr's AWP | Avg Retl Price ($) | SRP ($) | Excise Tax |
|---|---|---|---|---|---|---|---|
| DZ | | | | | | | |
| EA | $69.50 | | | $174.99 | | | |
| PPK | | | | | | | |

Signature: _____

This offer is made on a proportionally equal basis to all sellers' accounts completive with customer.

Copyright © 2005 by the Healthcare Distribution Management Association

Revised 02/21/06

GHDMA

16

Case 3:09-cv-05421-PGS-TJB   Document 265-4   Filed 07/23/10   Page 70 of 70 PageID: 1268

Case 2:09-cv-05700-PA-RZ   Document 101   Filed 09/30/2009   Page 20 of 26

**HDMA Standard Product Information**   Page 2 of 2

**Pharmaceutical Products**

Item Description: __Colchicine .6mg Tablets 1000__   Manufacturer: __Watson Pharmaceuticals, Inc.__

*If additional information is necessary, provide on right of page or as attachment.*

**HAZARDOUS MATERIAL INFORMATION** | ADDITIONAL INFORMATION AS NECESSARY

Is this product:

a) Cytotoxic? ☐ Yes ☒ No
b) Carcinogen? ☐ Yes ☒ No
c) Inhalation Hazard? ☐ Yes ☒ No
d) Contact Hazard? ☐ Yes ☒ No

Is this item considered a carcinogen? ☐ Yes ☒ No

Is this item an aerosol requiring special storage? ☐ Yes ☒ No

Does this product require special clean-up instructions? ☐ Yes ☒ No

If yes, attach MSDS with special instructions.

Department of Transportation (DOT) I.D. Number: _____

Hazard Class/ORM Code: _____

**OSHA/DOT CHEMICAL STORAGE CLASS**

Please check appropriate Class(s) for this product.

☐ ORGANIC ☐ ANTINEOPLASTIC
☐ INORGANIC ☐ STEROID/ANDROGEN
☐ CORROSIVE/OXIDIZER ☐ ESSENTIAL CHEMICAL
☐ AEROSOL ☐ PRECURSOR CHEMICAL (Describe below)
☐ AEROSOL CLASS ☐ MAXIMUM QTY LEVEL

Is the product restricted for air shipping?

☐ Passenger
☐ Cargo
☐ Passenger & Cargo

Precursor Chemical:    Size/Strength

Ephedrine ☐ Yes ☐ No _____
Pseudoephedrine ☐ Yes ☐ No _____
Phenylpropanolamine ☐ Yes ☐ No _____

**ADDITIONAL STORAGE AND SHIPPING REQUIREMENTS**

Is this product to be shipped to customers on ice? ☐ Yes ☐ No
Is this product to be shipped to customers on dry ice? ☐ Yes ☐ No
Does this product require refrigerated truck for transport? ☐ Yes ☐ No
Is this Product State Regulated? ☐ Yes ☐ No

If yes, list states on the right or as an attachment.

Are there special returns requirements? ☐ Yes ☐ No

If yes, provide requirements in the space to the right or as attachment.

Copyright © 2005 by the Healthcare Distribution Management Association

Revised 02/21/06



17