H. Richard Chattman
Gregory D. Miller
Damian P. Conforti
Podvey Meanor Catenacci Hildner
Cocoziello & Chattman, P.C.
The Legal Center
One Riverfront Plaza
Newark, New Jersey  07102

Attorneys for Plaintiffs
Mutual Pharmaceutical Company, Inc.,
AR Scientific, Inc., and AR Holding Company, Inc.

**[Counsel continued below]**

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MUTUAL PHARMACEUTICAL COMPANY, INC., et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>WATSON PHARMACEUTICALS, INC., et al.,<br><br>        Defendants. | **FILED UNDER SEAL**<br><br>Civil Action No.<br>09-5421(GEB)(TJB)<br><br>**DECLARATION OF NISHAN KOTTAHACHCHI IN SUPPORT OF PLAINTIFFS' OPPOSITION TO THE MOTION FOR SUMMARY JUDGMENT FILED BY DEFENDANT WEST-WARD PHARMACEUTICAL CORP.** |

Cooley LLP
Michael G. Rhodes *(Pro Hac Vice)*
John S. Kyle *(Pro Hac Vice)*
Nathaniel Cooper *(Pro Hac Vice)*
4401 Eastgate Mall
San Diego, CA 92121-1909
Telephone:  (858)550-6000
Facsimile:   (858) 550-6420

Attorneys for Plaintiffs
Mutual Pharmaceutical Company, Inc.,
AR Scientific, Inc., and AR Holding Company, Inc.

Cooley LLP
Peter J. Willsey *(Pro Hac Vice)*
Nishan Kottahachchi *(Pro Hac Vice)*
Brendan J. Hughes *(Pro Hac Vice)*
777 6th Street N.W., Suite 1100
Washington, DC  20001-3703
Telephone:  (202) 842-7800
Facsimile:   (202) 842-7899

I, Nishan Kottahachchi, declare and state as follows:

1. I am an attorney licensed to practice law in the State of California and the District of Columbia, and am admitted *pro hac vice* in this matter before this Court. I am an associate in the law firm of Cooley LLP, attorneys of record in this matter for Plaintiffs Mutual Pharmaceutical Company, Inc., AR Scientific, Inc., and AR Holding, Inc. (collectively "Plaintiffs"). I have personal knowledge of the facts set forth in this Declaration, and if called upon to testify I could and would testify competently thereto.

2. Attached hereto as Exhibit A is a true and correct copy of a page from the United States Food and Drug Administration ("FDA") website titled *Guidance for FDA staff and Industry: Marketed Unapproved Drugs—Compliance Policy Guide*, publicly available at http://www.fda.gov/downloads/Drugs/GuidanceComplianceRegulatoryInformation/Guidances/ucm070290.pdf, and last viewed on August 20, 2010.

3. Attached hereto as Exhibit B is a true and correct copy of the FDA warning letter to Sunrise Pharmaceutical, Inc., publicly available on the FDA's website at
http://www.fda.gov/ICECI/EnforcementActions/WarningLetters/ucm197966.htm and last viewed on August 20, 2010.

4. Attached hereto as Exhibit C is a true and correct copy of the FDA's warning letter to Concord Laboratories, Inc., publicly available on the FDA's website at
http://www.fda.gov/ICECI/EnforcementActions/WarningLetters/2006/ucm075988.htm and last viewed on August 20, 2010.

5. Attached hereto as Exhibit D is a true and correct copy of the FDA's warning letter to Defendant Vision Pharma LLC, publicly available on the FDA's website at

http://www.fda.gov/ICECI/EnforcementActions/WarningLetters/ucm212242.htm and last viewed on August 20, 2010.

6. Attached hereto as Exhibit E is a true and correct copy of a page from the FDA website titled *National Drug Code Directory*, publicly available at http://www.fda.gov/Drugs/InformationOnDrugs/ucm142438.htm, and last viewed on August 20, 2010.

7. Attached hereto as Exhibit F is a true and correct copy of a page from the FDA's website titled *FDA Acts to Improve Drug Safety and Quality*, publicly available at http://www.fda.gov/NewsEvents/Newsroom/PressAnnouncements/2006/ucm108665.htm, and last viewed on August 20, 2010.

8. Attached hereto as Exhibit G is a true and correct copy of a page from the FDA's website titled *Questions and Answers About FDA's Enforcement Action Against Unapproved Injectable Colchicine Products*, publicly available at http://www.fda.gov/Drugs/GuidanceComplianceRegulatoryInformation/EnforcementActivitiesbyFDA/SelectedEnforcementActionsonUnapprovedDrugs/ucm119642.htm, and last viewed on August 20, 2010.

9. Attached hereto as Exhibit H is a true and correct copy of Defendant West-Ward Pharmaceutical Corp.'s Responses and Objections to Plaintiff Mutual Pharmaceutical Company, Inc.'s First Set of Requests for Admission.

10. Attached hereto as Exhibit I is a true and correct copy of the Objections and Responses of Plaintiffs Mutual Pharmaceutical Company, Inc., AR Scientific, Inc., and AR Holding Company, Inc. to Defendant West-Ward Pharmaceutical Corp.'s First Set of Requests for Admission.

11. Attached hereto as Exhibit J is a true and correct copy of Plaintiff Mutual Pharmaceutical Company, Inc.'s Objections and Responses to Defendant West-Ward Pharmaceutical Corp.'s First Set of Interrogatories.

12. Attached hereto as Exhibit K is a true and correct copy of Second Supplemental Responses of Plaintiffs Mutual Pharmaceutical Company, Inc., AR Scientific, Inc., and AR Holding Company, Inc. to Defendant West-Ward Pharmaceutical Corp.'s First Set of Interrogatories.

13. 

14.

15.

16. Attached hereto as Exhibit O is a true and correct copy of a page from the FDA website titled *Single-Ingredient Oral Colchicine Video*, publicly available at

http://www.fda.gov/Drugs/ResourcesForYou/HealthProfessionals/ucm211975.htm, and last viewed on August 23, 2010.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed at Washington, District of Columbia on August 23, 2010.

/s/ Nishan Kottahachchi
**NISHAN KOTTAHACHCHI**