**NOT FOR PUBLICATION**

RECEIVED
OCT - 6 2010
AT 8:30_____
WILLIAM T. WALSH M
CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| MUTUAL PHARMACEUTICAL COMPANY, INC.; AR SCIENTIFIC, INC.; and AR HOLDING COMPANY, INC., | ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 09-5421 (GEB) |
| WEST-WARD PHARMACEUTICAL CORP.; VISION PHARMA, LLC; and EXCELLIUM PHARMACEUTICAL, INC., | ) ) ) ) ) | ORDER |
| Defendants. | ) ) | |
| VISION PHARMA, LLC, | ) ) | |
| Counter-claimant, | ) ) | |
| v. | ) ) | |
| AR HOLDING COMPANY, INC.; AR SCIENTIFIC, INC.; and MUTUAL PHARMACEUTICAL COMPANY, INC., | ) ) ) ) ) | |
| Counter-defendants. | ) ) | |

**BROWN, Chief Judge**

This matter comes before the court on: a motion by Defendant West-Ward Pharmaceutical Corp. ("West-Ward") for summary judgment [Doc. No. 265]; a motion for a continuance to obtain additional discovery [Doc. No. 275] by Mutual Pharmaceutical Company,

1

Inc., AR Holding Company, Inc., and AR Scientific, Inc. (collectively "Mutual"); and Defendant Excellium Pharmaceutical, Inc.'s request to join in West-Ward's motion for summary judgment [Doc. No. 281]; and the Court having considered the parties' submissions and decided the matter without oral argument pursuant to Federal Rule of Civil Procedure 78; and for the reasons set forth in the sealed memorandum opinion accompanying this order,

IT IS THIS 5th day of October, 2010, hereby

**ORDERED** that West-Ward's motion for summary judgment [Doc. No. 265] is DENIED without prejudice to its ability to file another motion after the close of discovery; and it is further

**ORDERED** that Mutual's motion for a continuance [Doc. No. 275] is DENIED as moot; and it is further

**ORDERED** that Excellium Pharmaceutical, Inc.'s request to join in West-Ward's motion for summary judgment [Doc. No. 281] is DENIED as moot.

/s/ Garrett E. Brown, Jr.
GARRETT E. BROWN, JR., U.S.D.J.

2