Case 3:09-cv-05421-GEB-TJB   Document 298-1   Filed 10/18/10   Page 1 of 2 PageID: 2578

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MUTUAL PHARMACEUTICAL COMPANY, INC., et al., <br><br> Plaintiffs, <br><br> v. <br><br> WATSON PHARMACEUTICALS, INC., et al., <br><br> Defendants. | Civil Action No. 09-5421(GEB)(TJB) |

## STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, it is hereby stipulated and agreed by and between the attorneys for the Plaintiffs Mutual Pharmaceutical Company, Inc., AR Scientific, Inc., and AR Holding Company, Inc. (collectively "Mutual") and attorneys for Defendant West-Ward Pharmaceutical Corp. ("West-Ward") that any and all claims asserted by Mutual against West-Ward shall be dismissed with prejudice, and each party is to bear its own costs.

SO ORDERED. This 19th day of October, 2009

_____
Honorable Garrett E. Brown, Jr.

122000 v1/DC

Case 3:09-cv-05421-GEB -TJB   Document 298-1   Filed 10/18/10   Page 2 of 2 PageID: 2579

**STIPULATED AND AGREED TO**:

/s/ Gregory D. Miller
**Gregory D. Miller**
**Damian P. Conforti**
**PODVEY, MEANOR, CATENACCI, HILDNER,**
**COCOZIELLO & CHATTMAN, P.C.**
The Legal Center
One Riverfront Plaza
Newark, NJ 07102
973-623-1000

**COOLEY LLP**
**Michael G. Rhodes**
**John S. Kyle**
**Nathaniel Cooper**
4401 Eastgate Mall
San Diego, CA 92121-1909
(858) 550-6000

**Peter J. Willsey**
**Nishan Kottahachchi**
777 6th Street N.W., Suite 1100
Washington, DC 20001-3703
(202) 842-7800

Attorneys for Plaintiffs
Mutual Pharmaceutical Company, Inc., AR
Scientific, Inc., and AR Holding Company, Inc.

/s/ Michael Dore
**Michael Dore**
**Jennifer M. Storipan**
**LOWENSTEIN SANDLER PC**
65 Livingston Avenue
Roseland, NJ 07068
(973) 597-2500

**ARNALL GOLDEN GREGORY LLP**
**Clark G. Sullivan**
**Karen B. Bragman**
171 17th Street, NW, Suite 2100
Atlanta, Georgia 30363
404-873-8500

Attorneys for Defendant
West-Ward Pharmaceutical Corp.

122000 v1/DC