# PODVEYMEANOR
### CATENACCI HILDNER COCOZIELLO & CHATTMAN

A PROFESSIONAL CORPORATION
COUNSELLORS AT LAW
THE LEGAL CENTER
ONE RIVERFRONT PLAZA SUITE 800
NEWARK, NEW JERSEY 07102-5497
(973) 623-1000 FACSIMILE: (973) 623-9131
www.podvey.com

NEW YORK OFFICE
400 PARK AVENUE SUITE 1420
NEW YORK, NEW YORK 10022
(212) 432-7419
PLEASE REPLY TO NEW JERSEY OFFICE

ROBERT L. PODVEY
HENRY J. CATENACCI
THOMAS V. HILDNER
J. BARRY COCOZIELLO
H. RICHARD CHATTMAN♦
SAUL ZIMMERMAN♦
MARIANNE C. TOLOMEO
SHELDON M. FINKELSTEIN▲
DOUGLAS E. MOTZENBECKER♦
GREGORY D. MILLER♦
ROSARIA A. SURIANO
LISA J. TREMBLY▲
THOMAS G. ALJIAN, JR.♦
ROBERT J. MCGUIRE
ROBERT K. SCHEINBAUM♦
MICHAEL F. BEVACQUA♦
LAINIE MILLER♦
ANTHONY M. RAINONE♦
DAMIAN P. CONFORTI♦
LINO J. SCIARRETTA♦
VIVEK SINGH♦
AARON H. GOULD♦

OF COUNSEL
MARK K. LIPTON

H. CURTIS MEANOR (2008)

♦MEMBER OF NJ & NY BARS
▲MEMBER OF NJ & PA BARS

<u>Via ECF and N.J. Lawyers Service</u>

November 18, 2010

Re:   *Mutual Pharmaceutical Company, et. al. v.*
      *Watson Pharmaceuticals, Inc., et al.*
      <u>Civil Action No.: 09-5421(GEB)(TJB)</u>

Honorable Garrett E. Brown, Jr.
United States District Court
4050 Clarkson S. Fisher Bldg. and Courthouse
402 East State Street
Trenton, NJ 08608

Dear Chief Judge Brown:

    This firm, together with Cooley LLP, represents plaintiffs Mutual Pharmaceutical Company, Inc., AR Scientific, Inc., and AR Holding, Inc. in the above captioned matter. We are writing to report that Plaintiffs and Defendant Vision Pharma, LLC have amicably resolved their differences in the above matter and are submitting the enclosed proposed Stipulation and Order of Dismissal with Prejudice pursuant to F.R.Civ.P. 41(a)(2).

    We respectfully request the Court enter the enclosed Stipulation and Order with respect to <u>only</u> the portion of the case pending between Plaintiffs and Defendant Vision. Plaintiffs' case against Defendant Excellium Pharmaceutical, Inc. is on-going.

Respectfully submitted,

Gregory D. Miller

GDM:das
Enc.
cc:   Hon. Tonianne J. Bongiovanni, United States Magistrate Judge
      All Counsel of Record

123539 v1/DC